AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, ) ) ) Plaintiff, ) vs. ) ) OOGLES N GOOGLES, an Indiana ) corporation; KEVIN MENDELL, an ) individual; DANYA MENDELL, an ) individual; and X, Y, Z CORPORATIONS, ) ) Defendants, ) | SUMMONS IN A CIVIL CASE<br><br>Case No. _____<br><br>**1:05-cv-0354-DFH-TAB** |

TO:   Danya Mendell
      10051 Cedar Point Drive
      Carmel, IN  46032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                     Doc. 4

John David Hoover
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P. O. Box 44989
Indianapolis, IN   46244-0989

an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

_____    MAR 1 1 2005
CLERK         CLERK                  _____
                                     DATE
_____
(By) DEPUTY CLERK

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

____ Served personally upon the defendant. Place where served: _____
_____

____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

____ Returned unexecuted: _____
_____
_____

____ Other *(specify)*: _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           *Date*                          *Signature of Server*

                                        _____
                                        *Address of Server*

370115

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

STELOR PRODUCTIONS, INC., )
a Delaware corporation, )
                                             ) **SUMMONS IN A CIVIL CASE**
          Plaintiff, )
   vs. )   Case No. _____
                                         )
OOGLES N GOOGLES, an Indiana ) **1:05-cv-0354-DFH-TAB**
corporation; KEVIN MENDELL, an )
individual; DANYA MENDELL, an )
individual; and X, Y, Z CORPORATIONS, )
                                             )
          Defendants, )

**TO:   Kevin Mendell**
        **10051 Cedar Point Drive**
        **Carmel, IN 46032**

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

                John David Hoover
                HOOVER HULL BAKER & HEATH LLP
                Attorneys at Law
                111 Monument Circle, Suite 4400
                P. O. Box 44989
                Indianapolis, IN 46244-0989

an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

_____              MAR 1 1 2005
CLERK       **CLERK**                       DATE

_____
(By) DEPUTY CLERK

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

____ Served personally upon the defendant. Place where served: _____
_____

____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

____ Returned unexecuted: _____
_____
_____

____ Other *(specify)*: _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
*Date*                                                              *Signature of Server*

                                                                        _____
                                                                        *Address of Server*

370114

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL, an individual; DANYA MENDELL, an individual; and X, Y, Z CORPORATIONS,<br><br>Defendants, | **SUMMONS IN A CIVIL CASE**<br><br>Case No. _____<br><br>**1:05-cv-0354-DFH-TAB** |

**TO:** OOGLES N GOOGLES
c/o Bradley H. Cohen, Registered Agent
8888 Keystone Crossing Blvd.
Indianapolis, IN 46240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

John David Hoover
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P. O. Box 44989
Indianapolis, IN 46244-0989

an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

_____        MAR 1 1 2005
CLERK                                  _____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

____ Served personally upon the defendant. Place where served: _____
_____

____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

____ Returned unexecuted: _____
_____
_____

____ Other *(specify)*: _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                                               *Signature of Server*

                                             _____
                                                            *Address of Server*

370113