```
Fri Mar 11 15:37:17 2005

  UNITED STATES DISTRICT COURT
  INDIANAPOLIS

Receipt No.    108 1102
Cashier        pag

Check Number:  11581

DO Code    Div No
 4628        1

Sub Acct Type Tender    Amount
1:510000   N      2     190.00
2:086900   N      2      60.00

Total Amount        $   250.00

1:05-CV-0354 H/B FILNG FEE

HOOVER HULL BAKER
```

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                                                                                                Doc. 5

```
XDF

Fri Mar 11 15:02:17 2005

Check No.  11581
Amount:    250.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4628
```