UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, vs. | ) ) ) Case No. _____ ) |
| OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL, an individual; DANYA MENDELL, an individual; and X, Y, Z CORPORATIONS, | ) ) ) ) ) 1:05-cv-0354-DFH-TAB ) |
| Defendants, | ) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff: Stelor Productions, Inc.

I certify that I am admitted to practice in this Court.

__March 11, 2005__
Date

_____
Signature

_John David Hoover_     _7945-49_
Print Name                    Bar Number

HOOVER HULL BAKER & HEATH, LLP

_111 Monument Circle, Suite 4400_
Address

_P.O. Box 44989_

_Indianapolis_       _IN_       _46244-0989_
City                    State                Zip Code

_(317)-822-4400_     _(317)-822-0234_
Phone Number            Fax Number

_jdhoover@hooverhull.com_
Email

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al    Doc. 6