# United States District Court
# Southern District of Indiana
# Indianapolis Division

NOTICE

Local Rule 81.2, effective January 1, 2000, provides:

**Corporate Disclosure Statement**

Any nongovernmental corporate party to an action in this court shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. A party shall file the statement with its initial pleading filed in the court and shall supplement the statement within a reasonable time of any change in the information.

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                    Doc. 7

It appears that the required disclosure statement was not provided as set forth below. Please correct this omission forthwith.

_3-14-05_
DATE ISSUED

_[signature]_
CLERK
LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

Cause Number: 1:05-CV-0354 H/K

Title of Case: Stelor Productions, Inc. v. Oogles N Googles et

Pleading and Date: Corporate Disclosure Statement