UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., )<br>a Delaware corporation, )<br> )<br>         Plaintiff, )<br>   vs. )<br> )<br>OOGLES N GOOGLES, an Indiana )<br>corporation; KEVIN MENDELL, an )<br>individual; DANYA MENDELL, an )<br>individual; and X, Y, Z CORPORATIONS, )<br> )<br>         Defendants, ) | Case No. 1:05-cv-0354-DFH-TAB |

**CORPORATE DISCLOSURE STATEMENT**

The Plaintiff, Stelor Productions, Inc., pursuant to Local Rule 81.2 of the United States District Court for the Southern District of Indiana, respectfully states that Stelor Productions, Inc. is a Delaware corporation which is a publicly traded corporation.

Dated: March 24, 2005                              Respectfully submitted,

/s/ John David Hoover_____
John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:  (317) 822-4400
Fax:  (317) 822-0234
Email:  jdhoover@hooverhull.com

        Of counsel:

        Kevin C. Kaplan, Esq.
        Burlington, Weil, Schwiep,
         Kaplan & Blonsky, P.A.
        2699 S. Bayshore Drive – PH
        Miami, Florida 33133
        Tel:  (305) 858-2900
        Fax:  (305) 858-5261
        Email:  kkaplan@bwskb.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2005, a copy of the foregoing *Corporate Disclosure Statement* was sent, by first class mail, postage prepaid, and properly addressed to the following:

OOGLES N GOOGLES  
c/o Bradley H. Cohen, Registered Agent  
8888 Keystone Crossing Blvd.  
Indianapolis, IN  46240  

Kevin Mendell  
10051 Cedar Point Drive  
Carmel, IN  46032  

Danya Mendell  
10051 Cedar Point Drive  
Carmel, IN  46032  

        /s/ John David Hoover_____
        John David Hoover, Attorney No. 7945-49
        HOOVER HULL BAKER & HEATH LLP
        Attorneys at Law
        111 Monument Circle, Suite 4400
        P.O. Box 44989
        Indianapolis, IN  46244-0989
        Tel:  (317) 822-4400
        Fax:  (317) 822-0234
        Email:  jdhoover@hooverhull.com