UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STELOR PRODUCTIONS, INC.,           )
a Delaware corporation,             )
                                    )
                    Plaintiff,      )
    vs.                             )         Case No. 1:05-cv-0354-DFH-TAB
                                    )
OOGLES N GOOGLES, an Indiana        )
corporation; KEVIN MENDELL, an      )
individual; DANYA MENDELL, an       )
individual; and X, Y, Z CORPORATIONS, )
                                    )
                    Defendants.     )

## NOTICE OF SERVICE

        Plaintiff, Stelor Productions, Inc., by counsel, hereby notifies the Court that on March 12,

2005, the Complaint and Summons in the above-captioned case were served upon Oogles N

Googles by and through its Resident Agent, Bradley H. Cohen, and on March 17, 2005, the

Complaint and Summons were served upon Kevin Mandell and Danya Mandell, all via certified

mail. Attached hereto as **Exhibit A** are copies of the Summonses served upon Defendants,

including Return of Service information. Attached hereto as **Exhibit B** are the green return

receipt cards verifying that service of the Complaint and Summons on Defendant Oogles N

Googles was accepted by the offices of the Resident Agent Bradley H. Cohen on March 12,

Dockets.Justia.com

2005, and the service of the Complaint and Summonses to Kevin and Danya Mandell were

accepted by Kevin Mandell on March 17, 2005.

Dated:  March 23, 2005                      Respectfully submitted,

                                            /s/ John David Hoover
                                            John David Hoover, Attorney No. 7945-49
                                            HOOVER HULL BAKER & HEATH LLP
                                            Attorneys at Law
                                            111 Monument Circle, Suite 4400
                                            P.O. Box 44989
                                            Indianapolis, IN  46244-0989
                                            Tel:  (317) 822-4400
                                            Fax:  (317) 822-0234
                                            Email:  jdhoover@hooverhull.com

                                            Of counsel:

                                            Kevin C. Kaplan, Esq.
                                            Burlington, Weil, Schwiep,
                                             Kaplan & Blonsky, P.A.
                                            2699 S. Bayshore Drive – PH
                                            Miami, Florida 33133
                                            Tel:  (305) 858-2900
                                            Fax:  (305) 858-5261
                                            Email:  kkaplan@bwskb.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2005, a copy of the foregoing *Notice of Service* was sent, by first class mail, postage prepaid, and properly addressed to the following:

OOGLES N GOOGLES
c/o Bradley H. Cohen, Registered Agent
8888 Keystone Crossing Blvd.
Indianapolis, IN 46240

Danya Mendell
10051 Cedar Point Drive
Carmel, IN 46032

Kevin Mendell
10051 Cedar Point Drive
Carmel, IN 46032

/s/ John David Hoover
John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel: (317) 822-4400
Fax: (317) 822-0234
Email: jdhoover@hooverhull.com

3

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>OOGLES N GOOGLES, an Indiana<br>corporation; KEVIN MENDELL, an<br>individual; DANYA MENDELL, an<br>individual; and X, Y, Z CORPORATIONS,<br><br>   Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL CASE**

Case No. _____

1 : 05-cv-0354-DFH-TAB

**TO: OOGLES N GOOGLES**
  **c/o Bradley H. Cohen, Registered Agent**
  **8888 Keystone Crossing Blvd.**
  **Indianapolis, IN 46240**

  **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    John David Hoover
    HOOVER HULL BAKER & HEATH LLP
    Attorneys at Law
    111 Monument Circle, Suite 4400
    P. O. Box 44989
    Indianapolis, IN 46244-0989

an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

MAR 1 1 2005

_____
CLERK

DATE

_____
(By) DEPUTY CLERK

**EXHIBIT**

_A_

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  March 11, 2005 |
|---|---|

| NAME OF SERVER *(PRINT)*  John David Hoover | TITLE  Partner |
|---|---|

*Check one box below to indicate appropriate method of service*

_____ Served personally upon the defendant.  Place where served: _____

_____

_____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person
of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

_____ Returned unexecuted: _____

_____

_____

__X__ Other *(specify)*: certified mail _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the Return of Service and Statement of Service Fees is true and
correct.

Executed on ___March 23, 2005___
            *Date*

*Signature of Server*

Hoover Hull Baker & Heath LLP
111 Monument Circle, Suite 4400

*Address of Server*
Indianapolis, IN  46204

370113

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* ) C. Date of Delivery |
| 1. Article Addressed to:<br><br>OOGLES N GOOGLES<br>c/o Bradley H. Cohen, Registered Agent<br>8888 Keystone Crossing Blvd.<br>Indianapolis, IN 46240 | D. Is delivery address different from item 1? ☐ Yes<br> If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7004 1160 0006 0607 9175 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



7004 1160 0006 0607 9175

FIRST CLASS MAIL

OOGLES N GOOGLES
c/o Bradley H. Cohen, Registered Agent
8888 Keystone Crossing Blvd.
Indianapolis, IN 46240

7004 1160 0006 0607 9175



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(*Domestic Mail Only; No Insurance Coverage Provided*)

For delivery information visit our website at www.usps.com®

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

OOGLES N GOOGLES
c/o Bradley H. Cohen, Registered Agent
8888 Keystone Crossing Blvd.
Indianapolis, IN 46240

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

STELOR PRODUCTIONS, INC.,
a Delaware corporation,                    )
                                           )
                                           )    **SUMMONS IN A CIVIL CASE**
           Plaintiff,                      )
     vs.                                   )    Case No. _____
                                           )
                                           )
OOGLES N GOOGLES, an Indiana               )
corporation; KEVIN MENDELL, an             )
individual; DANYA MENDELL, an              )
individual; and X, Y, Z CORPORATIONS,  )
                                           )
           Defendants,                     )

1:05-cv-0354-DFH-TAB

**TO:**   **Kevin Mendell**
          **10051 Cedar Point Drive**
          **Carmel, IN  46032**

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

          John David Hoover
          HOOVER HULL BAKER & HEATH LLP
          Attorneys at Law
          111 Monument Circle, Suite 4400
          P. O. Box 44989
          Indianapolis, IN  46244-0989

an answer to the complaint which is herewith served upon you within twenty (20) days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.  You must also file
your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana
46204, within a reasonable period of time after service.

_____          _____
CLERK                                       DATE   MAR 1 1 2005

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE March 11, 2005 |
|---|---|

| NAME OF SERVER *(PRINT)* John David Hoover | TITLE Partner |
|---|---|

*Check one box below to indicate appropriate method of service*

_____ Served personally upon the defendant. Place where served: _____

_____

_____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

_____ Returned unexecuted: _____

_____

_____

__X__ Other *(specify)*: __certified mail_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 23, 2005__
　　　　　　　*Date*

Signature of Server

Hoover Hull Baker & Heath LLP
111 Monument Circle, Suite 4400
*Address of Server*
Indianapolis, IN  46204

370114

FIRST CLASS MAIL

7004 1160 0006 0607 9199

Kevin Mendell
10051 Cedar Point Drive
Carmel, IN 46032

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark Here

7004 1160 0006 0607 9199

Kevin Mandell
10051 Cedar Point Drive
Carmel, IN 46032

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Mandell
10051 Cedar Point Drive
Carmel, IN 46032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Express Mail    ☐ Certified Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation, | ) )<br>) | |
| Plaintiff, | ) | **SUMMONS IN A CIVIL CASE** |
| vs. | ) )<br>) | Case No. _____ |
| OOGLES N GOOGLES, an Indiana<br>corporation; KEVIN MENDELL, an<br>individual; DANYA MENDELL, an<br>individual; and X, Y, Z CORPORATIONS, | )<br>)<br>)<br>) ) | **1:05-cv-0354-DFH-TAB** |
| Defendants, | )<br>) | |

**TO:    Danya Mendell**
**10051 Cedar Point Drive**
**Carmel, IN  46032**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

John David Hoover
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P. O. Box 44989
Indianapolis, IN  46244-0989

an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

**CLERK**

_____
CLERK

_____
(By) DEPUTY CLERK

_____
DATE    MAR 1 1 2005

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  March 11, 2005 |
| NAME OF SERVER *(PRINT)* John David Hoover | TITLE  Partner |

*Check one box below to indicate appropriate method of service*

_____  Served personally upon the defendant. Place where served: _____
_____

_____  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

_____  Returned unexecuted: _____
_____
_____

__X__  Other *(specify)*: __certified mail_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 23, 2005__
       *Date*

_Signature of Server_

Hoover Hull Baker & Heath LLP
111 Monument Circle, #4400
*Address of Server*
Indianapolis, IN  46204

370115

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Danya Mandell<br>10051 Cedar Point Drive<br>Carmel, IN  46032 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*   7004 1160 0006 0607 9182 | |

PS Form **3811**, February 2004      Domestic Return Receipt      102595-02-M-1540



7004 1160 0006 0607 9182

Danya Mandell
10051 Cedar Point Drive
Carmel, IN  46032



Danya Mandell
10051 Cedar Point Drive
Carmel, IN  46032

FIRST CLASS MAIL



7004 1160 0006 0607 9182

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OOGLES N GOOGLES
c/o Bradley H. Cohen, Registered Agent
8888 Keystone Crossing Blvd.
Indianapolis, IN  46240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

3/12/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAR 12 '05

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0006 0607 9175

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT**

tabbies

B

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kevin Mandell
   10051 Cedar Point Drive
   Carmel, IN 46032

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature,
X *Kei M*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

C. Date of Delivery   2/17/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7004 1160 0006 0607 9199

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)    C. Date of Delivery  3/7/05 |
| 1. Article Addressed to:<br><br>Danya Mandell<br>10051 Cedar Point Drive<br>Carmel, IN 46032 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7004 1160 0006 0607 9182 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |