UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, <br><br>　　　　　Plaintiff, <br>　　vs. <br><br> OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL, an individual; DANYA MENDELL, an individual; and X, Y, Z CORPORATIONS, <br><br>　　　　　Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:05-cv-0354-DFH-TAB |

## AMENDED CORPORATE DISCLOSURE STATEMENT

The Plaintiff, Stelor Productions, Inc., pursuant to Local Rule 81.2 of the United States District Court for the Southern District of Indiana, respectfully states that effective 11:59 p.m., March 14, 2005, Stelor Productions, Inc. has become Stelor Productions, LLC. There are no parent corporations or any publicly held ownership in Stelor Productions, Inc.

Dated: March 29, 2005                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ John David Hoover_____
　　　　　　　　　　　　　　　　　　　　　　John David Hoover, Attorney No. 7945-49
　　　　　　　　　　　　　　　　　　　　　　HOOVER HULL BAKER & HEATH LLP
　　　　　　　　　　　　　　　　　　　　　　Attorneys at Law
　　　　　　　　　　　　　　　　　　　　　　111 Monument Circle, Suite 4400
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 44989
　　　　　　　　　　　　　　　　　　　　　　Indianapolis, IN  46244-0989
　　　　　　　　　　　　　　　　　　　　　　Tel:  (317) 822-4400
　　　　　　　　　　　　　　　　　　　　　　Fax:  (317) 822-0234
　　　　　　　　　　　　　　　　　　　　　　Email:  jdhoover@hooverhull.com

Of counsel:

Kevin C. Kaplan, Esq.
Burlington, Weil, Schwiep,
 Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel:  (305) 858-2900
Fax:  (305) 858-5261
Email:  kkaplan@bwskb.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2005, a copy of the foregoing *Amended Corporate Disclosure Statement* was sent, by first class mail, postage prepaid, and properly addressed to the following:

OOGLES N GOOGLES
c/o Bradley H. Cohen, Registered Agent
8888 Keystone Crossing Blvd.
Indianapolis, IN  46240

Kevin Mendell
10051 Cedar Point Drive
Carmel, IN  46032

Danya Mendell
10051 Cedar Point Drive
Carmel, IN  46032

/s/ John David Hoover_____
John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:  (317) 822-4400
Fax:  (317) 822-0234
Email:  jdhoover@hooverhull.com