UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case Number: 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL, an individual; DANYA MENDELL, an individual; and X, Y, Z CORPORATIONS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

It is requested that you enter my Appearance as counsel in this case on behalf of the Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, Z Corporations.

COHEN GARELICK & GLAZIER

By: _____
Bryan S. Redding / #18127-49
Attorneys for Defendants

Bryan S. Redding
COHEN GARELICK & GLAZIER
8888 Keystone Crossing
Suite 800
Indianapolis, Indiana 46240
(317) 573-8888

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                                                 Doc. 11