UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number: 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL, an individual; DANYA MENDELL, an individual; and X, Y, Z CORPORATIONS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR AUTOMATIC EXTENSION OF TIME**

Come now the Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, and Z Corporations, by counsel, and respectfully show the Court as follows:

1. The responsibility for the preparation of an appropriate pleading in this cause of action is upon the undersigned, and there has not been sufficient time to consult with said Defendants to obtain all of the information to prepare an appropriate pleading in this cause.

2. Counsel has commenced an investigation of the facts alleged in Plaintiff's Complaint, but there has not been sufficient time to complete that investigation and does not feel that said investigation can be completed prior to the time an appropriate responsive pleading is due.

3. An additional period of 30 days from April 1, the date a responsive pleading is due, will be necessary to prepare the proper responsive pleading after thoroughly reviewing the ultimate facts giving rise to this claim.

WHEREFORE, Defendants, Oogles N Googles, Keven Mendell, Danya Mendell, and X, Y, and Z Corporations, pray that the time for filing a responsive pleading to Plaintiff's Complaint be extended to and including May 2, 2005.

COHEN GARELICK & GLAZIER

By: _____
Bryan S. Redding, #18127-49
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Automatic Extension of Time was served upon John David Hoover, Hoover Hull Baker & Heath, LLP, 111 Monument Circle, Suite 4400, Post Office Box 44989, Indianapolis, Indiana 44989 by depositing a copy of same in the United States Mail, postage prepaid, this ___31___ day of March, 2005.

_____
Bryan S. Redding

Bryan S. Redding
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
(317) 573-8888