UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, ) ) ) Plaintiff, ) ) v. ) ) OOGLES N GOOGLES, an Indiana ) corporation; KEVIN MENDELL, an ) individual; DANYA MENDELL, an ) individual; and X, Y, Z CORPORATIONS, ) ) Defendants. ) | Case Number: 1:05-cv-0354-DFH-TAB |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Come now the Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell and X, Y, Z Corporations, by counsel, and files their Motion for Extension of Time, which Motion is in the words and figures following:

(H.I.)

And the Court, being duly advised in the premises, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell and X Y Z Corporations, have until May 2, 2005 to respond to Plaintiff's Complaint.

Dated:_____    _____
Judge
United States District Court
Southern District of Indiana, Indianapolis Division

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al    Doc. 12 Att. 1

<u>DISTRIBUTION TO:</u>

Bryan S. Redding
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana  46240

John David Hoover
Hoover Hull Baker & Heath, LLP
111 Monument Circle, Suite 4400
Post Office Box 44989
Indianapolis, Indiana 44989