UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OOGLES N GOOGLES, an Indiana ) <br> corporation; KEVIN MENDELL, an ) <br> individual; DANYA MENDELL, an ) <br> individual; and X, Y, Z CORPORATIONS, ) <br> ) <br> Defendants. ) | Case Number: 1:05-cv-0354-DFH-TAB |

**NOTICE OF NO OBJECTION TO EXTENSION OF TIME**

Come now the Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, and Z Corporations, by counsel, and respectfully show the Court as follows:

1. Defendants' by counsel have moved for an extension of time to respond to the Complaint in this matter.

2. Opposing counsel's office has been contacted and does not object to the extension of time requested by the Defendants.

WHEREFORE, Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, and Z Corporations, pray that the Court accept this notice and duly extend the time for filing a responsive pleading to Plaintiff's Complaint to and including May 2, 2005.

COHEN GARELICK & GLAZIER

By:  s/ Bryan S. Redding
Bryan S. Redding, #18127-49
Attorneys for Defendants

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice was served upon John David Hoover, Hoover Hull Baker & Heath, LLP, 111 Monument Circle, Suite 4400, Post Office Box 44989, Indianapolis, Indiana 44989 by depositing a copy of same in the United States Mail, postage prepaid, this  1  day of April, 2005.

                                              s/ Bryan S. Redding
                                              Bryan S. Redding

Bryan S. Redding
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
(317) 573-8888