IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL, an individual; DANYA MENDELL, an individual; and X, Y, Z CORPORATIONS, | ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel respectfully moves the Court for an order granting admission *pro hac vice* to attorney Kevin C. Kaplan of the law firm Burlington, Weil, Schwiep, Kaplan & Blonsky, PA for the limited purpose of representing Plaintiff, Stelor Productions, Inc. as co-counsel in this litigation. In support of its motion, the undersigned states the following:

1. Kevin C. Kaplan is a member of good standing of the State Bar of Florida and has been admitted to practice in the United States District Courts for the Central District of California (1991); for the Southern District of Florida (1992); for the Middle District of Florida (1992); and the United States Court of Appeals for the Eleventh Circuit (1992). *See* Certificates of Good Standing attached hereto as Exhibit "A".

2. Mr. Kaplan is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The undersigned has presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order granting admission *pro hac vice* to attorney Kevin C. Kaplan of the law firm Burlington, Weil, Schwiep, Kaplan & Blonsky, PA to appear *pro hac vice* for the limited purpose of representing Plaintiff, Stelor Productions, Inc. as co-counsel in this litigation, and all other relief just and proper.

Respectfully submitted,

s/John David Hoover
John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com

Of counsel:

Kevin C. Kaplan
Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
Email: kkaplan@bwskb.com

Attorneys for Plaintiff, Stelor Productions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2005, a copy of the foregoing *Motion for Admission Pro Hac Vice* was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bryan S. Redding
Cohen Garelick & Glazier
bredding@cgglawfirm.com

                                                s/John David Hoover
                                                John David Hoover
                                                HOOVER HULL BAKER & HEATH LLP
                                                Attorneys at Law
                                                111 Monument Circle, Ste. 4400
                                                P.O. Box 44989
                                                Indianapolis, IN 46244-0989
                                                Phone: (317) 822-4400
                                                Fax: (317) 822-0234
                                                E-mail: jdhoover@hooverhull.com



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon    )

        In Re:    933848
                     Kevin Crow Kaplan
                     Aragon Burlington Et Al
                     2699 S. Bayshore Dr. Ph
                     Miami, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 1, 1992.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this _18th_ day of March, 2005.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssTH1:R10



AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Florida Bar # **933848**

    I, **CLARENCE MADDOX,**   Clerk of the United States District Court for the Southern District of Florida,

    DO HEREBY CERTIFY that   *Kevin Crow Kaplan*   was duly admitted to practice in said Court on **10/02/92**, and on **n/a** - Trial Bar, and is in good standing as a member of the bar of this Court.

    Dated at:  **Miami, Florida**, this March 28, 2005.

**CLARENCE MADDOX**
Court Administrator •Clerk of Court

By _____
Deputy Clerk

.sk.5/2002