IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OOGLES N GOOGLES, an Indiana corporation; )<br>KEVIN MENDELL, an individual; )<br>DANYA MENDELL, an individual; and )<br>X, Y, Z CORPORATIONS, )<br>)<br>Defendants. ) | Case No. 1:05-cv-0354-DFH-TAB |

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

This matter having come before the Court on the Motion for Admission *Pro Hac Vice* filed on behalf of attorney Kevin C. Kaplan of the law firm Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, and the Court having been duly advised on the premises, said Motion is hereby GRANTED;

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that attorney Kevin C. Kaplan of the law firm Burlington, Weil, Schwiep, Kaplan & Blonsky, PA is hereby granted permission to appear *pro hac vice* before the Court for the limited purpose of representing the Plaintiff, Stelor Productions, Inc., in this matter.

Dated: _____        _____
                                                                    JUDGE, United States District Court
                                                                    Southern District of Indiana, Indianapolis Division

Dockets.Justia.com

**Distribution to:**

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Bryan S. Redding
Cohen Garelick & Glazier
bredding@cgglawfirm.com

Kevin C. Kaplan
Burlington, Weil, Schwiep, Kaplan
 & Blonsky, P.A.
kkaplan@bwskb.com