Fri Apr  8 16:10:17 2005

UNITED STATES DISTRICT COURT

INDIANAPOLIS

Receipt No.   102 6063
Cashier       djh

Tender Type  CHECK

Check Number: 11730

Transaction Type   C

Case No./Def No. 1:05-LB-1      /   0

DO Code    Div No      Acct
 4628        1        6855XX

Amount             $    30.00

1:05-CV-0354 PHV FEE, KEVIN C KAPLAN

HOOVER HULL 111 MONUMENT CIRCLE INDPLS 4
6244

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                    Doc. 15

xDF

Fri Apr  8 16:10:17 2005

Check No. 11730
Amount    30.00
For any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4628