IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL, an individual; ) | |
| DANYA MENDELL, an individual; and ) | |
| X, Y, Z CORPORATIONS, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

This matter having come before the Court on the Motion for Admission *Pro Hac Vice* filed on behalf of attorney Kevin C. Kaplan of the law firm Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, and the Court having been duly advised on the premises, said Motion is hereby GRANTED;

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that attorney Kevin C. Kaplan of the law firm Burlington, Weil, Schwiep, Kaplan & Blonsky, PA is hereby granted permission to appear *pro hac vice* before the Court for the limited purpose of representing the Plaintiff, Stelor Productions, Inc., in this matter.

Dated: _____

**Distribution to:**

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Bryan S. Redding
Cohen Garelick & Glazier
bredding@cgglawfirm.com

Kevin C. Kaplan
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com