UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case Number: 1:05-CV-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL, an individual; DANYA MENDELL, an individual; and X, Y, Z CORPORATIONS, | ) ) ) ) ) ) |
| Defendants. | ) |

## ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND

Come now the Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, and Z Corporations (collectively referred to as "Oogles N Googles"), by counsel, and responds to Plaintiff's Complaint for (1) Federal Trademark Infringement; (2) Unfair Competition; and (3) Dilution as follows:

1.	Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 1.

2.	Defendants, Oogles N Googles, admit the allegations found in Plaintiff's Complaint in Paragraph 2.

3.	Defendants, Oogles N Googles, admit that Kevin Mendell is an individual residing in Indianapolis but denies generally that he is an owner of Oogles, rather he is a shareholder of Oogles, as alleged in Plaintiff's Complaint in Paragraph 3.

4.	Defendants, Oogles N Googles, admit that Danya Mendell is an individual residing in Indianapolis but denies generally that he is an owner of Oogles, rather she is a shareholder of Oogles and is married to Kevin Mendell, as alleged in Plaintiff's Complaint in Paragraph 4.

5. Defendants, Oogles N Googles, deny the overbroad and general allegations found in Plaintiff's Complaint in Paragraph 5.

6. Defendants, Oogles N Googles, admit that it has franchisees but denies all other allegations found in Plaintiff's Complaint in Paragraph 6.

7. Defendants, Oogles N Googles, admit the allegations found in Plaintiff's Complaint in Paragraph 7.

8. Defendants, Oogles N Googles, admit subject matter jurisdiction and diversity but denies that the amount in controversy exceeds $75,000.00 as found in Plaintiff's Complaint in Paragraph 8.

9. Defendants, Oogles N Googles, admits the allegations found in Plaintiff's Complaint in Paragraph 9.

10. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 10.

11. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 11.

12. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 12.

13. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 13.

14. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 14.

15. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 15.

16. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 16.

17. Defendants, Oogles N Googles, admit that it provides party services but denies that those services are directed exclusively to young children as found in Plaintiff's Complaint in Paragraph 17.

18. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 18.

19. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 19.

20. Defendants, Oogles N Googles, admits the existence and ownership of the website "ooglesngoogles.com" but denies the remaining allegations found in Plaintiff's Complaint in Paragraph 20.

21. Defendants, Oogles N Googles, admit the allegations found in Plaintiff's Complaint in Paragraph 21.

22. Defendants, Oogles N Googles, admits to having franchisees, but denies the remaining allegations found in Plaintiff's Complaint in Paragraph 22.

23. Defendants, Oogles N Googles, admits to having franchisees, but denies the remaining allegations found in Plaintiff's Complaint in Paragraph 23.

24. Defendants, Oogles N Googles, denies the allegations found in Plaintiff's Complaint in Paragraph 24.

25. Defendants, Oogles N Googles, denies the claims of joint and several liability found in Plaintiff's Complaint in Paragraph 25.

26. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in

Paragraph 26.

27. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 27.

28. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 28.

29. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 29.

30. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 30.

31. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 31.

32. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 32.

33. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 33.

34. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 34.

35. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 35.

36. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 36.

37. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in

Paragraph 37.

38. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 38.

39. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 39.

40. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 40.

41. Defendants, Oogles N Googles, are without sufficient information to either admit or deny the allegations found in Plaintiff's Complaint in Paragraph 41.

42. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 42.

43. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 43.

44. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 44.

45. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 45.

46. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 46.

47. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 47.

48. Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in

Paragraph 48.

49.     Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 49.

50.     Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 50.

51.     Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 51.

52.     Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 52.

53.     Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraph 53.

54.     Defendants, Oogles N Googles, deny the allegations found in Plaintiff's Complaint in Paragraphs 54 through, and including, Paragraph 64 (titled Prayer for Judgment).

WHEREFORE, Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, and Z Corporations, pray that Plaintiff take nothing by way of their Complaint and for all relief just and proper in the premises.

## AFFIRMATIVE DEFENSES

55.     Plaintiff's Complaint fails to state claims upon which relief can be granted;

56.     Plaintiff's claims are barred because there is no likelihood of confusion;

57.     Plaintiff's claims are barred because there is no false designation or description;

58.     Plaintiff's claims are barred by non-use regarding alleged goods and services;

59.     Plaintiff's claims are barred because Defendants have done nothing to mislead, deceive or

confusing consumers or to generate likelihood of confusion;

60. Plaintiff's claims are barred by the doctrine of unclean hands;

61. Plaintiff's claims are barred by fair use;

62. Plaintiffs' claims are barred by laches and estoppel;

63. Plaintiff's claims are barred by the fact that Plaintiff's mark is not famous;

64. Plaintiff's claims are barred by the fact that even if famous, Defendant's use of the mark preceeded such infamy;

65. Plaintiff's claims are barred because no dilution has occurred;

66. Plaintiff's claims are barred because they have suffered no damages;

67. Defendants reserve the right to add additional affirmative defenses relevant to this litigation or that may arise through the course of this litigation.

## JURY DEMAND

Defendants pray that all matters triable before a jury be heard as such.

                    COHEN GARELICK & GLAZIER

                    By: s/ Bryan S. Redding
                         Bryan S. Redding, #18127-49
                         Attorneys for Defendants

Bryan S. Redding
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
(317) 573-8888

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Answer was served upon John David Hoover, Hoover Hull Baker & Heath, LLP, 111 Monument Circle, Suite 4400, Post Office Box 44989, Indianapolis, Indiana 44989 and Kevin C. Kaplan, Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A. 2699 S. Bayshore Drive -PH, Miami, Florida 33133 by depositing a copy of same in the United States Mail, postage prepaid, this __4__ day of May, 2005.

                                                      s/ Bryan S. Redding
                                                      Bryan S. Redding

Bryan S. Redding
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
(317) 573-8888