UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, et al., ) | |
| ) | |
| Defendants. ) | |

## CASE MANAGEMENT PLAN ORDER

\_\_\_\_X\_\_\_\_  PARTIES APPEARED BY COUNSEL ON JUNE 1, 2005 FOR AN INITIAL PRETRIAL CONFERENCE.

_____  APPROVED AS SUBMITTED.

\_\_\_\_X\_\_\_\_  APPROVED AS AMENDED.

_____  APPROVED AS AMENDED PER SEPARATE ORDER.

_____  APPROVED, BUT ALL OF THE FOREGOING DEADLINES ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____  APPROVED, BUT THE DEADLINES SET IN SECTION(S) _____ OF THE PLAN IS/ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____  THIS MATTER IS SET FOR TRIAL BY _____ ON _____ _____. FINAL PRETRIAL CONFERENCE IS SCHEDULED FOR _____ AT _____ .M., ROOM _____.

\_\_\_\_**X**\_\_\_\_  **A STATUS CONFERENCE IS SET IN THIS CASE FOR JULY 7, 2005 AT 2:30 P.M. COUNSEL SHALL APPEAR:**

_____ IN PERSON IN ROOM _____; OR

_____ BY TELEPHONE, WITH COUNSEL FOR _____

    INITIATING THE CALL TO ALL OTHER PARTIES AND ADDING THE
    COURT JUDGE AT (317) 229-3660.

    **\_\_\_\_\_X\_\_\_ BY TELEPHONE, WITH COUNSEL CALLING THE
    JUDGE'S STAFF AT (317) 229-3660.**

\_\_\_\_\_X\_\_\_\_ DISPOSITIVE MOTIONS SHALL BE FILED NO LATER THAN
    OCTOBER 17, 2005.

The Case Management Plan is amended as follows: (1) any party who wishes to limit or preclude expert testimony at trial shall file any such objections no later than 60 days prior to trial; (2) dispositive motions are expected and shall be filed by October 17, 2005; and (3) the parties request a trial date in April 2006.

The purpose of the July 7 status conference is to address settlement.

_____
Date

Copies to:

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY PA
kkaplan@bwskb.com

Bryan S. Redding
COHEN GARELICK & GLAZIER
bredding@cgglawfirm.com