IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES, an Indiana corporation; | ) |
| KEVIN MENDELL, an individual; | ) |
| DANYA MENDELL, an individual; and | ) |
| X, Y, Z CORPORATIONS, | ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES FROM DEFENDANTS**

Pursuant to Federal Rules of Civil Procedure, Rules 26(a)(1) and 37(a), plaintiff Stelor Productions, Inc. ("Stelor") hereby moves for an order compelling initial disclosures and the identities of franchisees from Defendants Oogles N Googles, Kevin Mendell, Danya Mendell, and X,Y, Z Corporations, as well as the fees and expenses incurred in bringing this motion and such other relief as the Court deems appropriate.

Respectfully submitted,

John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com

        Of counsel (admitted pro hac vice):

        s/Kevin C. Kaplan
        Kevin C. Kaplan
        Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
        2699 S. Bayshore Drive – PH
        Miami, Florida 33133
        Tel:  (305) 858-2900
        Fax:  (305) 858-5261
        Email:  kkaplan@bwskb.com

        Attorneys for Plaintiff, Stelor Productions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2005, a copy of the foregoing ***Motion to Compel Initial Disclosures from Defendants*** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Bryan S. Redding
Cohen Garelick & Glazier
bredding@cgglawfirm.com

        s/Kevin C. Kaplan
        Kevin C. Kaplan
        Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
        2699 S. Bayshore Drive – PH
        Miami, Florida 33133
        Tel:  (305) 858-2900
        Fax:  (305) 858-5261
        Email:  kkaplan@bwskb.com