UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON JULY 7, 2005 TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel July 7, 2005 for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters. Plaintiff is granted until July 29, 2005 to file an amended complaint to name the franchisees as Defendants. Plaintiff's motion to compel [Docket No. 23] is withdrawn.

Dated: July 10, 2005

Copies to:

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY PA
kkaplan@bwskb.com

Bryan S. Redding
COHEN GARELICK & GLAZIER
bredding@cgglawfirm.com