IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES, an Indiana corporation; | ) |
| KEVIN MENDELL; DANYA MENDELL; | ) |
| MICHELLE COTE; ROB LENDERMAN; | ) |
| STACEY LENDERMAN; BRENDA MURTY; | ) |
| MARGIE THOMAS; ROB SLYER; | ) |
| ELIZABETH SLYTER; CORINNA SPARKS; | ) |
| CHRISTINE WATERBURRY; | ) |
| LEIGH SUNDLING; and TINA CARTAYA | ) |
| | ) |
| Defendants. | ) |

### Plaintiff's Preliminary Witness and Exhibit List

Plaintiff Stelor Productions, Inc. hereby submits its preliminary witness and exhibit list pursuant to the case management plan in this action. Plaintiff notes that discovery is ongoing, and it accordingly anticipates that it will supplement and modify this list prior to trial.

**I.   Witnesses**

Kevin Mendell, c/o Defendants' counsel.

Danya Mendell, c/o Defendant's counsel

Steven Esrig, c/o Plaintiff's counsel

Michelle Cote c/o Defendants' counsel

Rob Lenderman c/o Defendants' counsel

Stacey Lenderman c/o Defendants' counsel

Brenda Murty c/o Defendants' counsel

---

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

Margie Thomas c/o Defendants' counsel

Rob Slyer c/o Defendants' counsel

Elizabeth Slyer c/o Defendants' counsel

Corinna Sparks c/o Defendants' counsel

Christine Waterburry c/o Defendants' counsel

Leigh Sundling c/o Defendants' counsel

Tina Cartaya c/o Defendants' counsel

II.     **Exhibits**

See attachment "A."

Respectfully submitted,

John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com

Of counsel:

Kevin C. Kaplan (admitted *pro hac vice*)
Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
Email: kkaplan@bwskb.com

Attorneys for Plaintiff, Stelor Productions, Inc.

By:     /s Kevin C. Kaplan

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 12th day of July, 2005, upon the following:

>Bryan S. Redding, Esq.
>Cohen, Garelich and Glazier
>Suite 800, 888 Keystone Crossing
>Indianapolis, IN 46240,
>Tel: 317-573-8888
>Fax: 317-574-3855

By: ___/s Kevin C. Kaplan___

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

# ATTACHMENT A

| Exhibit No. | Date of Deposition | Deponent | Author | Description |
|---|---|---|---|---|
| 1 | 08/05/04 | Steven Esrig | Steven A. Silvers | Book entitled Googles and the Planet of Goo. |
| 2 | 08/05/04 | Steven Esrig | | Various stickers produced in 2001 at the Aurora Collection for Goolges and the Planet of Goo. |
| 3 | 08/05/04 | Steven Esrig | | Digital photographs of plush dolls that were being sold. |
| 4 | 08/05/04 | Steven Esrig | | Tag from doll known as Iggle. |
| 5 | 08/05/04 | Steven Esrig | | Tag from doll known as Oggle. |
| 6 | 08/05/04 | Steven Esrig | | Tag from doll known as Oogle. |
| 7 | 08/05/04 | Steven Esrig | | Yellow and green plush doll known as Oogle Googles. |
| 8 | 08/05/04 | Steven Esrig | | First album of Stelor Productions CD identified as One GooWorld and Un GooMundo. |
| 9 | 08/05/04 | Steven Esrig | | Screen shots of the Googles from Goo website at Googles.com during the time of the Aurora Collection. |
| 10 | 08/05/04 | Steven Esrig | | Screen shot from internet archive known as the Way Back Machine. |
| 11 | 08/05/04 | Steven Esrig | | Search report from the WHOIS database search system at Googles.com. |

ATTACHMENT A

| Exhibit No. | Date of Deposition | Deponent | Author | Description |
|---|---|---|---|---|
| 12 | 08/05/4 | Steven Esrig | | Screen shots from current Googles.com website. |
| 13 | 08/05/04 | Steven Esrig | | Photocopies of the fronts of envelopes from 2001 to 2002 addressed to Googles stickers care of the Aurora Collection. |
| 14 | 08/05/04 | Steven Esrig | | E-mail response to Brooke Drost welcoming to the Googles official website with GooKid ID number. |
| 15 | 08/05/04 | Steven Esrig | | Trademark Principal Register - The Googles Trademark |
| 16 | 08/05/04 | Steven Esrig | | Copyright registration for the Googles logo. |
| 17 | 08/05/04 | Steven Esrig | | Press Kit distributed by Stelor Productions on the Googles from Goo (not in redweld) |
| 18 | 08/05/04 | Steven Esrig | Steven A. Silvers | Lyrics to Googles Song for Kids copyrighted in 1995. |
| 19 | 08/05/04 | Steven Esrig | | Press release created for the Aurora Collection telling how the original story of the Googles. |
| 20 | 08/05/04 | Steven Esrig | | Data analysis for the website Googles.com from a third party company for the period of October 14, 2002 - October 18, 2002. |
| 21 | 08/05/04 | Steven Esrig | | Data analysis for the website Googles.com from a third party company for the period of December 30, 2002 - January 3, 2003. |
| 22 | 08/05/04 | Steven Esrig | | Data form the Urchin Report for the year of 2003. |
| 23 | 08/05/04 | Steven Esrig | | Screen shots from the Oogles-n-Googles webpage dated July 28, 2004. |
| 24 | 08/05/04 | Steven Esrig | | WHOIS summary of domain names registered between 2000 and 2001. |