IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL, an individual; ) | |
| DANYA MENDELL, an individual; and ) | |
| X, Y, Z CORPORATIONS, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel respectfully moves the Court for an order granting admission *pro hac vice* to attorney David J. Zack of the law firm Burlington, Weil, Schwiep, Kaplan & Blonsky, PA for the limited purpose of representing Plaintiff, Stelor Productions, Inc. as co-counsel in this litigation. In support of its motion, the undersigned states the following:

1. David J. Zack is a member of good standing of the State Bar of Florida and has been admitted to practice in the Southern District of Florida on July 11, 2003. *See* Certificate of Good Standing attached hereto as **Exhibit A**.

2. Mr. Zack is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The undersigned has presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order granting admission *pro hac vice* to attorney David J. Zack of the law firm Burlington, Weil, Schwiep, Kaplan & Blonsky, PA to appear *pro hac vice* for the limited purpose of representing Plaintiff, Stelor Productions, Inc. as co-counsel in this litigation, and all other relief just and proper.

Respectfully submitted,

s/John David Hoover
John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com

Of counsel:

Kevin C. Kaplan (admitted *pro hac vice*)
David J. Zack
Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel:  (305) 858-2900
Fax:  (305) 858-5261
Email:  kkaplan@bwskb.com

Attorneys for Plaintiff, Stelor Productions, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2005, a copy of the foregoing ***Motion for Admission Pro Hac Vice*** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bryan S. Redding
Cohen Garelick & Glazier
bredding@cgglawfirm.com

                                              s/John David Hoover
                                              John David Hoover
                                              HOOVER HULL BAKER & HEATH LLP
                                              Attorneys at Law
                                              111 Monument Circle, Ste. 4400
                                              P.O. Box 44989
                                              Indianapolis, IN  46244-0989
                                              Phone:  (317) 822-4400
                                              Fax:  (317) 822-0234
                                              E-mail:  jdhoover@hooverhull.com