AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA
}   Fla. Bar. # **641685**

**I, CLARENCE MADDOX,**   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *David John Zack*   was duly admitted to practice in

said Court on **07/11/03**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this July 8, 2005

CLARENCE MADDOX
Court Administrator •Clerk of Court

By _____
Deputy Clerk

.sk.5/2002