```
Mon Jul 18 16:44:58 2005

    UNITED STATES DISTRICT COURT
    INDIANAPOLIS

Receipt No.   100 1670
Cashier       pag

Tender Type   CHECK

Check Number: 12273

Transaction Type   C

Case No./Def No. 1:05-LB-1    /   0

DO Code    Div No    Acct
4628       1         6855XX

Amount              $    30.00

1:05-CV-0354 H/K PHV ZACK

HOOVER HULL BAKER & HEATH
```

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                                          Doc. 28

```
xDF


Mon Jul 18 16:44:58 2005

Check No. 12273
Amount:    30.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4628
```