UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, </br></br>   Plaintiff,</br>v.</br></br>OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL, an individual; DANYA MENDELL, an individual; and X, Y, Z CORPORATIONS,</br></br>   Defendants. | Case Number: 1:05-cv-0354-DFH-TAB |

## NOTICE OF EXTENSION OF TIME

Come now the Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, and Z Corporations, by counsel, and respectfully show the Court as follows:

1. Defendants' by counsel have sought an extension of time to respond to Plaintiff's First Set of Interrogatories and First Request for Production, which are due July 29, 2005.

2. Opposing counsel's office has been contacted but he could not be reached. The fact Defendants are seeking this extension was communicated to opposing counsel in a message, but no response has been received at the time of this filing.

WHEREFORE, Defendants, Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, and Z Corporations, pray that the Court accept this notice and duly extend the time for responding to Plaintiff's discovery to and including August 28, 2005.

            COHEN GARELICK & GLAZIER


            By: s/ Bryan S. Redding
               Bryan S. Redding, #18127-49
               Attorneys for Defendants

CERTIFICATE OF SERVICE

 I hereby certify that on July 27, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 John David Hoover
 Hoover Hull Baker & Heath, LLP
 111 Monument Circle, Suite 4400
 Post Office Box 44989, Indianapolis, Indiana 44989
 jdhoover@hooverhull.com

 Kevin Kaplan
 David Zack
 Burlington Weil Schwiep Kaplan & Blonsky
 Office in the Grove, Penthouse A
 2699 South Bayshore Drive
 Miami, Florida 33133
 kkaplan@bwskb.com
 dzack@bwskb.com

               s/ Bryan S. Redding
               Bryan S. Redding

Bryan S. Redding
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
(317) 573-8888