UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OOGLES N GOOGLES, an Indiana ) <br> corporation; KEVIN MENDELL; ) <br> DANYA MENDELL; MICHELLE COTE; ) <br> ROB LENDERMAN; STACEY ) <br> LENDERMAN; BRENDA MURTY; ) <br> MARGIE THOMAS; ROB SLYTER; ) <br> ELIZABETH SLYTER; CORINNA ) <br> SPARKS; CHRISTINE WATERBURRY; ) <br> LEIGH SUNDLING; and TINA CARTAYA) <br> ) <br> Defendants. ) | Case Number: 1:05-CV-0354-DFH-TAB |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

The following enter their Appearance as counsel in this case on behalf of the Defendants,

Michelle Cote, Rob Lenderman, Stacey Lenderman, Brenda Murty, Margie Thomas, Rob Slyter,

Elizabeth Slyter, Corinna Sparks, Christine Waterburry, Leigh Sundling, and Tina Cartaya.

              COHEN GARELICK & GLAZIER


              By: s/ Bryan S. Redding
                 Bryan S. Redding, #18127-49
                 Attorneys for Defendants

Bryan S. Redding, Esq.
COHEN GARELICK & GLAZIER
8888 Keystone Crossing
Suite 800
Indianapolis, Indiana 46240
(317) 573-8888

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 8, 2005, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    John David Hoover
    jdhoover@hooverhull.com
    Kevin C. Kaplan
    kkaplan@bwskb.com
    David John Zack
    dzack@bwskb.com

Bryan S. Redding, Esq.
COHEN GARELICK & GLAZIER
8888 Keystone Crossing
Suite 800
Indianapolis, Indiana  46240
(317) 573-8888