

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System(Tess)**

TESS was last updated on Thu Sep 8 04:12:14 EDT 2005

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | IGGLE |
| Goods and Services | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75655710 |
| Filing Date | March 5, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | November 23, 1999 |
| Registration Number | 2496754 |
| Registration Date | October 9, 2001 |
| Owner | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163th Street North Miami FLORIDA 33160 |
| Attorney of Record | BARRY L. HALEY |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Top] [Help]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System(Tess)**

TESS was last updated on Thu Sep 8 04:12:14 EDT 2005

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | OGGLE |
| Goods and Services | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75655709 |
| Filing Date | March 5, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | January 11, 2000 |
| Registration Number | 2496753 |
| Registration Date | October 9, 2001 |
| Owner | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163th Street North Miami FLORIDA 33160 |
| Attorney of Record | BARRY L. HALEY |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System(Tess)**

*TESS was last updated on Thu Sep 8 04:12:14 EDT 2005*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | OOGLE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75655711 |
| **Filing Date** | March 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | **2496755** |
| **Registration Date** | October 9, 2001 |
| **Owner** | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163rd Street North Miami FLORIDA 33160 |
| **Attorney of Record** | BARRY L HALEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Sep 8 04:12:14 EDT 2005*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GOOGLES |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: children's books. FIRST USE: 19940600. FIRST USE IN COMMERCE: 19960600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 020501 020524 270101 |
| **Serial Number** | 75150767 |
| **Filing Date** | August 2, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 20, 1997 |
| **Registration Number** | **2087590** |
| **Registration Date** | August 12, 1997 |
| **Owner** | (REGISTRANT) Googles Children's Workshop, Inc., The CORPORATION NEW JERSEY P.O. Box 60210 Potomac MARYLAND 208590210 |
| | (LAST LISTED OWNER) SILVERS, STEVEN A. INDIVIDUAL UNITED STATES 3741 N.E. 163RD STREET SUITE 325 NORTH MIAMI BEACH FLORIDA 33160 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | IRA C. EDELL |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY