**Bryan Redding**

---

**From:** GAIL A MCQUILKIN [gam@kttlaw.com]
**Sent:** Saturday, August 27, 2005 6:19 PM
**To:** Bryan Redding
**Subject:** Googles trademark

Bryan -

This firm represents Steven Silvers, the owner of the "Ooogles" and "Googles" trademarks.  We just now learned that Stelor Productions, our FORMER licensee, and its attorney Kevin Kaplan, filed an action in Indiana against your client.  As they have no authority or legal right to do this we need to talk.  I am travelling to NYC on Monday and can be reached on my cell phone.  305-215-8414.  Thank you.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

1