UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case Number: 1:05-CV-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL; DANYA MENDELL; MICHELLE COTE; ROB LENDERMAN; STACEY LENDERMAN; BRENDA MURTY; MARGIE THOMAS; ROB SLYTER; ELIZABETH SLYTER; CORINNA SPARKS; CHRISTINE WATERBURRY; LEIGH SUNDLING; and TINA CARTAYA | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER GRANTING MOTION TO DISMISS
### PLAINTIFF'S AMENDED COMPLAINT

Comes now the Defendants, by counsel, and having filed their Motion to Dismiss Plaintiff's Amended Complaint, which Motion is in the following words and figures to-wit:

(H.I.)

and the Court, being duly advised in the premises, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED that this matter is dismissed, without prejudice, costs paid.

Date: _____

_____
Judge, United States District Court
Southern District of Indiana

Distribution:

**Plaintiffs:**
John David Hoover
jdhoover@hooverhull.com
Kevin C. Kaplan
kkaplan@bwskb.com
David John Zack
dzack@bwskb.com

**Defendants:**
bredding@cgglawfirm.com