UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL; DANYA MENDELL; MICHELLE COTE; ROB LENDERMAN; STACEY LENDERMAN; BRENDA MURTY; MARGIE THOMAS; ROB SLYTER; ELIZABETH SLYTER; CORINNA SPARKS; CHRISTINE WATERBURRY; LEIGH SUNDLING; and TINA CARTAYA <br><br> Defendants. | Case Number: 1:05-CV-0354-DFH-TAB |

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Comes now the Defendants, by counsel and for their preliminary witness and exhibit list, would show the Court as follows:

### I. Witness List

1. Defendant, Kevin Mendell;

2. Defendant, Danya Mendell;

3. Steven Esrig, agent of Plaintiff;

4. All witnesses identified by any other party;

5. Any witness necessary to lay a proper foundation for exhibits;

6. Any witness necessary for rebuttal or impeachment

## II. Exhibit List

1. Records of the United States Patent Office regarding the trademarks asserted in this matter owned or licensed by Plaintiff;

2. Records of the United States Patent Office regarding the trademark being sought by Defendant, Oogles N Googles;

3. Records of the Defendants showing use of their mark;

4. Records of the Plaintiff showing use of the marks at issue and the scope of such use.

5. Any exhibit identified by any other party in this matter;

6. Any exhibit necessary for rebuttal or impeachment purposes.

COHEN GARELICK & GLAZIER

By: s/ Bryan S. Redding
Bryan S. Redding, #18127-49
Attorneys for Defendants

Bryan S. Redding, Esq.
COHEN GARELICK & GLAZIER
8888 Keystone Crossing
Suite 800
Indianapolis, Indiana  46240
(317) 573-8888

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    John David Hoover
    jdhoover@hooverhull.com
    Kevin C. Kaplan
    kkaplan@bwskb.com
    David John Zack
    dzack@bwskb.com

Bryan S. Redding, Esq.
COHEN GARELICK & GLAZIER
8888 Keystone Crossing
Suite 800
Indianapolis, Indiana  46240
(317) 573-8888