UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON SEPTEMBER 16, 2005 TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel September 16, 2005 for a telephonic status conference. Discussion held regarding settlement and related matters. Given the issues raised in the pending motion to dismiss [Docket No. 34], settlement is not possible at this time.

Dated:

Copies to:

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@bwskb.com

Bryan S. Redding
COHEN GARELICK & GLAZIER
bredding@cgglawfirm.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@bwskb.com