IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL, an individual; ) | |
| DANYA MENDELL, an individual; and ) | |
| X, Y, Z CORPORATIONS, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME
TO FILE ANSWER BRIEF TO DEFENDANT'S MOTION TO DISMISS**

This matter having come before the Court on Plaintiff's Motion for Enlargement of Time to File Answer Brief to Defendant's Motion to Dismiss, and the Court having been duly advised on the premises, said Motion is hereby GRANTED as follows:

Within 5 (five) days from the date of this Order, Defendants shall serve and file either (1) any additional affidavits in support of their motion to dismiss, or (2) notice that no additional affidavits will be filed. Defendants shall be prohibited from filing any further affidavits after that time related to the motion to dismiss. Plaintiff shall have 15 days after service of the additional affidavits or the notice that no affidavits will be filed to serve its answer brief.

DONE AND ORDERED in chambers at Indianapolis, Indiana, this ____ day of _____, 2005.

_____
JUDGE, United States District Court
Southern District of Indiana, Indianapolis Division

**Distribution to:**

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Bryan S. Redding, Esq.
COHEN, GARELICH AND GLAZIER
Breeding@cgglawfirm.com

Kevin C. Kaplan, Esq.
David J. Zack, Esq.
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com
dzack@bwskb.com