IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL; DANYA MENDELL; ) | |
| MICHELLE COTE; ROB LENDERMAN; ) | |
| STACEY LENDERMAN; BRENDA MURTY; ) | |
| MARGIE THOMAS; ROB SLYTER; ) | |
| ELIZABETH SLYTER; CORINNA SPARKS; ) | |
| CHRISTINE WATERBURRY; ) | |
| LEIGH SUNDLING; and TINA CARTAYA ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AGREED MOTION TO SUBSTITUTE PARTIES**

Plaintiff Stelor Productions, Inc. hereby moves for an order substituting parties, and in support thereof states as follows:

Since the inception of this litigation Plaintiff Stelor Productions, Inc. has undergone a corporate reorganization in which it converted from a corporation to a limited liability company. Federal Rule of Civil Procedure 25(c) permits the substitution of parties where there has been a transfer of interest. Accordingly, pursuant to Rule 25(c) and pursuant to this Court's inherent powers, Plaintiff Stelor Productions, Inc. hereby respectfully requests that Stelor Productions, LLC be substituted as the Plaintiff in this action and that the caption be changed to reflect the Plaintiff as Stelor Productions, LLC, a Delaware limited liability company f/k/a Stelor Productions, Inc.

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

Dockets.Justia.com

The undersigned certifies that he conferred with Defendants' counsel, who does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests the relief requested above.

Respectfully submitted,

John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:  317- 822-4400
Fax:  317- 822-0234
E-mail:  jdhoover@hooverhull.com

Of counsel:

Kevin C. Kaplan (admitted *pro hac vice*)
David J. Zack (admitted *pro hac vice*)
Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel:  305-858-2900
Fax:  305-858-5261
Email:  kkaplan@bwskb.com

Attorneys for Plaintiff, Stelor Productions, Inc.


By:   /s David J. Zack

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM    WWW.BWSKB.COM

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's systems.

> Bryan S. Redding, Esq.
> COHEN, GARELICH AND GLAZIER
> E-mail address: Breeding@cgglawfirm.com

By: __/s David J. Zack

3

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM