IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL; DANYA MENDELL; ) | |
| MICHELLE COTE; ROB LENDERMAN; ) | |
| STACEY LENDERMAN; BRENDA MURTY; ) | |
| MARGIE THOMAS; ROB SLYTER; ) | |
| ELIZABETH SLYTER; CORINNA SPARKS; ) | |
| CHRISTINE WATERBURRY; ) | |
| LEIGH SUNDLING; and TINA CARTAYA ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO WITHDRAW MOTIONS TO SUBSTITUTE PARTIES**

Plaintiff Stelor Productions, Inc. hereby submits its motion to withdraw previously filed motions to substitute parties, which are assigned docket entries 41 and 42. Plaintiff wishes to withdraw these motions due to errors in filing them.

---

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

Dockets.Justia.com

Wherefore, Plaintiff respectfully requests that the Court issue an Order Withdrawing Plaintiff's Agreed Motion to Substitute Parties (docket entry 41) and Plaintiff's Agreed Motion to Substitute Parties (docket entry 42), without prejudice to Plaintiff's ability to file a subsequent motion to substitute parties.

    Respectfully submitted.

    John David Hoover, Attorney No. 7945-49
    HOOVER HULL BAKER & HEATH LLP
    111 Monument Circle, Ste. 4400
    P.O. Box 44989
    Indianapolis, IN  46244-0989
    Tel:  317- 822-4400
    Fax:  317- 822-0234
    E-mail:  jdhoover@hooverhull.com

    Of counsel:

    Kevin C. Kaplan (admitted *pro hac vice*)
    David J. Zack (admitted *pro hac vice*)
    Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
    2699 S. Bayshore Drive – PH
    Miami, Florida 33133
    Tel:  305-858-2900
    Fax:  305-858-5261
    Email:  dzack@bwskb.com

    Attorneys for Plaintiff, Stelor Productions, Inc.

        /s/ Kevin Kaplan
    By:     /s/ David J. Zack

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, a copy of the foregoing Motion for Enlargement of Time to File Answer Brief was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's systems.

        Bryan S. Redding, Esq.
        COHEN, GARELICH AND GLAZIER
        E-mail address: Breeding@cgglawfirm.com

        /s/ Kevin Kaplan
By:   /s/ David J. Zack

BURLINGTON • WEIL • SCHWIEP • KAPLAN &amp; BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM