IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL, an individual; ) | |
| DANYA MENDELL, an individual; and ) | |
| X, Y, Z CORPORATIONS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court on Plaintiff's Motion to Withdraw Motions to Substitute Parties, and the Court having been duly advised on the premises, said Motion is hereby GRANTED as follows:

Plaintiff's Agreed Motion to Substitute Parties (docket entry 41) and Plaintiff's Agreed Motion to Substitute Parties (docket entry 42) shall be treated as withdrawn. This Order is without prejudice to Plaintiff's ability to file a subsequent motion to substitute parties.

DONE AND ORDERED in chambers at Indianapolis, Indiana, this ____ day of _____, 2005.

_____
JUDGE, United States District Court
Southern District of Indiana, Indianapolis Division

**Distribution to:**

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Bryan S. Redding, Esq.
COHEN, GARELICH AND GLAZIER
Breeding@cgglawfirm.com

Kevin C. Kaplan, Esq.
David J. Zack, Esq.
Burlington, Weil, Schwiep, Kaplan
 & Blonsky, P.A.
kkaplan@bwskb.com
dzack@bwskb.com