IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OOGLES N GOOGLES, an Indiana corporation; )<br>KEVIN MENDELL, an individual; )<br>DANYA MENDELL, an individual; and )<br>X, Y, Z CORPORATIONS, )<br>)<br>Defendants. ) | Case No. 1:05-cv-0354-DFH-TAB |

**AGREED ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES**

This matter having come before the Court on Plaintiff's Agreed Motion to Substitute Parties, and the Court having been duly advised on the premises, said Motion is hereby GRANTED as follows:

Pursuant to F.R.C.P 25(c) and pursuant to this Court's inherent powers, Stelor Productions, LLC is hereby substituted as the Plaintiff in this action and the caption is hereby changed to reflect the Plaintiff as Stelor Productions, LLC, a Delaware limited liability company f/k/a Stelor Productions, Inc

DONE AND ORDERED in chambers at Indianapolis, Indiana, this ____ day of _____, 2005.

_____
JUDGE, United States District Court
Southern District of Indiana, Indianapolis Division

**Distribution to:**

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Bryan S. Redding, Esq.
COHEN, GARELICH AND GLAZIER
Breeding@cgglawfirm.com

Kevin C. Kaplan, Esq.
David J. Zack, Esq.
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com
dzack@bwskb.com