IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OOGLES N GOOGLES, an Indiana corporation; ) <br> KEVIN MENDELL, an individual; ) <br> DANYA MENDELL, an individual; and ) <br> X, Y, Z CORPORATIONS, ) <br> ) <br> Defendants. ) | Case No. 1:05-cv-0354-DFH-TAB |

**ORDER**

This matter having come before the Court on Plaintiff's Agreed Motion for Extension of Time to File Answer Brief to Defendant's Motion to Dismiss, and the Court having been duly advised on the premises, said Motion is hereby GRANTED as follows:

Plaintiff shall up to and including October 24, 2005 to file its answer brief to Defendants' motion to dismiss.

SO ORDERED: 10/21/2005

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution to:**

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Bryan S. Redding, Esq.
COHEN, GARELICH AND GLAZIER
Breeding@cgglawfirm.com

Kevin C. Kaplan, Esq.
David J. Zack, Esq.
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com
dzack@bwskb.com