IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL, an individual; ) | |
| DANYA MENDELL, an individual; and ) | |
| X, Y, Z CORPORATIONS, ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES**

This matter having come before the Court on Plaintiff's Agreed Motion to Substitute Parties, and the Court having been duly advised on the premises, said Motion is hereby GRANTED as follows:

Pursuant to F.R.C.P 25(c) and pursuant to this Court's inherent powers, Stelor Productions, LLC is hereby substituted as the Plaintiff in this action and the caption is hereby changed to reflect the Plaintiff as Stelor Productions, LLC, a Delaware limited liability company f/k/a Stelor Productions, Inc

10/24/2005

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution to:**

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Bryan S. Redding, Esq.
COHEN, GARELICH AND GLAZIER
Breeding@cgglawfirm.com

Kevin C. Kaplan, Esq.
David J. Zack, Esq.
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com
dzack@bwskb.com