IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | Case No. 1:05-cv-0354-DFH-TAB |
| KEVIN MENDELL; DANYA MENDELL; ) | |
| MICHELLE COTE; ROB LENDERMAN; ) | |
| STACEY LENDERMAN; BRENDA MURTY; ) | |
| MARGIE THOMAS; ROB SLYTER; ) | |
| ELIZABETH SLYTER; CORINNA SPARKS; ) | |
| CHRISTINE WATERBURRY; LEIGH ) | |
| SUNDLING; and TINA CARTAYA, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADDITIONAL ENLARGEMENT OF TIME

Plaintiff, Stelor Productions, Inc. ("Plaintiff"), by counsel, pursuant to Trial Rule 6(b), moves the Court for an additional enlargement of time to file its answer brief to Defendants' Motion to Dismiss, and shows the Court the following in support thereof:

1. Plaintiff's answer brief is due on October 24, 2005.

2. Such time has not yet expired.

3. Due to a hurricane, counsel for Plaintiff, David Zack, is unable to transmit the answer brief and requests an additional seven (7) days in which to do so.

4. Such enlargement of time shall expire on October 31, 2005.

5. On October 24, 2005, counsel for Plaintiff called counsel for Defendants, Bryan Redding, concerning the requested enlargement, and Mr. Redding consented to the requested enlargement of time.

WHEREFORE, Plaintiff Stelor Productions, Inc. prays for an additional seven (7) days, to and including October 31, 2005, to file its answer brief to Defendants' Motion to Dismiss.

Respectfully submitted,

s/John David Hoover
John David Hoover, Attorney No. 7945-49
HOOVER HULL BAKER & HEATH LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com

Of counsel:

Kevin C. Kaplan (admitted *pro hac vice*)
David J. Zack (admitted *pro hac vice*)
Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel:  (305) 858-2900
Fax:  (305) 858-5261
Email:  kkaplan@bwskb.com
        dzack@bwskb.com

Attorneys for Plaintiff, Stelor Productions, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2005, a copy of the foregoing ***Motion for Additional Enlargement of Time*** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bryan S. Redding
Cohen Garelick & Glazier
bredding@cgglawfirm.com

                              s/John David Hoover
                              John David Hoover
                              HOOVER HULL BAKER & HEATH LLP
                              Attorneys at Law
                              111 Monument Circle, Ste. 4400
                              P.O. Box 44989
                              Indianapolis, IN  46244-0989
                              Phone:  (317) 822-4400
                              Fax:  (317) 822-0234
                              E-mail:  jdhoover@hooverhull.com