IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STELOR PRODUCTIONS, INC.    )
              )
       Plaintiff,  )
              )
  vs.          )
              )
OOGLES N GOOGLES, an Indiana corporation; )  Case No. 1:05-cv-0354-DFH-TAB
KEVIN MENDELL; DANYA MENDELL;  )
MICHELLE COTE; ROB LENDERMAN;  )
STACEY LENDERMAN; BRENDA MURTY; )
MARGIE THOMAS; ROB SLYTER;   )
ELIZABETH SLYTER; CORINNA SPARKS; )
CHRISTINE WATERBURRY; LEIGH   )
SUNDLING; and TINA CARTAYA,   )
              )
      Defendants. )

## ORDER ON MOTION FOR ADDITIONAL ENLARGEMENT OF TIME

This matter having come before the Court on the Motion for Additional Enlargement of

Time filed by Plaintiff, and the Court having been duly advised on the premises, said Motion is

hereby GRANTED;

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff has until

October 31, 2005 to file its answer brief to Defendants' Motion to Dismiss.

Dated: _____  _____
             JUDGE, United States District Court
             Southern District of Indiana, Indianapolis Division

Dockets.Justia.com

**Distribution to:**

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com


David J. Zack
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
dzack@bwskb.com

Kevin C. Kaplan
David J. Zack
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com
Bryan S. Redding
Cohen Garelick & Glazier
bredding@cgglawfirm.com