IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL, an individual; ) | |
| DANYA MENDELL, an individual; and ) | |
| X, Y, Z CORPORATIONS, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER MODIFYING ORDER ON PRETRIAL SCHEDULE AND CASE MANAGEMENT PLAN ORDER

This matter having come before the Court on parties Joint Motion to Modify Order on Pretrial Schedule and Case Management Plan Order ("the Motion"), and the Court having been duly advised on the premises, said Motion is hereby GRANTED and the Pretrial Schedule and Case Management Order are modified as follows:

March 17, 2006 – Plaintiff shall disclose the name, address, and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B). However, if Plaintiff uses expert witness testimony at the summary judgment stage, such disclosures must be made no later than 60 days prior to the summary judgment deadline.

April 17, 2006 -- Defendants shall disclose the name, address, and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) within 30 days after Plaintiff(s) serves its expert witness disclosure; or if none, Defendant(s) shall make its expert disclosure on or before. However, if Defendants use expert witness testimony at the summary judgment stage, such disclosures must be made no later than 30 days prior to the summary judgment deadline.

June 19, 2006 – All discovery completed.

June 19, 2006 -- Any party who wishes to limit or preclude expert testimony at trial shall file any such objections no later than. Any party who wishes to preclude expert

witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by Local Rule 56.1.

July 17, 2006 – Dispositive motions to be filed, if any.

August 17, 2006 -- All parties shall file and serve their final witness and exhibit lists.

October 2006 – final pretrial conference.

November 2006 – trial to be scheduled.

DONE AND ORDERED in chambers at Indianapolis, Indiana, this \_\_\_\_ day of _____, 2005.

_____
JUDGE, United States District Court
Southern District of Indiana, Indianapolis Division

**Distribution to:**

John David Hoover, Esq.
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Bryan S. Redding, Esq.
COHEN, GARELICK & GLAZIER
Breeding@cgglawfirm.com

Kevin C. Kaplan, Esq.
David J. Zack, Esq.
Burlington, Weil, Schwiep, Kaplan
 & Blonsky, P.A.
kkaplan@bwskb.com
dzack@bwskb.com