IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CASE NO. 1:05-cv-0354-DFH-TAB

STELOR PRODUCTIONS, LLC,
a Delaware limited liability company
f/k/a STELOR PRODUCTIONS, INC.,

       Plaintiff,

vs.

OOGLES N GOOGLES, an Indiana corporation;
KEVIN MENDELL; DANYA MENDELL;
MICHELLE COTE; ROB LENDERMAN;
STACEY LENDERMAN; BRENDA MURTY;
MARGIE THOMAS; ROB SLYTER;
ELIZABETH SLYTER; CORINNA SPARKS;
CHRISTINE WATERBURRY;
LEIGH SUNDLING; and TINA CARTAYA,

       Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANTS OOGLES N GOOGLES, KEVIN MENDELL, DANYA MENDELL, AND X,Y,Z CORPORATIONS

This matter having come before the Court on Plaintiff's Motion to Compel Discovery Responses from Defendant Oogles N Googles, Kevin Mendell, Danya Mendell and X, Y, Z Corporations ("the Motion"), and the Court having been duly advised on the premises rules as follows:

1. the Motion is GRANTED, and

2. Defendants Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, Z Corporations shall serve on Plaintiff documents responsive to Plaintiff's First Request for Production on or before ten (10) days from entry of this Order, and

Dockets.Justia.com

3.  Defendants Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, Z Corporations shall serve on Plaintiff answers to Plaintiff's First Set of Interrogatories to said Defendants on or before ten (10) days from entry of this Order, and

4.  Defendants Oogles N Googles, Kevin Mendell, Danya Mendell, and X, Y, Z Corporations must pay Plaintiff's attorneys' fees and costs for bringing and arguing this motion, and

5.  Plaintiff shall have ten (10) days from entry of this Order to submit to the Court a properly supported submission detailing the attorneys' fees and costs awarded in this Order.

DONE AND ORDERED in chambers at Indianapolis, Indiana, this _____ day of _____, 2006.

_____
JUDGE, United States District Court
Southern District of Indiana, Indianapolis Division

**Distribution to:**

John David Hoover, Esq.
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Kevin C. Kaplan, Esq.
David J. Zack, Esq.
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com
dzack@bwskb.com

Bryan S. Redding, Esq.
COHEN, GARELICK & GLAZIER
Breeding@cgglawfirm.com