IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | Case No. 1:05-cv-0354-DFH-TAB |
| KEVIN MENDELL; DANYA MENDELL; ) | |
| MICHELLE COTE; ROB LENDERMAN; ) | |
| STACEY LENDERMAN; BRENDA MURTY; ) | |
| MARGIE THOMAS; ROB SLYTER; ) | |
| ELIZABETH SLYTER; CORINNA SPARKS; ) | |
| CHRISTINE WATERBURRY; LEIGH ) | |
| SUNDLING; and TINA CARTAYA, ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING TELEPHONIC PRE-TRIAL CONFERENCE

The Court, having reviewed the Request for Telephonic Pre-Trial Conference filed by Stelor Productions, Inc., and being duly advised in the premises, hereby sets the above-referenced cause of action for a telephonic pre-trial conference on the ____ day of _____, 2006, commencing at ___ __.m.

Dated: _____ _____
 JUDGE, United States District Court
 Southern District of Indiana, Indianapolis Division

**Distribution to:**

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com


David J. Zack
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
dzack@bwskb.com

Kevin C. Kaplan
David J. Zack
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com
Bryan S. Redding
Cohen Garelick & Glazier
bredding@cgglawfirm.com