UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON FEBRUARY 9, 2006 TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel February 9, 2006 for a telephonic status conference. Discussion held regarding pending motions and related matters. Based upon the stipulation of the parties, the Court now orders as follows: (1) the pending motion to dismiss and motion to compel [Docket Nos. 34, 54] are withdrawn without prejudice to refile these motions; and (2) this action is stayed pending further order.

**This cause is set for a telephonic status conference at 10 a.m. on August 10, 2006.** Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is to allow the parties to provide an update to the Court regarding the status of certain Florida litigation and to consider whether the stay should be lifted.

Dated: 02/10/2006

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@bwskb.com

Bryan S. Redding
COHEN GARELICK & GLAZIER
bredding@cgglawfirm.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@bwskb.com