UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OOGLES N GOOGLES, et al., ) | 1:05-cv-354- DFH-TAB |
| Defendants. ) | |

### ENTRY FOR SEPTEMBER 11, 2006
### HON. DAVID F. HAMILTON, JUDGE

In view of Magistrate Judge Baker's Order of February 10, 2006 staying this action, the Final Pretrial Conference scheduled in this action for October 27, 2006, and the jury trial scheduled in this action for November 6, 2006 are **VACATED.**

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@bwskb.com

Bryan S. Redding
COHEN GARELICK & GLAZIER
bredding@cgglawfirm.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@bwskb.com