UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STELOR PRODUCTIONS, INC.,            )
                                     )
         Plaintiff,                  )
                                     )
     vs.                             )   1:05-cv-0354-DFH-TAB
                                     )
OOGLES N GOOGLES, et al.,            )
                                     )
         Defendants.                 )

## ORDER ON DECEMBER 18, 2006 TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel December 18, 2006 for a telephonic status conference.

Discussion held regarding the pending stay and related matters.

**This cause is set for a telephonic status conference at 4 p.m. on March 1, 2007.**

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660.

The purpose of this conference is to address the status of the stay and the Florida litigation.

Dated: 12/19/2006

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@bwskb.com

Bryan S. Redding
COHEN GARELICK & GLAZIER
bredding@cgglawfirm.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN  & BLONSKY
dzack@bwskb.com