UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MARCH 1, 2007 TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel March 1, 2007 for a telephonic status conference.

Discussion held regarding the pending stay and related matters.

**This cause is set for a telephonic status conference at 4 p.m. on June 14, 2007.**

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660.

The purpose of this conference is to address the status of the stay and the Florida litigation. If

the parties anticipate requesting the Court to lift the stay at the June 14 conference, the parties

shall file a proposed, revised Case Management Plan at least three day prior to that conference.

Dated: 03/05/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@bwskb.com

Bryan S. Redding
COHEN GARELICK & GLAZIER
bredding@cgglawfirm.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@bwskb.com