UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number: 1:05-CV-0354-DFH-TAB ) ) |
| OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL; DANYA MENDELL; MICHELLE COTE; ROB LENDERMAN; STACEY LENDERMAN; BRENDA MURTY; MARGIE THOMAS; ROB SLYTER; ELIZABETH SLYTER; CORINNA SPARKS; CHRISTINE WATERBURY; LEIGH SUNDLING; and TINA CARTAYA | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record, enter my appearance as counsel in this case for all Defendants. I certify that I am admitted to practice in this court.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN  46204
Telephone: (317) 822-0033
Fax:    (317) 822-0055
E-mail:  Steve@IPLawIndiana.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 6, 2007, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                /s/ Stephen L. Vaughan
                Stephen L. Vaughan, #2294-49
                INDIANO VAUGHAN LLP
                One N. Pennsylvania Street, Suite 1300
                Indianapolis, IN   46204
                E-mail: Steve@IPLawIndiana.com