UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OOGLES N GOOGLES, an Indiana ) <br> corporation; KEVIN MENDELL; ) <br> DANYA MENDELL; MICHELLE COTE; ) <br> ROB LENDERMAN; STACEY ) <br> LENDERMAN; BRENDA MURTY; ) <br> MARGIE THOMAS; ROB SLYTER; ) <br> ELIZABETH SLYTER; CORINNA ) <br> SPARKS; CHRISTINE WATERBURRY; ) <br> LEIGH SUNDLING; and TINA CARTAYA) <br> ) <br> Defendants. ) | Case Number: 1:05-CV-0354-DFH-TAB |

## MOTION TO WITHDRAW APPEARANCE

Comes now Bryan S. Redding, and in support of his Motion to Withdraw Appearance on behalf of the named Defendants, states as follows:

1. That Bryan S. Redding ("Counsel") is one of the attorneys of record for the Defendants ("Client"), in this cause.

2. Counsel has left the firm of Cohen Garelick & Glazier to take the position of General Counsel in a corporation.

3. Following counsel's departure, Steve Vaughn has entered his appearance on behalf of the named defendants and will take over as lead counsel on this matter.

WHEREFORE, Bryan S. Redding prays for an Order from this Court allowing him to withdraw his Appearance on behalf of Client and for all other just and proper relief in the premises.

By: s/ Bryan S. Redding
Bryan S. Redding, #18127-49
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John David Hoover
jdhoover@hooverhull.com
Kevin C. Kaplan
kkaplan@bwskb.com
David John Zack
dzack@bwskb.com

Bryan S. Redding, Esq.
P.O. Box 1077
Westfield, Indiana 46074
(317) 507-8675