UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation, </br></br>Plaintiff, </br></br>v. </br></br>OOGLES N GOOGLES, an Indiana corporation; KEVIN MENDELL; DANYA MENDELL; MICHELLE COTE; ROB LENDERMAN; STACEY LENDERMAN; BRENDA MURTY; MARGIE THOMAS; ROB SLYTER; ELIZABETH SLYTER; CORINNA SPARKS; CHRISTINE WATERBURRY; LEIGH SUNDLING; and TINA CARTAYA </br></br>Defendants. | Case Number: 1:05-CV-0354-DFH-TAB |

### ORDER ON MOTION TO WITHDRAW APPEARANCE

Comes now Bryan S. Redding, one of the attorneys of record for the named Defendants and having heretofore filed his Motion to Withdraw Appearance,

And the Court, being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Appearance of Bryan S. Redding is hereby ordered withdrawn for all named defendants.

Dated:_____                    _____
                                     District Judge, United States District Court
                                     Southern District of Indiana

DISTRIBUTION TO:

Bryan S. Redding
P.O. Box 1077
Westfield, Indiana 46074
BRedding@breddinglaw.com

Steven A. Vaughn
Steve@IPLawIndiana.com

John David Hoover
jdhoover@hooverhull.com

Kevin C. Kaplan
kkaplan@bwskb.com

David John Zack
dzack@bwskb.com