UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON JUNE 14, 2007 TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel June 14, 2007 for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters.

**This cause is set for a telephonic status conference at 1:30 p.m. on September 6, 2007.** Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is to address settlement and case management. Counsel shall file a proposed, revised Case Management Plan at least three days prior to the September 6, 2007 conference in the event that counsel anticipates asking the Court to lift the stay.

Dated: 06/19/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@bwskb.com

Bryan S. Redding
COHEN GARELICK & GLAZIER
bredding@cgglawfirm.com

Stephen Lewis Vaughan
INDIANO VAUGHAN ROBERTS & FILOMENA
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN  & BLONSKY
dzack@bwskb.com