UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON SEPTEMBER 6, 2007 TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel September 6, 2007 for a telephonic status conference. Discussion held regarding the proposed Amended Case Management Plan ("CMP") [Docket No. 66] and related matters. The proposed CMP [Docket No. 66] is approved, provided, however, that the CMP is amended to reflect that Stelor Productions is not the licensee for the terms and/or designs at issue, but rather is the owner of those terms and/or designs by assignment. The stay in this action is lifted. The Defendant shall move to withdraw the pending motion to dismiss [Docket No. 34] within 10 days or shall file a notice of its desire to obtain a ruling on that motion.

**This cause is set for a telephonic status conference at 10 a.m. on January 17, 2008.**

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is to address settlement and case management.

Dated: 09/07/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Dockets.Justia.com

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@bwskb.com

Stephen Lewis Vaughan
INDIANO VAUGHAN ROBERTS & FILOMENA
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@bwskb.com