UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., )<br>a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OOGLES N GOOGLES, an Indiana )<br>corporation; KEVIN MENDELL; )<br>DANYA MENDELL; MICHELLE COTE; )<br>ROB LENDERMAN; STACEY )<br>LENDERMAN; BRENDA MURTY; )<br>MARGIE THOMAS; ROB SLYTER; )<br>ELIZABETH SLYTER; CORINNA )<br>SPARKS; CHRISTINE WATERBURY; )<br>LEIGH SUNDLING; and TINA CARTAYA )<br>)<br>Defendants. ) | Case Number: 1:05-CV-0354-DFH-TAB |

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants, by counsel, provide to Plaintiffs their initial disclosures.

Defendants make these disclosures without waiving an expressly preserving (a) any objections as to competency, relevancy, materiality, privilege and admissibility of any of the information of documents provided; and (b) the right to object to discovery requests involving or relating to the subject matter of the disclosures made herein and the documents provided herein.  As discovery and Defendant's investigation of the facts in this case are ongoing. Defendant reserves the right to supplement these disclosures and case progresses.

I.   26(a)(1)(A) individuals:

   Steven Silver
   Steven Isrig, Representative of Plaintiff;
   Kevin Mendell, Representative of Defendants;
   Danya Mendell, Representative of Defendants;

II.  26(a)(1)(B) documents:

Records of the United States Patent Office regarding the trademarks asserted in this matter owned or licensed by Plaintiff;

Records of the United States Patent Office regarding the trademark being sought by Defendants.

Records of the defendants showing use of their mark;

Records of the Plaintiff showing use of their mark and the scope of such use.

III.  26(a)(1)(C) damages: None

IV.  26(A)(1)(D) insurance documents: The undersigned counsel is aware of a policy of insurance that may be available to satisfy some part or all of an adverse judgment, but does not have a copy of the policy. A copy of the policy will be requested and made available to counsel for Plaintiff upon receipt.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN  46204
Telephone: (317) 822-0033
Fax: (317) 822-0055
E-mail: Steve@IPLawIndiana.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Stephen L. Vaughan
        Stephen L. Vaughan, #2294-49