IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | |
| KEVIN MENDELL, an individual; ) | |
| DANYA MENDELL, an individual; and ) | |
| X, Y, Z CORPORATIONS, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AMENDED INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff Stelor Production, LLC, provides to Defendants their initial disclosures.

Plaintiff make these disclosures without waiving and expressly preserving (a) any objections as to competency, relevancy, materiality, privilege and admissibility of any of the information or documents provided; and (b) the right to object to discovery requests involving or relating to the subject matter of the disclosures made herein and the documents provided herein. As discovery and Plaintiff's investigation of the facts in this case are ongoing, Plaintiff reserves the right to supplement these disclosures as necessary.

**I.  Individuals Likely to Have Discoverable Information**

The following individuals are likely to have discoverable information that defendants may use to support their defenses:

Steven Esrig, c/o Plaintiff's counsel

Kevin Mendell, c/o Defendants' counsel.

Danya Mendell, c/o Defendant's counsel

Dockets.Justia.com

      Michelle Cote c/o Defendants' counsel

      Rob Lenderman c/o Defendants' counsel

      Stacey Lenderman c/o Defendants' counsel

      Brenda Murty c/o Defendants' counsel

      Margie Thomas c/o Defendants' counsel

      Rob Slyer c/o Defendants' counsel

      Elizabeth Slyer c/o Defendants' counsel

      Corinna Sparks c/o Defendants' counsel

      Christine Waterburry c/o Defendants' counsel

      Leigh Sundling c/o Defendants' counsel

      Tina Cartaya c/o Defendants' counsel

## II.  Documents

Plaintiff shall rely on the Trademark Registration Nos. 2,087,590 and 2,496,753-55 and all associated documents, including those listed on Exhibit "A" hereto.  Discovery remains to be conducted in this action, and Plaintiff reserves the right to supplement this list as additional information is developed in this action.

## III.  Damages

Because discovery and Plaintiff's investigation of the facts of this case are ongoing, it is premature to provide information regarding Plaintiff's damages.

## IV.  Insurance Information

Inapplicable.

              John David Hoover, Attorney No. 7945-49
              HOOVER HULL BAKER & HEATH LLP
              111 Monument Circle, Ste. 4400
              P.O. Box 44989
              Indianapolis, IN  46244-0989
              Tel:  317- 822-4400
              Fax:  317- 822-0234
              E-mail:  jdhoover@hooverhull.com

-- and --

Kevin C. Kaplan (admitted *pro hac vice*)
David J. Zack (admitted *pro hac vice*)
Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email: kkaplan@bwskb.com

Attorneys for Plaintiff, Stelor Productions, LLC

By:  /s Kevin C. Kaplan

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's systems.

Stephen L. Vaughan, Esq.
Counsel for Defendants
Indiano Vaughan LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN 46204
Tel: (317) 822-0033
E-mail: steve@iplawindiana.com

By: /s Kevin C. Kaplan