STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                                    Doc. 71 Att.

## ATTACHMENT A

| Exhibit No. | Date of Deposition | Deponent | Author | Description |
|---|---|---|---|---|
| 1 | 08/05/04 | Steven Esrig | Steven A. Silvers | Book entitled Googles and the Planet of Goo. |
| 2 | 08/05/04 | Steven Esrig | | Various stickers produced in 2001 at the Aurora Collection for Goolges and the Planet of Goo. |
| 3 | 08/05/04 | Steven Esrig | | Digital photographs of plush dolls that were being sold. |
| 4 | 08/05/04 | Steven Esrig | | Tag from doll known as Iggle. |
| 5 | 08/05/04 | Steven Esrig | | Tag from doll known as Oggle. |
| 6 | 08/05/04 | Steven Esrig | | Tag from doll known as Oogle. |
| 7 | 08/05/04 | Steven Esrig | | Yellow and green plush doll known as Oogle Googles. |
| 8 | 08/05/04 | Steven Esrig | | First album of Stelor Productions CD identified as One GooWorld and Un GooMundo. |
| 9 | 08/05/04 | Steven Esrig | | Screen shots of the Googles from Goo website at Googles.com during the time of the Aurora Collection. |
| 10 | 08/05/04 | Steven Esrig | | Screen shot from internet archive known as the Way Back Machine. |
| 11 | 08/05/04 | Steven Esrig | | Search report from the WHOIS database search system at Googles.com. |

| Exhibit No. | Date of Deposition | Deponent | Author | Description |
|---|---|---|---|---|
| 12 | 08/05/4 | Steven Esrig | | Screen shots from current Googles.com website. |
| 13 | 08/05/04 | Steven Esrig | | Photocopies of the fronts of envelopes from 2001 to 2002 addressed to Googles stickers care of the Aurora Collection. |
| 14 | 08/05/04 | Steven Esrig | | E-mail response to Brooke Drost welcoming to the Googles official website with GooKid ID number. |
| 15 | 08/05/04 | Steven Esrig | | Trademark Principal Register - The Googles Trademark |
| 16 | 08/05/04 | Steven Esrig | | Copyright registration for the Googles logo. |
| 17 | 08/05/04 | Steven Esrig | | Press Kit distributed by Stelor Productions on the Googles from Goo (not in redweld) |
| 18 | 08/05/04 | Steven Esrig | Steven A. Silvers | Lyrics to Googles Song for Kids copyrighted in 1995. |
| 19 | 08/05/04 | Steven Esrig | | Press release created for the Aurora Collection telling how the original story of the Googles. |
| 20 | 08/05/04 | Steven Esrig | | Data analysis for the website Googles.com from a third party company for the period of October 14, 2002 - October 18, 2002. |
| 21 | 08/05/04 | Steven Esrig | | Data analysis for the website Googles.com from a third party company for the period of December 30, 2002 - January 3, 2003. |
| 22 | 08/05/04 | Steven Esrig | | Data form the Urchin Report for the year of 2003. |
| 23 | 08/05/04 | Steven Esrig | | Screen shots from the Oogles-n-Googles webpage dated July 28, 2004. |
| 24 | 08/05/04 | Steven Esrig | | WHOIS summary of domain names registered between 2000 and 2001. |