**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

Case No. 1:05-cv-0354-DFH-TAB

STELOR PRODUCTIONS, INC.,

        Plaintiff,

v.

OOGLES N GOOGLES, an Indiana corporation;
KEVIN MENDELL, an individual;
DANYA MENDELL, an individual; and
X, Y, Z CORPORATIONS,

        Defendants.
_____/

**PROPOSED ORDER GRANTING JOINT MOTION TO EXTEND
CERTAIN DEADLINES IN CASE MANAGEMENT PLAN ORDER**

This cause came before the Court on the Parties' Joint Motion to Extend Certain Deadlines in Case Management Plan Order, and the Court having revised the Motion and being otherwise fully advised in the premises hereby,

**ORDERED AND ADJUDGED** that the Motion is Granted, as follows: Defendants shall provide complete responses to Plaintiff's outstanding discovery requests, including answers to interrogatories and production of documents, no later than January 15, 2008. The deadline for motions for leave to amend the pleadings and/or join additional parties is hereby extended to February 29, 2008. The deadline for disclosure of expert witness by Plaintiff is extended to February 29, 2008, with Defendant's experts to be disclosed 30 days thereafter.

**DONE AND ORDERED** in chambers at Indianapolis, Indiana, this ___ day of January, 2008.

                                                _____
                                                JUDGE, United States District Court
                                                Southern District of Indiana, Indianapolis Division