| | |
|---|---|
| STELOR PRODUCTIONS, INC., <br> a Delaware corporation <br> <br> Plaintiff <br> <br> v. <br> <br> <br> OOGLES N GOOGLES, an Indiana <br> Corporation; KEVIN MENDELL, <br> DANYA MENDELL, MICHELLE COTE; <br> ROB LENDERMAN; STACEY <br> LENDERMAN; BRENDA MURTY; <br> MARGIE THOMAS; ROB SLYTER; <br> ELIZABETH SLYTER; CORINNA <br> SPARKS; CHRISTINE WATERBURY; <br> LEIGH SUNDLING; and TINA CARTAYA <br> <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:05-CV-0354-DFH-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO REINSTATE STAY OF PROCEEDINGS

Defendants, by counsel, respectfully move that the Court reinstate the stay of these proceedings until the conclusion of the trial or settlement of the case *Stelor Productions, Inc. v. Google, Inc.*, currently pending in the U.S. District Court for the Southern District of Florida as Cause No. 9:05-cv-8037-KLR for the reasons stated in the Memorandum submitted contemporarily herewith.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN 46204
Telephone: (317) 822-0033
Fax: (317) 822-0055
E-mail: Steve@IPLawIndiana.com

# CERTIFICATE OF SERVICE

       I hereby certify that on January 15, 2008, 2007, a copy of the foregoing Motion to Reinstate Stay of Proceedings was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       /s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN 46204
E-mail: Steve@IPLawIndiana.com