UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) Case Number: 1:05-CV-0354-DFH-TAB<br>)<br>)<br>) |
| OOGLES N GOOGLES, an Indiana Corporation; KEVIN MENDELL, DANYA MENDELL, MICHELLE COTE; ROB LENDERMAN; STACEY LENDERMAN; BRENDA MURTY; MARGIE THOMAS; ROB SLYTER; ELIZABETH SLYTER; CORINNA SPARKS; CHRISTINE WATERBURY; LEIGH SUNDLING; and TINA CARTAYA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER ON MOTION TO REINSTATE STAY OF PROCEEDINGS

The Court, having considered Defendants' Motion to Reinstate Stay of Proceedings, hereby GRANTS said Motion. It is therefore ORDERED that these proceedings are stayed until the conclusion of the trial or settlement of the case *Stelor Productions, Inc. v. Google, Inc.*, currently pending in the U.S. District Court for the Southern District of Florida as Cause No. 9:05-cv-80387-KLR.

Dated: _____          _____
                                  Judge/Magistrate Judge
                                  U. S. District Court
                                  Southern District of Indiana

Copies to: All Counsel of record via EFS