STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al	Doc. 78 Att. 1

DEPOSITION EXHIBIT
Esrig 1
spherion

GOOGLES
AND
THE PLANET OF
GOO
Steven A. Silvers

Exh. 1

Dockets.Justia.com

# GOOGLES

# AND

# THE

# PLANET OF GOO

## VOLUME I

by: Steven A. Silvers

---

The Googles Children's Workshop, Inc.
P.O. Box 2123
Union, New Jersey 07083

Printed in the United States of America by:

**Morris Publishing**
**3212 E. Highway 30**
**P.O. Box 2110**
**Kearney, Nebraska 68847**

**First Printing: May, 1996**

ISBN: 1-57502-184-6

Library of Congress Catalog Card No.: 96-94384

The Googles logo, children's books, and illustrations are the products and trademark of:

**The Googles Children's Workshop, Inc.**

An affiliate of:

**SAS Entertainment Group.**

Produced, published, and distributed by:

The Googles Children's Workshop, Inc.
P.O. Box 2123
Union, New Jersey 07083
(908) 688-3995

Copyright 1995 by: Steven A. Silvers

Written by: Steven A. Silvers

Cover design & layout
by: Kenneth R. Rayburn

Cover artwork & solar system illustration by: Hendrick A. Gil

Edited by: Cindy Greenfield

ALL RIGHTS RESERVED. No portion of this book may be used or reproduced in any manner without the expressed written permission from the publisher. For further information, kindly forward your inquiry to the address noted above.

# DEDICATION

This children's book and the entire Googles edutainment concept is dedicated to my two wonderful children.

Renee is the beautiful daughter I've had the wonderful pleasure and enjoyable experience of having raised into womanhood as a single parent.

While Joshua, on the other hand, is the son I've always yearned for and truly hope I will one day get to know.

This work is dedicated to the both of you.

Love, Dad!

# SPECIAL THANKS TO:

My dad

Michael L. Silvers

and

my dearest friend,

Marsha Perry Genaro,

for

without their efforts, dedication, and perserverance this wonderful children's edutainment book would not have been published.

# AUTHOR'S NOTE

## SOMETHING NEW & REFRESHING!
## SOMETHING EXCITING & EDUTAINING!

That is what parents and children are saying about our innovative children's edutainment reading book.

The Googles concept was created as a means to provide children with a fun-filled method of expanding their vocabulary.

In this first of several Googles adventures, your child will learn and recognize many new words.

Along with vocabulary enrichment your child will also learn, through application of the imagination, identifiable lessons in conceptual awareness and social interaction.

To further assist your child in learning new words, a dictionary appendix is conveniently provided at the end of each

(Author's Note, continued)

book which corresponds to the *italicized* words in the original text. This method of learning prevents the child from the tedious task of having to refer to a regular dictionary to find the meaning of the new words he/she is about to learn.

A phonetic pronunciation of each *italicized* word is also provided.

We sincerely hope your child will enjoy reading all about the adventures of Googles, Giggles, and Goggles from the imaginary planet of Goo.

We welcome your comments and/or suggestions about our innovative children's edutainment reading and vocabulary enrichment learning technique.

Kindly direct your correspondence to:

The Googles Children's Workshop, Inc.
P.O. Box 2123
Union, New Jersey 07083

# CHAPTER 1

## Googles Comes To Earth

Once upon a *millennium* ago there was a planet called Goo. On this planet lived three little creatures who would one day visit Earth where they would learn and play with the many children there.

Before we begin our journey to this far away planet and the story of how the Gootians: Googles, Giggles, and Goggles came to visit Earth, we must first learn something about the solar system as it

exists today.

The universe is composed of all things that exist in the world, including the sun, moons, stars and planets contained in it.

There are nine planets in our solar system: Mercury, Venus, Earth, Mars, Jupiter, Saturn, Uranus, Neptune, Pluto, and the (imaginary) planet of Goo.

To further understand the *composition* of the solar system and how far away your new friend, Googles, has traveled to visit us, please refer to the *illustration* provided on the last page of this book.

Now that you have *visualized* how far away Earth is in relation to Goo, we are now ready to begin our journey.

The planet of Goo was formed many millenniums ago. As its population rapidly increased, the Gootians found it more and more difficult to survive.

Then one day it happened! A big explosion destroyed all but a few places on Goo. Some believe that it was caused either by an *asteroid* or *meteoroid* shower. Many Gootians were left homeless. Googles' family and friends were among the lucky

ones to survive the *disaster*.

Prior to leaving Goo, Googles met with Gooroo, his *mentor*, on the Gooship. He wanted to seek his advice about finding a new planet where eventually he could bring his family and friends to live.

Gooroo was very old. He told Googles he was not sure how much longer he was going to live or whether he would ever see his *ace* student again.

But, before Gooroo left the Gooship he had some last minute advice for Googles.

Gooroo gave Googles a very special gift of

10 Special Power Wishes (SPWs) to be used on his long journey. These SPWs were to be held *sacred* and only used when Googles feared for his life, faced immediate danger, or for any other *unusual* reason.

Gooroo also presented Googles with two new pairs of Gooshoes and a *survival* kit, called a Goopouch, filled with all kinds of awesome gadgets and goodies.

As the Gooship blasted off it began rising rapidly, and the planet of Goo soon faded out of sight.

It did not take Googles long to begin

**Giggles and Goggles, please read the next Googles' adventure.**

## GOOGLES AND THE RETURN FLIGHT TO GOO

and

HAVE A **GOO** DAY!



**Giggles and Goggles, please read the next Googles' adventure.**

## GOOGLES AND THE RETURN FLIGHT TO GOO

and

HAVE A **GOO** DAY!

