GOOGLES™

Exh. 2