NJ Business Entity Status Reports



# New Jersey State Business Gateway Service
## Corporate and Business Information Reporting

## Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use your Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As" function.

All available information is displayed.

### THE GOOGLES CHILDREN'S WORKSHOP, INC.

| | |
|---|---|
| **Business Name:** THE GOOGLES CHILDREN'S WORKSHOP, INC. | **Report Date:** 11/16/2004 |
| **Business ID Number:** 0100599561 | **Transaction Number: Sequence:** 677251: 1 |

**Business Type:** DOMESTIC PROFIT CORPORATION
**Status:** DISSOLVED WITHOUT ASSETS

| | |
|---|---|
| **Filing Date:** 08/24/1994 | **Home Jurisdiction:** NJ |
| **Status Change Date:** 10/22/1997 | **Stock Amount:** 100 |
| **DOR Suspension Start Date:** | **DOR Suspension End Date:** |
| **Tax Suspension Start Date:** | **Tax Suspension End Date:** |

**Annual Report Month:** 4
**Last Annual Report Filed:** 01/03/1997
**For Last Annual Report Paid Year:** 1996

**Incorporator:** MICHAEL L. SILVERS
**Agent:** STEVEN A SILVERS
**Agent Address:** 1751 COLGATE PLACE
UNION, NJ 07083
**Office Address Status:** Deliverable
**Main Business Address:** 1051 STUYVESANT AVE. STE 352
UNION, NJ 07083
**Principal Business Address:**

### Associated Names

| Name: | Type Description: |
|---|---|
| | |

file:///C|/CaseDocuments/Google Googles%20(Stelor%...%20Report%20-%20Google%20Children's%20Workshop.htm (1 of 2)11/17/2004 11:11:27 AM

Exh. 5

Dockets.Justia.com