SEP 14 2004 12:38    D  INE HAMMOND & ASSOCIAT  70  383-5549    P.3

07/22/04 12:33 FAX    COWAN, LIEBOWITZ & LATMAN    @004/004

## ASSIGNMENT OF REGISTRATION OF A MARK

Whereas __Googles Children's Workshop, The (GCW)__
(Name of assignor)

of __3741 N.E. 163rd St., Ste. 325, North Miami Beach, FL 33160__
(Address)

has adopted, used and is using a mark which is registered in the United States Patent and Trademark Office, Registration No. __2087590__, dated __Aug. 12, 1997__ and

Whereas __Steven A. Silvers__
(Name of assignee)

of __3741 N.E. 163rd St., Ste. 325, North Miami Beach, FL 33160__
(Address)

is desirous of acquiring said mark and the registration thereof. Now, therefore, for good and valuable consideration, receipt of which is hereby acknowledged, said __GCW__
(Name of assignor)

does hereby assign to the said __Steven A. Silvers__
(Name of assignee)

all right, title and interest in and to the said mark, together with the good will of the business symbolized by the mark, and the above identified registration thereof.

_[signature]_    Former Pres.
(Signature of assignor; if assignor is a corporation or other juristic organization, give the official title of the person who signs for assignor)

State of __Florida__
County of __Dade__    SS

On this __18th__ day of __May__, __1999__, before me appeared __Steven A. Silvers__ the person who signed this instrument, who acknowledged that he/she signed it as a free act on his/her own behalf (or on behalf of the identified corporation or other juristic entity with authority to do so).

_[notary seal and signature]_
(Signature of notary public)

RECORDED: 07/22/2004

TRADEMARK
REEL: 002899 FRAME: 0702

Exh. 7