**Drawing Page**
**Date/Time Stamp:** Wednesday, 09-04-2002 16:54:59 EDT

09-20-2002
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

**Applicant:**
Kevin Mendell
10051 Cedar Point Drive
Carmel, IN 46032
USA

**Date of First Use Anywhere:** 02/24/2002
**Date of First Use In Commerce:** 02/24/2002

**Goods and Services:**
Entertainment in the nature of themed parties.

**Mark:**




76453281

Ex. 15