UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STELOR PRODUCTIONS, INC.,        )
                                 )
        Plaintiff,                )
                                 )
vs.                              )        1:05-cv-0354-DFH-TAB
                                 )
OOGLES N GOOGLES, et al.,        )
                                 )
        Defendants.              )

## ORDER ON JANUARY 17, 2008, TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel January 17, 2008, for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters. The Court issued the following orders:

1. Defendants' motion to reinstate stay of proceedings [Docket No. 77] is denied.

2. The joint motion to extend certain Case Management Plan ("CMP") deadlines [Docket No. 75] is granted, and the CMP deadlines are extended as follows: (a) the deadline for motions for leave to amend the pleadings and/or join additional parties is February 29, 2008; (b) the deadline for Plaintiff's expert witness disclosure is February 29, 2008; and (c) the deadline for Defendants' expert witness disclosure is April 1, 2008.

3. Defendants shall respond to Plaintiff's interrogatories and request for production served on the Mendell and Oogles N Googles Defendants by January 25, 2008.

4. Defendants shall respond to Plaintiff's interrogatories and request for production directed to the franchisees by February 11, 2008.

5. Counsel shall separately contact the Magistrate Judge after the foregoing

discovery is produced to provide an update on the parties' settlement positions.

Dated: 01/17/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@coffeyburlington.com

Stephen Lewis Vaughan
INDIANO VAUGHAN LLP
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@bwskb.com