UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) ) | Case Number: 1:05-CV-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana Corporation; KEVIN MENDELL, DANYA MENDELL, MICHELLE COTE; ROB LENDERMAN; STACEY LENDERMAN; BRENDA MURTY; MARGIE THOMAS; ROB SLYTER; ELIZABETH SLYTER; CORINNA; SPARKS; CHRISTINE WATERBURY; LEIGH SUNDLING; and TINA CARTAYA | ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## **DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Defendants, by counsel, for their Motion for Leave to File Amended Answer, state as follows:

On October 17, 2007, Defendants filed Defendants' Answers to the Plaintiff's Amended Complaint. (Doc. 72). In that pleading, the undersigned, on behalf of Mrs. Mendell, admitted she was a member of owner of Oogles n Googles. This admission was based on information in Defendants' prior Answer (Doc.18) filed by prior counsel to Plaintiff's original complaint. In the course of responding to Plaintiff's discovery, the

undersigned learned that Mrs. Mendell is not a member or owner of Oogles n Googles. This Motion is made to correct this error in the Defendants' Answers to Amended Complaint with respect to Mrs. Mendell.

Attached to this Motion is a proposed Defendants' Amended Answers to the Plaintiff's Amended Complaint. The sole change from Defendants' prior answers (Doc. 72) is that the word "not", shown in bold in paragraph 4, has been inserted to show that Mrs. Mendell is not a member of Oogles n Googles Franchising, LLC.

This Motion is made pursuant to F.R.C.P. 15 and is timely filed in accordance with the Case Management Plan, as amended (Doc. 79). Defendants submit this amendment does not prejudice Plaintiff.

Wherefore, Defendants, by counsel, respectfully move for an order that grants this Motion and permits Defendants to file the proposed Defendants' Amended Answers to Plaintiff's Amended Complaint within five (5) business days of the date of the order on this Motion.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, I N 46204
Telephone: (317) 822-0033
Fax:     (317) 822-0055
E-mail:  Steve@IPLawIndiana.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49