UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) |
| Plaintiff | ) ) ) |
| v. | ) Case Number: 1:05-CV-0354-DFH-TAB ) ) ) |
| OOGLES N GOOGLES, an Indiana Corporation; KEVIN MENDELL, DANYA MENDELL, MICHELLE COTE; ROB LENDERMAN; STACEY LENDERMAN; BRENDA MURTY; MARGIE THOMAS; ROB SLYTER; ELIZABETH SLYTER; CORINNA; SPARKS; CHRISTINE WATERBURY; LEIGH SUNDLING; and TINA CARTAYA | ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

### ORDER ON MOTION FOR LEAVE TO FILE COUNTERCLAIM

The Court, having considered Oogles n Googles Franchising LLC's (incorrectly named as OOGLES N GOOGLES, an Indiana Corporation) Motion for Leave to File Counterclaim, hereby GRANTS said Motion. Leave is GRANTED for Oogles n Googles Franchising LLC to file its counterclaim against Plaintiff within five (5) business days of the date of this ORDER.

Date:_____          _____
                                Judge/Magistrate Judge
                                U. S. District Court
                                Southern District of Indiana

Copies to: All Counsel of record via EFS