UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | Case No. 1:05-cv-0354-DFH-TAB |
| KEVIN MENDELL; DANYA MENDELL; ) | |
| MICHELLE COTE; ROB LENDERMAN; ) | |
| STACEY LENDERMAN; BRENDA MURTY; ) | |
| MARGIE THOMAS; ROB SLYTER; ) | |
| ELIZABETH SLYTER; CORINNA SPARKS; ) | |
| CHRISTINE WATERBURRY; LEIGH ) | |
| SUNDLING; and TINA CARTAYA, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF STELOR PRODUCTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE EXPERT DISCLOSURE

Plaintiff STELOR PRODUCTIONS, INC. ("STELOR"), by and through its undersigned counsel, hereby files its Unopposed Motion for Extension of Time to file the Expert Disclosure, and states as follows:

1. STELOR's expert witness disclosure is currently due on or before February 29, 2008.
2. Counsel for STELOR is in the process of getting the expert disclosures filed, however, due to issues surrounding the substitution of counsel, the Plaintiff is in need of additional time to file the expert disclosure.
3. Based upon the foregoing, STELOR respectfully requests an extension of time up to and including March 31, 2008, to file the expert disclosure.
4. Counsel for STELOR has conferred with counsel for OOGLES N GOOGLES, and counsel for OOGLES N GOOGLES has no objection to the granting of this Motion.
5. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, Plaintiff STELOR PRODUCTIONS, INC. respectfully requests that this Court enter an Order granting an extension of time, up to and including March 31, 2008 to file its Expert Disclosure, together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

s/John David Hoover
John David Hoover, Attorney No. 7945-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com

Of counsel:

Kevin C. Kaplan (admitted *pro hac vice*)
Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
Email: kkaplan@bwskb.com

Attorneys for Plaintiff, Stelor Productions, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, a copy of the foregoing ***Plaintiff Stelor Productions, Inc.'s Unopposed Motion for Extension of Time to File Expert Disclosure*** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

                                           s/John David Hoover
                                           John David Hoover
                                           HOOVER HULL LLP
                                           Attorneys at Law
                                           111 Monument Circle, Ste. 4400
                                           P.O. Box 44989
                                           Indianapolis, IN  46244-0989
                                           Phone:  (317) 822-4400
                                           Fax:  (317) 822-0234
                                           E-mail:  jdhoover@hooverhull.com