IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OOGLES N GOOGLES, an Indiana corporation; )<br>KEVIN MENDELL; DANYA MENDELL; )<br>MICHELLE COTE; ROB LENDERMAN; )<br>STACEY LENDERMAN; BRENDA MURTY; )<br>MARGIE THOMAS; ROB SLYTER; )<br>ELIZABETH SLYTER; CORINNA SPARKS; )<br>CHRISTINE WATERBURRY; LEIGH )<br>SUNDLING; and TINA CARTAYA, )<br>)<br>Defendants. ) | Case No. 1:05-cv-0354-DFH-TAB |

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE EXPERT DISCLOSURE

This matter having come before the Court on the Unopposed Motion for Extension of Time to File Expert Disclosure filed by Plaintiff, and the Court having been duly advised on the premises, said Motion is hereby GRANTED;

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff has until March 31, 2008 to file its Expert Disclosure.

Dated: _____        _____
                                    JUDGE, United States District Court
                                    Southern District of Indiana, Indianapolis Division

**Distribution to:**

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Stephen L. Vaughan
Steve@IPLawIndiana.com

Kevin C. Kaplan
David J. Zack
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com