IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | Case No. 1:05-cv-0354-DFH-TAB |
| KEVIN MENDELL; DANYA MENDELL; ) | |
| MICHELLE COTE; ROB LENDERMAN; ) | |
| STACEY LENDERMAN; BRENDA MURTY; ) | |
| MARGIE THOMAS; ROB SLYTER; ) | |
| ELIZABETH SLYTER; CORINNA SPARKS; ) | |
| CHRISTINE WATERBURRY; LEIGH ) | |
| SUNDLING; and TINA CARTAYA, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION FOR LEAVE TO FILE SECOND MOTION AMENDED COMPLAINT TO ADD ADDITIONAL PARTIES

This matter having come before the Court on the Plaintiff's Motion for Leave to File Second Amended Complaint to Add Additional Parties, and the Court having been duly advised in the premises, hereby GRANTS said Motion;

IT IS ORDERED, that Plaintiff is hereby granted leave to file its Second Amended Complaint for Damages in the form attached to Plaintiff's Motion for Leave as Exhibit 1 (the "Second Amended Complaint").

IT IS FURTHER ORDERED, that the Second Amended Complaint is deemed filed as of the date of this Order and shall relate back to the date on which Plaintiff filed its original Complaint.

Dated: _____          _____
                                       JUDGE, United States District Court
                                       Southern District of Indiana, Indianapolis Division

**Distribution to:**

| | |
|---|---|
| John David Hoover<br>HOOVER HULL LLP<br>jdhoover@hooverhull.com | Kevin C. Kaplan<br>David J. Zack<br>Burlington, Weil, Schwiep, Kaplan<br>  & Blonsky, P.A.<br>kkaplan@bwskb.com |
| Stephen L. Vaughan<br>Steve@IPLawIndiana.com | |