UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation ) ) Plaintiff ) ) ) v. ) ) ) OOGLES N GOOGLES, an Indiana ) Corporation; KEVIN MENDELL, ) DANYA MENDELL, MICHELLE COTE; ) ROB LENDERMAN; STACEY LENDERMAN; ) BRENDA MURTY; MARGIE THOMAS; ) ROB SLYTER; ELIZABETH SLYTER; ) CORINNA; SPARKS; CHRISTINE ) WATERBURY; LEIGH SUNDLING; ) and TINA CARTAYA ) ) Defendants ) | Case Number: 1:05-CV-0354-DFH-TAB |

## ORDER ON MOTION FOR LEAVE TO FILE AMENDED ANSWER

The Court, having considered Defendants' Motion for Leave to File Amended Answer, hereby GRANTS said Motion. Leave is GRANTED for Defendants to file Defendants' Amended Answer to Plaintiff's Amended Complaint within five (5) business days of the date of this order.

Date: 03/05/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to: All Counsel of record via EFS