UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation ) ) Plaintiff ) ) ) v. ) ) ) OOGLES N GOOGLES, an Indiana ) Corporation; KEVIN MENDELL, ) DANYA MENDELL, MICHELLE COTE; ) ROB LENDERMAN; STACEY LENDERMAN; ) BRENDA MURTY; MARGIE THOMAS; ) ROB SLYTER; ELIZABETH SLYTER; ) CORINNA; SPARKS; CHRISTINE ) WATERBURY; LEIGH SUNDLING; ) and TINA CARTAYA ) ) Defendants ) | Case Number: 1:05-CV-0354-DFH-TAB |

### ORDER ON MOTION FOR LEAVE TO FILE COUNTERCLAIM

The Court, having considered Oogles n Googles Franchising LLC's (incorrectly named as OOGLES N GOOGLES, an Indiana Corporation) Motion for Leave to File Counterclaim, hereby GRANTS said Motion. Leave is GRANTED for Oogles n Googles Franchising LLC to file its counterclaim against Plaintiff within five (5) business days of the date of this ORDER.

Date: 03/05/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to: All Counsel of record via EFS