UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OOGLES N GOOGLES, an Indiana corporation; )<br>KEVIN MENDELL; DANYA MENDELL; )<br>MICHELLE COTE; ROB LENDERMAN; )<br>STACEY LENDERMAN; BRENDA MURTY; )<br>MARGIE THOMAS; ROB SLYTER; )<br>ELIZABETH SLYTER; CORINNA SPARKS; )<br>CHRISTINE WATERBURRY; LEIGH )<br>SUNDLING; and TINA CARTAYA, )<br>)<br>Defendants. ) | Case No. 1:05-cv-0354-DFH-TAB |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY ROBERT MERZ**

John David Hoover, counsel for Plaintiff, Stelor Productions, LLC, pursuant to S. D. Ind. Local Rule 83.5(c), respectfully moves the Court for an order granting admission *pro hac vice* to attorney Robert Merz for the limited purpose of representing Plaintiff, Stelor Productions, LLC as co-counsel in this litigation. In support of its motion, the undersigned states the following:

1. Robert Merz is a member of good standing of the State Bar of Illinois and has been admitted to practice in the State of Illinois on February 21, 2006.

2. Mr. Merz is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The undersigned has presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, John David Hoover, counsel for Plaintiff, Stelor Productions, LLC, respectfully requests this Court enter an order granting admission *pro hac vice* to attorney Robert Merz to appear *pro hac vice* for the limited purpose of representing Plaintiff, Stelor Productions, LLC as co-counsel in this litigation, and all other relief just and proper.

Respectfully submitted,

s/John David Hoover
John David Hoover, Attorney No. 7945-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com

Of counsel:

Kevin C. Kaplan (admitted *pro hac vice*)
Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive – PH
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
Email: kkaplan@bwskb.com

Robert Merz
Stelor Productions, LLC
19110 Montgomery Village Avenue, #320,
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductions.com

Attorneys for Plaintiff, Stelor Productions, Inc.

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 7, 2008, a copy of the foregoing ***Motion for Admission Pro Hac Vice of Attorney Robert Merz*** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

                                  s/John David Hoover
                                  John David Hoover
                                  HOOVER HULL LLP
                                  Attorneys at Law
                                  111 Monument Circle, Ste. 4400
                                  P.O. Box 44989
                                  Indianapolis, IN  46244-0989
                                  Phone:  (317) 822-4400
                                  Fax:  (317) 822-0234
                                  E-mail:  jdhoover@hooverhull.com