UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | Case No. 1:05-cv-0354-DFH-TAB |
| KEVIN MENDELL; DANYA MENDELL; ) | |
| MICHELLE COTE; ROB LENDERMAN; ) | |
| STACEY LENDERMAN; BRENDA MURTY; ) | |
| MARGIE THOMAS; ROB SLYTER; ) | |
| ELIZABETH SLYTER; CORINNA SPARKS; ) | |
| CHRISTINE WATERBURRY; LEIGH ) | |
| SUNDLING; and TINA CARTAYA, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ROBERT MERZ

This matter having come before the Court on the Motion for Admission *Pro Hac Vice* of Attorney Robert Merz filed by John David Hoover, counsel for Plaintiff, Stelor Productions, LLC, and the Court having been duly advised in the premises, said Motion is hereby GRANTED.

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that attorney Robert Merz of Stelor Productions, LLC is hereby granted permission to appear *pro hac vice* before the Court for the purpose of representing Stelor Productions, LLC in this matter.

Dated: _____

_____
JUDGE/MAGISTRATE JUDGE
United States District Court,
Southern District of Indiana, Indianapolis Division

**Distribution to:**

| | |
|---|---|
| John David Hoover<br>HOOVER HULL LLP<br>jdhoover@hooverhull.com | Kevin C. Kaplan<br>David J. Zack<br>Burlington, Weil, Schwiep, Kaplan<br>  & Blonsky, P.A.<br>kkaplan@bwskb.com |
| Stephen L. Vaughan<br>Steve@IPLawIndiana.com | Robert Merz<br>Stelor Productions, LLC<br>b.merz@stelorproductions.com |