IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES, an Indiana corporation; <br> KEVIN MENDELL; DANYA MENDELL; <br> MICHELLE COTE; ROB LENDERMAN; <br> STACEY LENDERMAN; BRENDA MURTY; <br> MARGIE THOMAS; ROB SLYTER; <br> ELIZABETH SLYTER; CORINNA SPARKS; <br> CHRISTINE WATERBURRY; <br> LEIGH SUNDLING; and TINA CARTAYA <br><br> Defendants. | Case No. 1:05-cv-0354-DFH-TAB |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel stipulate and move for an order providing that Kevin C. Kaplan, Esq. and the law firm of Coffey Burlington hereby withdraw and be relieved of all further responsibility as counsel of record for Plaintiff Stelor Productions, LLC, and that Robert Merz, Esq. of Stelor Productions, LLC be substituted as counsel of record for Stelor. Mr. Merz is filing herewith an application for admission pro hac vice.

COFFEY BURLINGTON
2699 S. Bayshore Drive, PH
Miami, Florida 33133

By: _____
KEVIN C. KAPLAN, ESQ.

Dated: 2/27/08

_____
ROBERT MERZ, ESQ.
STELOR PRODUCTIONS, LLC

Dated: 2/24/08

## **CONSENT TO SUBSTITUTION OF COUNSEL**

STELOR PRODUCTIONS, LLC hereby consents to the substitution of ROBERT MERZ, ESQ. as counsel of record for Stelor in this action, instead and in place of Kevin C. Kaplan and the firm of Coffey Burlington, who shall be relieved of all further responsibility as counsel of record in this matter.

STELOR PRODUCTIONS, LLC
BY: _[signature]_
ITS: _CEO/Pres_
Dated: _2/24/06_

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, a copy of the foregoing *Stipulation for Substititon of Counsel and Consent to Substitution of Counsel* was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

                                             s/John David Hoover
                                             John David Hoover
                                             HOOVER HULL LLP
                                             Attorneys at Law
                                             111 Monument Circle, Ste. 4400
                                             P.O. Box 44989
                                             Indianapolis, IN  46244-0989
                                             Phone:  (317) 822-4400
                                             Fax:  (317) 822-0234
                                             E-mail:  jdhoover@hooverhull.com