UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OOGLES N GOOGLES, an Indiana corporation; )<br>KEVIN MENDELL; DANYA MENDELL; )<br>MICHELLE COTE; ROB LENDERMAN; )<br>STACEY LENDERMAN; BRENDA MURTY; )<br>MARGIE THOMAS; ROB SLYTER; )<br>ELIZABETH SLYTER; CORINNA SPARKS; )<br>CHRISTINE WATERBURRY; LEIGH )<br>SUNDLING; and TINA CARTAYA, )<br>)<br>Defendants. ) | Case No. 1:05-cv-0354-DFH-TAB |

## ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

This matter having come before the Court on the Stipulation for Substitution of Counsel filed by John David Hoover, counsel for Plaintiff, Stelor Productions, LLC, and the Court having been duly advised in the premises, said Stipulation is hereby GRANTED.

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that the appearance of attorney Kevin Kaplan is withdrawn, and that Stelor Productions, LLC is now represented by Robert Merz.

Dated: _____

_____
JUDGE/MAGISTRATE JUDGE
United States District Court,
Southern District of Indiana, Indianapolis Division

**Distribution to:**

John David Hoover  
HOOVER HULL LLP  
jdhoover@hooverhull.com

Stephen L. Vaughan  
Steve@IPLawIndiana.com

Kevin C. Kaplan  
David J. Zack  
Burlington, Weil, Schwiep, Kaplan  
 & Blonsky, P.A.  
kkaplan@bwskb.com

Robert Merz  
Stelor Productions, LLC  
b.merz@stelorproductions.com