Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP006006
Cashier ID: tanderso
Transaction Date: 03/07/2008
Payer Name: HOOVER HULL LLP

PRO HAC VICE
 For: HOOVER HULL LLP
 Case/Party: D-INS-1-08-LB-000001-001
 Amount: $30.00

CHECK
 Check/Money Order Num: 17234
 Amt Tendered: $30.00

Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00

HOOVER HULL LLP

P.O. Box 44989

Indianapolis, IN 46244-0989


Pro Hac Vice fee for

Robert Merz
1:05-cv-354-DFH-TAB

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $45.00 fee will be charged for a returned check."