UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation; ) | Case No. 1:05-cv-0354-DFH-TAB |
| KEVIN MENDELL; DANYA MENDELL; ) | |
| MICHELLE COTE; ROB LENDERMAN; ) | |
| STACEY LENDERMAN; BRENDA MURTY; ) | |
| MARGIE THOMAS; ROB SLYTER; ) | |
| ELIZABETH SLYTER; CORINNA SPARKS; ) | |
| CHRISTINE WATERBURRY; LEIGH ) | |
| SUNDLING; and TINA CARTAYA, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ROBERT MERZ

This matter having come before the Court on the Motion for Admission *Pro Hac Vice* of Attorney Robert Merz filed by John David Hoover, counsel for Plaintiff, Stelor Productions, LLC, and the Court having been duly advised in the premises, said Motion is hereby GRANTED.

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that attorney Robert Merz of Stelor Productions, LLC is hereby granted permission to appear *pro hac vice* before the Court for the purpose of representing Stelor Productions, LLC in this matter.

Dated: 03/11/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution to:**

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Stephen L. Vaughan
Steve@IPLawIndiana.com

Kevin C. Kaplan
David J. Zack
Burlington, Weil, Schwiep, Kaplan
  & Blonsky, P.A.
kkaplan@bwskb.com

Robert Merz
Stelor Productions, LLC
b.merz@stelorproductions.com