UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STELOR PRODUCTIONS, INC.,                    )
                                             )
            Plaintiff,                       )
                                             )
      vs.                                    )          1:05-cv-0354-DFH-TAB
                                             )
OOGLES N GOOGLES, et al.,                    )
                                             )
            Defendants.                      )

## ORDER ON MARCH 17, 2008, TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel March 17, 2008, for a telephonic status conference.

Discussion held regarding discovery, settlement, and related matters. Plaintiff's motion for leave

to file second amended complaint to add additional parties [Docket No. 83] is granted. The

amended complaint attached to that motion is deemed filed as of the date of this order. Counsel

shall file any motion to revise the Case Management Plan within 20 days from the date of this

order.

      Dated: 03/20/2008

                              _____
                              Tim A. Baker
                              United States Magistrate Judge
                              Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@coffeyburlington.com

Robert  Merz
Stelor Productions, LLC
19110 Montgomery Village Ave., #320
Montgomery Village, MD 20886

Stephen Lewis Vaughan
INDIANO VAUGHAN LLP
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN  & BLONSKY
dzack@bwskb.com