UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case Number: 1:05-CV-0354-DFH |
| | )    TAB |
| v. | ) |
| | ) |
| OOGLES N GOOGLES, an Indiana | ) |
| Corporation, *et. al*. | ) |
| | ) |
| Defendants. | ) |

**APPEARANCE**

To the Clerk of this court and all parties of record, enter my appearance as counsel in this for the following Defendants:

Oogles n Googles, an Indiana corporation
Kevin and Danya Mendell
Michelle Cote
Rob and Stacey Lenderman
Brenda Murty
Margie Thomas
Rob and Elizabeth Slyter
Corinna Sparks
Christine Waterbury
Leigh Sundling
Tina Cartaya

I certify that I am admitted to practice in this court.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49

1

INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN  46204
Telephone: (317) 822-0033
Fax:   (317) 822-0055
E-mail:  Steve@IPLawIndiana.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 7, 2008, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN  46204
E-mail: Steve@IPLawIndiana.com