UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, )<br>a Delaware Limited Liability Company )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OOGLES N GOOGLES, an Indiana )<br>Corporation, *et. al.* )<br>)<br>Defendants. ) | Case Number: 1:05-CV-0354-DFH-TAB |

## DEFENDANTS' NOTICE OF INITIAL ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants, Oogles n Googles Franchising LLC (incorrectly named as "Oogles N Googles, an Indiana Corporation"), Kevin Mendell, Danya Mendell, Michelle Cote, Rob Lenderman, Stacey Lenderman, Brenda Murty, Margie Thomas, Rob Slyter, Elizabeth Slyter, Corinna Sparks, Christine Waterbury, Leigh Sundling, and Tina Cartaya, by counsel, hereby notify the Court and counsel of record that the undersigned contacted counsel for Plaintiff, Mr. Robert Merz, and that Mr. Merz has agreed to a ten (10) day extension for the above referenced original Defendants and the Defendants added by Plaintiff's First Amended Complaint to answer or otherwise plead to Plaintiff's Second Amended Complaint. The original deadline for these Defendants to answer or plead is April 7, 2008. The extended deadline is April 17, 2008. Upon information and belief, the Defendants added to this case by Plaintiff's Second Amended Complaint have yet to be served by Plaintiffs; therefore, no answer is due from those Defendants.

Respectfully submitted,

<u>/s/ Stephen L. Vaughan</u>
Stephen L. Vaughan
INDIANO VAUGHAN LLP
One North Pennsylvania Street
Suite 1300
Indianapolis, Indiana 46204
Telephone: (317) 822-0033
Facsimile: (317) 822-00550
E-mail: Steve@IPLawIndiana.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49