# UNITED STATES DISTRICT COURT

## For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | ) ) ) | |
| Defendants, | ) | |

TO:

> **Paul MacNeill**
> **One Portland Drive**
> **Frontenac, MO 63141**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    **CLERK**                                      APR 0 8 2008

                                                        DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., | ) | |
| a Delaware corporation | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana | ) | |
| Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Mario Cartaya**
**9743 West Avalon Place**
**Littleton, CO 80127**

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY:

   Robert Merz
   STELOR PRODUCTIONS, LLC
   P.O. Box 86939
   Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20)
days after service of this summons on you, exclusive of the day of service. If you fail to
do so, judgment by default will be taken against you for the relief demanded in the
complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____        APR 0 8 2008
CLERK                                    _____
CLERK                                    DATE

_____
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., | ) | |
| a Delaware corporation | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana | ) | |
| Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Tina Cartaya**
**9743 West Avalon Place**
**Littleton, CO 80127**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

        Robert Merz
        STELOR PRODUCTIONS, LLC
        P.O. Box 86939
        Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

——————————————————      ——————————————————
CLERK                                     DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., | ) | |
| a Delaware corporation | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana | ) | |
| Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Larry Bernier**
**1425 North Sallsbury Street**
**West Lafayette, Indiana 47906**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

        Robert Merz
        STELOR PRODUCTIONS, LLC
        P.O. Box 86939
        Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK     **CLERK**               DATE      APR 0 8 2008

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., <br> a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES, an Indiana <br> Corporation, et al. <br><br> Defendants, | ) <br> ) <br> )    SUMMONS IN A CIVIL ACTION <br> ) <br> ) <br> )    Case No.: 1:05-cv-0354-DFH-TAB <br> ) <br> ) <br> ) <br> ) <br> ) |

TO:

**Karen Bernier**
**1425 North Sallsbury Street**
**West Lafayette, Indiana 47906**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    **CLERK**

DATE    **APR 0 8 2008**

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| a Delaware corporation ) | |
| ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana ) | |
| Corporation, et al. ) | |
| ) | |
| Defendants, ) | |

TO:

**Davis Denson**
**8409 Muirwood Trail**
**Ft. Worth, Texas 76137**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR **0 8 2008**

CLERK  **CLERK**                              DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Billie Jo Denson**
**8409 Muirwood Trail**
**Ft. Worth, Texas 76137**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK       **CLERK**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., | ) | |
| a Delaware corporation | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana | ) | |
| Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Aaron Jacobitz**
**2019 Farmington Lane**
**Indian Trail, NC 28079**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR **0 8 2008**

_____   _____
CLERK    **CLERK**                         DATE

_____
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., | ) | |
| a Delaware corporation | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana | ) | |
| Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Torie Jacobitz**
**2019 Farmington Lane**
**Indian Trail, NC 28079**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK     **CLERK**                    DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Cynthia Brown**
**205 Club Drive (79-101)**
**Midland, Texas 79708**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK **CLERK**                        DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation ) ) ) | |
| | SUMMONS IN A CIVIL ACTION |
| Plaintiff, ) ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana Corporation, et al. ) ) ) | |
| Defendants, ) | |

TO:

**Melissa Kelsey**
**700 Jewelweed Court**
**Maineville, OH 45039**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR **0 8 2008**

CLERK **CLERK**                    DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., <br> a Delaware corporation | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | SUMMONS IN A CIVIL ACTION |
| v. | ) <br> ) | Case No.: 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana <br> Corporation, et al. | ) <br> ) <br> ) | |
| Defendants, | ) | |

TO:

**Charles Murty**
**1704 Ashlawn Lane**
**Waunakee, WI 53597**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    **CLERK**

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | )<br>) |
| | )    SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No.: 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | )<br>) |
| | ) |
| Defendants, | ) |

TO:

**Krista Allenstein**
**1510 Blue Ridge Blvd.**
**Grove, WI 53122**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    **CLERK**

APR 0 8 2008

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | )<br>) |
| | )     SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No.: 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | )<br>) |
| | ) |
| Defendants, | ) |

TO:

**Jason Blackhurst**
**136 Trotwood Drive**
**Canonsburg, PA 15317**

     **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

          Robert Merz
          STELOR PRODUCTIONS, LLC
          P.O. Box 86939
          Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    **CLERK**

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) | |
| | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana | ) | |
| Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Shelley Blackhurst**
**136 Trotwood Drive**
**Canonsburg, PA 15317**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

           Robert Merz
           STELOR PRODUCTIONS, LLC
           P.O. Box 86939
           Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

**CLERK**

(By) DEPUTY CLERK

**APR 0 8 2008**

DATE

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) ) |
| Defendants, | ) ) |

SUMMONS IN A CIVIL ACTION

Case No.: 1:05-cv-0354-DFH-TAB

TO:

**VLC Enterprises, LLC**
**47-381 Ahuimanu Rd**
**Kaneohe, HI 96744**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  **CLERK**

APR 0 8 2008

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) | |
| | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Melissa Culp**
**105 Kenas Rd.**
**North Wales, PA 19454**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK **CLERK**                         DATE        APR 0 8 2008

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) ) | |
| Defendants, | ) | |

TO:

**Elizabeth Lin**
**3092 Polo Club Blvd.**
**Lexington, KY 40509**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

        Robert Merz
        STELOR PRODUCTIONS, LLC
        P.O. Box 86939
        Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK   **CLERK**           DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., | ) | |
| a Delaware corporation | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana | ) | |
| Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Winston Lin**
**3092 Polo Club Blvd.**
**Lexington, KY 40509**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK **CLERK**                    DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>OOGLES N GOOGLES, an Indiana Corporation, et al.<br><br>Defendants, | )<br>)<br>)  SUMMONS IN A CIVIL ACTION<br>)<br>)<br>)  Case No.: 1:05-cv-0354-DFH-TAB<br>)<br>)<br>)<br>)<br>) |

TO:

**Island Girls Company, LLC**
**5853 Ponderosa Verde Place**
**Las Vegas, NV 89131**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

**CLERK**

(By) DEPUTY CLERK

APR 0 8 2008

DATE

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) ) | |
| Defendants, | ) | |

TO:

**David Kirk**
**307 South Pasadena Drive**
**Pittsburg, PA 15215**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    **CLERK**

APR **0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>OOGLES N GOOGLES, an Indiana<br>Corporation, et al.<br><br>Defendants, | )<br>)<br>)  SUMMONS IN A CIVIL ACTION<br>)<br>)<br>)  Case No.: 1:05-cv-0354-DFH-TAB<br>)<br>)<br>)<br>)<br>) |

TO:

**Genevieve Kirk**
**307 South Pasadena Drive**
**Pittsburg, PA 15215**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   **CLERK**

(By) DEPUTY CLERK

**APR 0 8 2008**

DATE

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | )<br>) |
| | )  SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | )<br>) |
| | ) |
| Defendants, | ) |

TO:

**Wraylynn-Patrick Enterprises, LLC**
**8312 Steitz Road**
**Powell, Ohio 43065**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  **CLERK**

(By) DEPUTY CLERK

APR 0 8 2008

DATE

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation ) ) | |
| ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana ) | |
| Corporation, et al. ) | |
| ) | |
| Defendants, ) | |

TO:

**Deglin, J.E. Investments, Inc.**
**DBA Oogles N Googles of the Main Line**
**219 Hazeltine Circle**
**Blue Bell, PA 19422**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK**

CLERK

(By) DEPUTY CLERK

**APR 0 8 2008**

DATE

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., <br> a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES, an Indiana <br> Corporation, et al. <br><br> Defendants, | ) <br> ) <br> )   SUMMONS IN A CIVIL ACTION <br> ) <br> ) <br> )   Case No.: 1:05-cv-0354-DFH-TAB <br> ) <br> ) <br> ) <br> ) <br> ) |

TO:

> **Katherine Kahlig**
> **1163 Bluff Forest**
> **San Antonio, Texas 78248**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**APR 0 8 2008**

CLERK    **CLERK**              DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Amanda Williams**
**7003 Deerwood Drive**
**Paragould, AR 72450**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK                                    DATE

CLERK

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) |
| Plaintiff, | ) SUMMONS IN A CIVIL ACTION ) ) |
| v. | ) Case No.: 1:05-cv-0354-DFH-TAB ) |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) ) |
| Defendants, | ) |

TO:

**Donnie Williams**
**7003 Deerwood Drive**
**Paragould, AR 72450**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK      **CLERK**

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | SUMMONS IN A CIVIL ACTION |
| v. | ) <br> ) | Case No.: 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | ) <br> ) <br> ) | |
| Defendants, | ) | |

TO:

**Darin Dunne d/b/a Starship Enterprise**
**495 LaSalle Lane**
**Buffalo Grove, IL 60089**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  
**CLERK**  
CLERK

APR 0 8 2008

_____  
DATE

_____  
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| a Delaware corporation ) | |
| ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana ) | |
| Corporation, et al. ) | |
| ) | |
| Defendants, ) | |

TO:

**Heather Gripka**
**22603 Lawerence 1010**
**Pierce City, MO 65723**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**APR 0 8 2008**

CLERK ~~CLERK~~                    DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| a Delaware corporation ) | |
| ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana ) | |
| Corporation, et al. ) | |
| ) | |
| Defendants, ) | |

TO:

**Linda Oughton**
**4602 S. Forest**
**Springfield, MO 65807**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    CLERK

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>OOGLES N GOOGLES, an Indiana<br>Corporation, et al.<br><br>Defendants, | )<br>)<br>)  SUMMONS IN A CIVIL ACTION<br>)<br>)<br>)  Case No.: 1:05-cv-0354-DFH-TAB<br>)<br>)<br>)<br>)<br>) |

TO:

**Cari Oughton**
**3611 S. Holiday Drive**
**Springfield, MO 65807**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  **CLERK**                                      **APR 0 8 2008**
                                                        DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>OOGLES N GOOGLES, an Indiana<br>Corporation, et al.<br><br>Defendants, | )<br>)<br>)  SUMMONS IN A CIVIL ACTION<br>)<br>)<br>)  Case No.: 1:05-cv-0354-DFH-TAB<br>)<br>)<br>)<br>)<br>) |

TO:

**Michelle Dabek**
**10522 Evergreen Spring Place**
**Raleigh, NC 27614**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20)
days after service of this summons on you, exclusive of the day of service. If you fail to
do so, judgment by default will be taken against you for the relief demanded in the
complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**APR 0 8 2008**

CLERK   ~~CLERK~~             DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | ) ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Steve Curl**
**8655 Northview Street**
**Boise, MD 83704**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  **CLERK**

DATE                    **APR 0 8 2008**

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation<br><br>      Plaintiff,<br><br>v.<br><br>OOGLES N GOOGLES, an Indiana<br>Corporation, et al.<br><br>      Defendants, | )<br>)<br>)<br>)  SUMMONS IN A CIVIL ACTION<br>)<br>)  Case No.: 1:05-cv-0354-DFH-TAB<br>)<br>)<br>)<br>)<br>) |

TO:

**Tara Curl**
**8655 Northview Street**
**Boise, MD 83704**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., <br> a Delaware corporation | ) <br> ) <br> )    SUMMONS IN A CIVIL ACTION <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No.: 1:05-cv-0354-DFH-TAB <br> ) |
| OOGLES N GOOGLES, an Indiana <br> Corporation, et al. | ) <br> ) <br> ) |
| Defendants, | ) |

TO:

**Carrie DiMaria**
**786 Garden Rd.**
**Warminster, PA 18974**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**APR 0 8 2008**

CLERK    **CLERK**             DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| a Delaware corporation ) | |
| ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana ) | |
| Corporation, et al. ) | |
| ) | |
| Defendants, ) | |

TO:

**Kechia Lake
16026 S. Avalon
Olathe, KS 66062**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

_____
CLERK                                   DATE

_____
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) |
| Plaintiff, | ) SUMMONS IN A CIVIL ACTION ) ) |
| v. | ) Case No.: 1:05-cv-0354-DFH-TAB ) |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) ) |
| Defendants, | ) |

TO:

**Caryleen Gunderman**
**6032 Alhambra**
**Fairway, KS 66205**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    **CLERK**

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) |
| | ) SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) |
| | ) |
| Defendants, | ) |

TO:

**Tom Meier**
**1924 S. Honeytree**
**Wichita, KS 67207**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK ~~CLERK~~

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) | |
|---|---|---|
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Keri Meier**
**1924 S. Honeytree**
**Wichita, KS 67207**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE **APR 0 8 2008**

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) <br> ) <br> ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) <br> ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | ) <br> ) <br> ) | |
| Defendants, | ) | |

TO:

**Mary Claire Balko**
**44 Jared Lane**
**Little Egg Harbor, NJ 08087**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

>    Robert Merz
>    STELOR PRODUCTIONS, LLC
>    P.O. Box 86939
>    Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK**
_____
CLERK

**APR 0 8 2008**
_____
DATE

_____
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | )<br>) |
| | )     SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No.: 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | )<br>) |
| | ) |
| Defendants, | ) |

TO:

**Brittany Pfeifer**
**15803 Stony Circle**
**Omaha, NE 68136**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**APR 0 8 2008**

CLERK     **CLERK**           DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) | |
| | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

TO:

> **Kerry Murray**
> **9655 Begonia Street**
> **Palm Beach Garden, FL 33410**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   **CLERK**

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | ) ) | |
| | ) | |
| Defendants, | ) | |

TO:

> **Nicole Paulino-Lytel**
> **2003 Biarritz Drive**
> **West Palm Beach, FL 33410**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**APR 0 8 2008**

CLERK                                        DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) ) | |
| Defendants, | ) | |

TO:

**Christa Owens**
**2500 Old Rosewell Rd.**
**SE Smyma, GA 30080**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  **APR 0 8 2008**
CLERK   **CLERK**                    _____
                                     DATE

_____
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., | ) | |
| a Delaware corporation | ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana | ) | |
| Corporation, et al. | ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Krista Harper**
**13707 Cahill Court**
**Cypress, TX 77429**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK     **CLERK**                          DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., <br> a Delaware corporation | ) <br> ) <br> ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana <br> Corporation, et al. | ) <br> ) | |
| | ) | |
| Defendants, | ) | |

TO:

**Hamid Tavassoli**
**42953 Shelbourne Sq.**
**South Riding, VA 20152**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20)
days after service of this summons on you, exclusive of the day of service. If you fail to
do so, judgment by default will be taken against you for the relief demanded in the
complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK    **CLERK**            DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | )<br>)<br>) |
| Plaintiff, | )   SUMMONS IN A CIVIL ACTION<br>)<br>) |
| v. | )   Case No.: 1:05-cv-0354-DFH-TAB<br>) |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | )<br>)<br>) |
| Defendants, | ) |

TO:

**Sahar Tavassoli**
**42953 Shelbourne Sq.**
**South Riding, VA 20152**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK ~~CLERK~~

DATE   **APR 0 8 2008**

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation )<br>)<br>) | |
| Plaintiff, ) | SUMMONS IN A CIVIL ACTION |
| ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana )<br>Corporation, et al. )<br>) | |
| Defendants, ) | |

TO:

**Rene Boop**
**44 River Ridge Road**
**Little Rock, AR 72211**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK **CLERK**

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | ) |
| | ) |
| | ) SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES, an Indiana | ) |
| Corporation, et al. | ) |
| | ) |
| Defendants, | ) |

TO:

**Kid Savvey, Inc.**
**17177 Foote Tail Circle**
**Noblesville, IN 46060**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  **CLERK**

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) | |
| | ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) | |
| | ) | |
| Defendants, | ) | |

TO:

> **Bryan Pullara**
> **16440 Roaming Way**
> **Odessa, FL 33536**

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  **CLERK**

**APR 0 8 2008**

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| a Delaware corporation ) | |
| ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana ) | |
| Corporation, et al. ) | |
| ) | |
| Defendants, ) | |

TO:

**Giselle Pullara**
**16440 Roaming Way**
**Odessa, FL 33536**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**APR 0 8 2008**

CLERK   **CLERK**           DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>OOGLES N GOOGLES, an Indiana<br>Corporation, et al.<br><br>Defendants, | )<br>)<br>)  SUMMONS IN A CIVIL ACTION<br>)<br>)<br>)  Case No.: 1:05-cv-0354-DFH-TAB<br>)<br>)<br>)<br>)<br>) |

TO:

**Elizabeth Porcelli**
**9159 North Plaza Drive**
**North Field Village, OH 44067**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 0 8 2008

CLERK    **CLERK**                            DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC.,<br>a Delaware corporation | )<br>)<br>) |
| Plaintiff, | ) SUMMONS IN A CIVIL ACTION<br>)<br>) |
| v. | ) Case No.: 1:05-cv-0354-DFH-TAB<br>) |
| OOGLES N GOOGLES, an Indiana<br>Corporation, et al. | )<br>)<br>) |
| Defendants, | ) |

TO:

**Jennifer Webb**
**1460 Tan Tara Circle**
**Lake Charles, LA 70611**

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK     **CLERK**

(By) DEPUTY CLERK

APR 0 8 2008
_____
DATE

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., )<br>a Delaware corporation ) | |
| ) | SUMMONS IN A CIVIL ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana )<br>Corporation, et al. ) | |
| ) | |
| Defendants, ) | |

TO:

**Ty Webb**
**1460 Tan Tara Circle**
**Lake Charles, LA 70611**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    **CLERK**

(By) DEPUTY CLERK

APR **0 8 2008**

DATE

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation | ) ) ) |
| Plaintiff, | ) SUMMONS IN A CIVIL ACTION ) ) |
| v. | ) Case No.: 1:05-cv-0354-DFH-TAB ) |
| OOGLES N GOOGLES, an Indiana Corporation, et al. | ) ) ) |
| Defendants, | ) ) |

TO:

**Waterbury Enterprises, LLC**
**2025 Red Oak Circle**
**Round Rock, TX 78681**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**APR 0 8 2008**

CLERK
**CLERK**

DATE

(By) DEPUTY CLERK