UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Case Number: 1:05-CV-0354-DFH-TAB |
| v. ) | |
| ) | |
| ) | |
| OOGLES N GOOGLES, an Indiana ) | |
| Corporation, *et. al* ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXTEND TIME TO FILE
## AMENDED CASE MANAGEMENT PLAN

Defendant Oogles n Googles Franchising LLC (incorrectly named as "an Indiana Corporation), by counsel, respectfully moves with Plaintiff's agreement that the Court extend the time to April 16, 2008 for the parties to file an amended Case Management Plan (CMP), currently due April 9, 2008 pursuant to the Court's Order on March 17, 2008 Status Conference (Doc.93). The Plaintiff has requested that the deadlines for the current CMP be extended and Defendants agree. To that end, the parties have exchanged drafts of an amended CMP; however, counsel for the parties are still attempting to resolve differences regarding the allocation of the copying costs of electronically stored data requested in discovery and Defendants' proposed limitations on written discovery. The parties therefore seek additional time to April 16, 2008 to resolve those issues.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49

INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN   46204
Telephone: (317) 822-0033
Fax: (317) 822-0055
E-mail:  Steve@IPLawIndiana.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


 /s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN   46204
E-mail: Steve@IPLawIndiana.com