UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) |
| | ) |
| OOGLES N GOOGLES, an Indiana | ) |
| Corporation, et.al. | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION TO EXTEND TIME
## TO FILE CASE MANAGEMENT PLAN

The Court, having considered Defendant's Agreed Motion to Extend Time to File Case Management Plan, hereby GRANTS said Motion. It is therefore ORDERED that the time for the parties to submit an amended Case Management Plan pursuant to the Court's Order of March 17, 2008 (Doc. 93) is extended to April 16, 2008.

Dated: _____          _____
                                                    Judge/Magistrate Judge
                                                    U. S. District Court
                                                    Southern District of Indiana


Copies to:    All Counsel of record via EFS