UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | )  Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) |
| | ) |
| OOGLES N GOOGLES, an Indiana Corporation, et.al. | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION TO EXTEND TIME
## TO FILE CASE MANAGEMENT PLAN

The Court, having considered Defendant's Agreed Motion to Extend Time to File Case Management Plan, hereby GRANTS said Motion. It is therefore ORDERED that the time for the parties to submit an amended Case Management Plan pursuant to the Court's Order of March 17, 2008 (Doc. 93) is extended to April 16, 2008.

Dated:  4/10/2008

_David F. Hamilton_
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:     All Counsel of record via EFS