UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| STELOR PRODUCTIONS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) |
| | ) |
| OOGLES N GOOGLES, an Indiana | ) |
| Corporation, *et. al.* | ) |
| | ) |
| Defendants | ) |

## UNOPPOSED MOTION TO CORRECT NAME OF DEFENDANT AND COUNTER CLAIMANT NAMED AS "OOGLES N GOOGLES, AN INDIANA CORPORATION"

Oogles N Googles Franchising LLC, by counsel, respectfully moves the court for an order directing the clerk to correct the name of the defendant and counter claimant incorrectly named as "Oogles N Googles, an Indiana Corporation" in the court's records. On information and belief, there is no entity named "Oogles N Googles, an Indiana Corporation" in the state of Indiana, but if there is, such entity is unrelated to any defendant in this case. The undersigned represents to the court that the correct legal name of the franchisor of Oogles n Googles franchises is "Oogles n Googles Franchising LLC". Plaintiff alleges Oogles n Googles sells franchises (See, Doc. 94, Plaintiff's Second Amended Complaint, paragraph 24), therefore, the undersigned believes this is the legal entity Plaintiff intended to sue for trademark infringement as the franchisor of

Oogles n Googles franchises. The undersigned has conferred with counsel for Plaintiff regarding this motion, and Plaintiff's counsel does not oppose this motion.

Accordingly, "Oogles n Googles Franchising LLC", by counsel, respectfully moves the Court for an order directing the clerk to change and correct the court's records to defendant's correct legal name of "Oogles n Googles Franchising LLC" and directing the parties to reflect this change in future filings in this case.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, I N 46204
Telephone: (317) 822-0033
Fax:     (317) 822-0055
E-mail:  Steve@IPLawIndiana.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49