UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF INDIANA
                         INDIANAPOLIS DIVISION

STELOR PRODUCTIONS, LLC          )
                                 )
                                 )
           Plaintiff             )
                                 )
                                 ) Case Number: 1:05-CV-0354-DFH-TAB
     v.                          )
                                 )
                                 )
OOGLES N GOOGLES FRANCHISING LLC )
     et. al.                     )
                                 )
           Defendants            )

**ORDER ON MOTION TO CORRECT NAME OF DEFENDANT NAMED AS
OOGLES N GOOGLES, AN INDIANA CORPORATION**

The Court, having considered Oogles n Googles Franchising LLC's (incorrectly named as OOGLES N GOOGLES, an Indiana Corporation) Motion to Correct Name of Defendant Named as Oogles n Googles, an Indiana Corporation, hereby GRANTS said Motion. The clerk is directed to correct the Court's records to change the name of the defendant named as "Oogles n Googles, an Indiana Corporation" to reflect its correct legal name of "Oogles n Googles Franchising LLC". The parties are directed to incorporate this correction in all future filings in this case.

Date:_____            _____
                                    Judge/Magistrate Judge
                                    U. S. District Court
                                    Southern District of Indiana


Copies to:    All Counsel of record via EFS