# MAGISTRATE JUDGE'S SUMMARY OF CASE MANAGEMENT PLAN

**Date Approved:** (for court's use)    **Cause No.:** 1:05-CV-0354-DFH-TAB

**Caption:** Stelor Productions, LLC v. Oogles n Googles Franchising LLC, *et.al.*

**Pltf's Counsel:** Robert F. Merz, Tel: (301) 963-0000
John D. Hoover, Tel: (317) 822-4400

**Deft's Counsel:** Stephen L. Vaughan. Tel: (317) 822-0033

**Nature of Case:** Trademark infringement, unfair competition, and dilution. Plaintiff alleges the name Oogles n Googles infringes Plaintiffs trademarks.

**Defenses:** Defendants contend Plaintiff has no trademark rights in its Googles logo and other alleged trademarks as those marks have not been used to identify the source or origin of goods or services, and/or have been abandoned by Plaintiff or purported prior owners. In any event, there is no likelihood of confusion between the Oogles n Googles name and Plaintiff alleged trademarks. Additionally, Plaintiff and/or the prior owner of the Googles logo committed fraud on the U.S. Patent and Trademark Office with respect to renewal of the registration for the Googles logo.

**Discovery:** Completed by November 16, 2008

**Readiness:** Trial in March, 2009

**Trial Time:** 4 days by jury

**Motions Pending:** None

**Motions Future:** Amended pleadings/add parties by August 15, 2008; summary judgment by October 1, 2008.

**Pltf's Demand:** Due July 15, 2008    **Defense Offer:** +30 days

**Settlement:** The parties may request a Court settlement conference after initial written discovery is exchanged and responses received.

**Remarks:** (for court's use)

**EXHIBIT 2**