

# New Jersey State Business Gateway Service
## Corporate and Business Information Reporting

## Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use your Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As" function.

All available information is displayed.

| | |
|---|---|
| Business Name: | THE GOOGLES CHILDREN'S WORKSHOP, INC. |
| Business ID Number: | 0100599561 |
| Report Date: | 11/16/2004 |
| Transaction Number: Sequence: | 677251: 1 |
| Business Type: | DOMESTIC PROFIT CORPORATION |
| Status: | DISSOLVED WITHOUT ASSETS |
| Filing Date: | 08/24/1994 |
| Home Jurisdiction: | NJ |
| Status Change Date: | 10/22/1997 |
| Stock Amount: | 100 |
| DOR Suspension Start Date: | |
| DOR Suspension End Date: | |
| Tax Suspension Start Date: | |
| Tax Suspension End Date: | |
| Annual Report Month: | 4 |
| Last Annual Report Filed: | 01/03/1997 |
| For Last Annual Report Paid Year: | 1996 |
| Incorporator: | MICHAEL L. SILVERS |
| Agent: | STEVEN A SILVERS |
| Agent Address: | 1751 COLGATE PLACE, UNION, NJ 07083 |
| Office Address Status: | Deliverable |
| Main Business Address: | 1051 STUYVESANT AVE. STE 352, UNION, NJ 07083 |
| Principal Business Address: | |

**Associated Names**

| Name: | Type Description: |
|---|---|
| | |

file:///C|/CaseDocuments/Google-Googles%20(Stelor%...%20Report%20-%20Google%20Children's%20Workshop.htm (1 of 2)11/17/20

**Exhibit 2**