IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re TRADEMARK Registration of

Googles Children's Workshop, Inc., The

Registration No: 2,087,590

Box POST REG FEE

Registration Date: August 12, 1997

Mark: GOOGLES and design

Class: 16

## COMBINED DECLARATION OF USE AND INCONTESTABILITY UNDER SECTIONS 8 & 15

The registrant, The Googles Children's Workshop, Inc., a corporation organized under the laws of the New Jersey, declares that: they are located and doing business at P.O. Box 60210, Potomac, Maryland, 20859; that they are the owner of Registration No. 2,085,590 dated August 12, 1997, as shown by the records in the United States Patent and Trademark Office; that the mark described therein is still in use and has been in continuous use in interstate commerce among the several states of the United States for more than five (5) consecutive years from June 1996, through the present, subsequent to the date of registration, on or in connection with the goods identified in the Certificate of Registration; that the mark is still in use in such interstate commerce as evidenced by the accompanying specimen in the form of the cover of a book and a title page therefrom; and that there has been no final decision adverse to registrant's claim of ownership of the subject mark for such goods or its right to register the same, or to keep the same on the register, and that there is no proceeding involving said rights pending in the United States Patent and Trademark Office or in a court and not finally disposed of.

Exhibit 3

The Registrant hereby appoints Ira C. Edell, a member of the Bars of the District of Columbia and the State of Maryland, Alexander H. Butterman, a member of the Bars of the States of New York, New Jersey and the District of Columbia, Stuart B. Shapiro, a member of the Bar of the State of Maryland, Patrick J. Finnan, a member of the Bar of the State of Maryland, Howard R. Richman, a member of the Bars of the District of Columbia and the States of Maryland and Virginia, Andrew J. Aldag, a member of the Bar of the State of Wisconsin and John M. Hemenway, a member of the Bar of Virginia, attorneys with the firm of EDELL, SHAPIRO, & FINNAN, LLC, 1901 Research Boulevard, Suite 400, Rockville, Maryland 20850, telephone number (301) 424-3640, as its attorneys to file this declaration, with full power of substitution and revocation, and to transact all business in the Patent and Trademark Office in connection therewith.

The undersigned further declares that: all statements made herein of his own knowledge are true and all statements made on information and belief are believed to be true; and these statements were made with the knowledge that willful, false statements and the like so made are punishable by fine or imprisonment or both, under § 1001 of Title 18 of the United States Code, and that such willful, false statements may jeopardize the validity of the above registration.

Googles Children's Workshop, Inc., The

3/25/03
Date

Ira C. Edell
Attorney for Applicant
Edell, Shapiro & Finnan, LLC.
1901 Research Blvd, Suite 400
Rockville, Maryland 20850