UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STELOR PRODUCTIONS, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) | |
| | ) | |
| OOGLES N GOOGLES FRANCHISING LLC | ) | |
| *et. al*. | ) | Jury Demanded |
| | ) | |
| Defendants. | ) | |

**CORRINA SPARKS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT**

Corinna Sparks (now Corinna Hamm), by counsel, for her Answer to Plaintiff's Second Amended Complaint states as follows:

**FIRST DEFENSE**

1.   Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 1.

2.   Paragraph 2 makes no allegations against Corinna Sparks. To the extent an answer is required to this paragraph, Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 2.

3.   Paragraph 3 makes no allegations against Corinna Sparks. To the extent an answer is required to this paragraph, Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 3.

4.   Paragraph 4 makes no allegations against Corinna Sparks. To the extent an answer is required to this paragraph, Corinna Sparks is without sufficient knowledge to

form a belief as to the truth of, and therefore denies the allegations of paragraph 4.

5. Corinna Sparks denies paragraph 5.

6. Corinna Sparks admits that she resides in Terre Haute, Indiana, but denies any remaining allegations of paragraph 6.

7. Paragraph 7 makes no allegations against Corinna Sparks. To the extent an answer is required to this paragraph, Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 7.

8. Corinna Sparks denies paragraph 8.

9. Corinna Sparks admits that Plaintiff makes claims for trademark infringement, unfair competition, and dilution, but denies liability for such claims of paragraph 9.

10. Corinna Sparks admits this Court has subject matter jurisdiction but denies the remaining allegations in paragraph 10.

11. Corinna Sparks admits that venue is proper in this district, but denies any remaining allegations of paragraph 11.

12. Paragraph 12 makes no allegations against Corinna Sparks. To the extent an answer is required to this paragraph, Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 12.

13. Corinna Sparks denies the allegations of paragraph 13.

14. Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 14.

15. Corinna Sparks denies the allegations of paragraph 15.

16. Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 16.

17. Corinna Sparks is without sufficient knowledge to form a belief as to the truth of,

and therefore denies the allegations of paragraph 17.

18. Corinna Sparks denies the allegations of paragraph 18.

19. Paragraph 19 makes no allegations against Corinna Sparks. To the extent an answer is required to this paragraph, Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 19.

20. Corinna Sparks denies paragraph 20.

21. Corinna Sparks denies paragraph 21.

22. Corinna Sparks denies the allegations of paragraph 22.

23. Paragraph 23 makes no allegations against Corinna Sparks. To the extent an answer is required to this paragraph, Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 23.

24. Paragraph 24 makes no allegations against Corinna Sparks. To the extent an answer is required to this paragraph, Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 24.

25. Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 25.

26. Corinna Sparks denies the allegations of paragraph 26.

27. Corinna Sparks denies paragraph 27.

28. Corinna Sparks denies paragraph 28.

29. Corinna Sparks denies paragraph 29.

30. Corinna Sparks is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 30.

31. Corinna Sparks denies paragraph 31.

32. Corinna Sparks denies paragraph 32.

33 - 42. Corinna Sparks denies paragraphs 33 through 42.

43 – 48.     Corinna Sparks denies paragraphs 43 through 48.

49 – 53. Corinna Sparks denies paragraphs 49 through 53.

54 – 56. Corinna Sparks denies paragraphs 54 through 56.

57 – 68. Paragraphs 57 through 68 comprise a prayer for judgment by the Plaintiff. To the extent that Corinna Sparks is required to admit or deny such a prayer for judgment, she denies paragraphs 57 through 68.

**SECOND DEFENSE**

Plaintiff's Second Amended Complaint fails to state claim upon which relief can be granted.

**THIRD DEFENSE**

The Oogles n Googles name and trademark do not infringe Plaintiff's alleged trademarks because there is no likelihood of confusion between the Oogles n Googles name and Plaintiff's alleged trademarks or between Oogles n Googles services and any goods or services allegedly offered for sale by Plaintiff.

**FOURTH DEFENSE**

Corinna Sparks has made no representations whatsoever regarding Plaintiff's alleged goods and services, nor has she falsely represented any facts pertaining the origin, sponsorship, approval, quality, characteristics, or geographic origin of Oogles n Googles services.

**FIFTH DEFENSE**

Plaintiff's claims are barred because Plaintiff and prior alleged owners of the alleged trademarks have not used such marks in commerce as trademarks to identify the source or origin of its alleged goods or services.

**SIXTH DEFENSE**

Plaintiff's claims are barred because Corinna Sparks has done nothing to mislead, deceive or confuse consumers or to generate likelihood of confusion as to the source or origin of Oogles n Googles' services, or the source or origin of Plaintiff's alleged goods and services.

**SEVENTH DEFENSE**

Subject to discovery, Plaintiff's claims are barred by doctrine of unclean hands.

**EIGHTH DEFENSE**

Subject to discovery, Plaintiff's claims are barred by fair use.

**NINTH DEFENSE**

.   Subject to discovery, Plaintiff's claims are barred by laches and/or statutes of limitations.

**TENTH DEFENSE**

Plaintiff's alleged trademarks are not famous except to the extent the Google, Inc., has made the word "Google" famous; Plaintiff has no right to make claims based upon the fame of Google, Inc.'s trademarks.

**ELEVENTH DEFENSE**

Oogles n Googles use of its name and trademark in commerce preceded any alleged fame of Plaintiff's alleged trademarks.

**TWELFTH DEFENSE**

Plaintiff's alleged trademarks are not distinctive or famous and in any case no dilution has occurred to Plaintiff's alleged trademarks irrespective of their lack of distinctiveness or fame.

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred because Plaintiff has incurred no damages.

**FOURTEENTH DEFENSE**

Subject to discovery, Plaintiff's claims are barred because of waiver, acquiescence and/or estoppel.

**FIFTEENTH DEFENSE**

Plaintiff and/or other alleged predecessor owners of the alleged trademarks have abandoned the alleged trademarks.

**SIXTEENTH DEFENSE**

Subject to discovery, Plaintiff has failed to mitigate its damages.

## SEVENTEENTH DEFENSE

Plaintiff and/or the prior alleged owner(s) of the alleged trademarks committed fraud on the U.S. Patent and Trademark Office.

## EIGHTEENTH DEFENSE

Plaintiff does not have a federal registration for the word "googles" as a trademark, nor does Plaintiff have any common law or other trademark rights to the word "googles".

## NINETEENTH DEFENSE

Corinna Sparks had no knowledge or notice of Plaintiff, Plaintiff's alleged goods and services, or Plaintiff's alleged trademarks prior to being notified of Plaintiff's lawsuit.

Wherefore, Corinna Sparks prays for judgment in her favor, costs of this action including attorney fees, and all other just and proper relief.

## JURY DEMAND

Corinna Sparks demands trial by jury.

                                    Respectfully submitted by:

                                    <u>/s/ Stephen L. Vaughan</u>
                                    Stephen L. Vaughan, #2294-49
                                    INDIANO VAUGHAN LLP
                                    One N. Pennsylvania Street, Suite 850
                                    Indianapolis, IN   46204
                                    Telephone: (317) 822-0033
                                    Fax:    (317) 822-0055
                                    E-mail:  Steve@IPLawIndiana.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, a copy of the foregoing Corinna Sparks' Answer to Counterclaim to Plaintiff's Second Amended Complaint was filed electronically on all counsel of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN 46204
E-mail: Steve@IPLawIndiana.com