IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES, an Indiana corporation, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY**

The Plaintiff/Counter-Defendant hereby provides notice that Defendants/Counter-Plaintiffs have agreed to provide the Plaintiff/Counter-Defendant a thirty (30) day enlargement of time to respond to the written discovery served on Plaintiff/Counter-Defendant by Defendants/Counter-Plaintiffs on March 14, 2008.  Plaintiff/Counter-Defendant's responses are now due on May 16, 2008.

Respectfully submitted:

s/John David Hoover
John David Hoover, Attorney No. 7945-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com

Of counsel:

Robert Merz
Stelor Productions, LLC
19110 Montgomery Village Avenue, #320,
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductions.com

Attorneys for Plaintiff, Stelor Productions, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, a copy of the foregoing ***Notice of Enlargement of Time to Respond to Discovery*** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

s/John David Hoover
John David Hoover
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com