UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC )<br> )<br> )<br>　　　　Plaintiff ) <br> )<br> ) Case Number: 1:05-CV-0354-DFH-TAB<br>v. )<br> )<br> )<br>OOGLES N GOOGLES FRANCHISING LLC )<br>　*et. al.* )<br> )<br>　　　　Defendants ) | |

### ORDER ON MOTION TO CORRECT NAME OF DEFENDANT NAMED AS OOGLES N GOOGLES, AN INDIANA CORPORATION

The Court, having considered Oogles n Googles Franchising LLC's (incorrectly named as OOGLES N GOOGLES, an Indiana Corporation) Motion to Correct Name of Defendant Named as Oogles n Googles, an Indiana Corporation, hereby GRANTS said Motion. The clerk is directed to correct the Court's records to change the name of the defendant named as "Oogles n Googles, an Indiana Corporation" to reflect its correct legal name of "Oogles n Googles Franchising LLC". The parties are directed to incorporate this correction in all future filings in this case.

Date: 04/18/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:    All Counsel of record via EFS