UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:05-CV-0354 |
| OOGLES N GOOGLES FRANCHISING LLC, *et. al.* | ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record, enter my appearance as counsel in this for the following Defendants:

Krista Allenstein
Mary Claire Balko
Larry and Karen Bernier
Jason and Shelley Blackhurst
Rene Boop
Cynthia Brown
Melissa Culp
Steve and Tara Curl
Michelle Dabek
David and Billie Jo Denson
Carrie DiMaria
Heather Gripka, Cari Oughton and Linda Oughton
Krista Harper
Island Girls Company, LLC
J.E. Deglin Investments, Inc.
Kid Savvey, Inc.
Elizabeth and Winston Lin
Paul MacNeill
Tom and Keri Meier
Kerry Murray and Nicole Paulino
Charles Murty
Christa Owens
Brittany Pfeifer
Hamid and Sahar Tavassoli

VLC Enterprises, LLC
Waterbury Enterprises, LLC
Jennifer and Ty Webb
Amanda and Donnie Williams
Wray-Lynn Enterprises, LLC

I certify that I am admitted to practice in this court.

        Respectfully submitted by:

        <u>/s/ Stephen L. Vaughan</u>
        Stephen L. Vaughan, #2294-49
        INDIANO VAUGHAN LLP
        One N. Pennsylvania Street, Suite 1300
        Indianapolis, IN  46204

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, a copy of the foregoing Appearance was filed electronically on all counsel of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan  
Stephen L. Vaughan, #2294-49