UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STELOR PRODUCTIONS, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) | |
| | ) | |
| | ) | |
| OOGLES N GOOGLES FRANCHISING LLC | ) | |
| *et. al.* | ) | Jury Demanded |
| | ) | |
| Defendants. | ) | |

**ELIZABETH AND WINSTON LIN'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT**

Elizabeth and Winston Lin, by counsel, for their Answer to Plaintiff's Second Amended Complaint states as follows:

**FIRST DEFENSE**

1.  Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 1.

2.  Paragraph 2 makes no allegations against Elizabeth and Winston Lin. To the extent an answer is required to this paragraph, Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 2.

3.  Paragraph 3 makes no allegations against Elizabeth and Winston Lin. To the extent an answer is required to this paragraph, Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations

of paragraph 3.

4. Paragraph 4 makes no allegations against Elizabeth and Winston Lin. To the extent an answer is required to this paragraph, Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 4.

5. Elizabeth and Winston Lin deny paragraph 5.

6. Paragraph 6 makes no allegations against Elizabeth and Winston Lin To the extent an answer is required to this paragraph, Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 6.

7. Paragraph 7 makes no allegations against Elizabeth and Winston Lin. To the extent an answer is required to this paragraph, Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 7.

8. Elizabeth and Winston Lin deny paragraph 8.

9. Elizabeth and Winston Lin admit that Plaintiff makes claims for trademark infringement, unfair competition, and dilution, but deny liability for such claims of paragraph 9.

10. Elizabeth and Winston Lin admit this Court has subject matter jurisdiction but deny any remaining allegations in paragraph 10.

11. Elizabeth and Winston Lin admit venue is proper in this district, but deny any remaining allegations of paragraph 11.

12. Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to

the truth of, and therefore deny the allegations of paragraph 12.

13. Elizabeth and Winston Lin deny the allegations of paragraph 13.

14. Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 14.

15. Elizabeth and Winston Lin deny the allegations of paragraph 15.

16. Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 16.

17. Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 17.

18. Elizabeth and Winston Lin deny the allegations of paragraph 18.

19. Paragraph 19 makes no allegations against Elizabeth and Winston Lin. To the extent an answer is required to this paragraph, Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 19.

20. Elizabeth and Winston Lin deny paragraph 20.

21. Elizabeth and Winston Lin deny paragraph 21.

22. Elizabeth and Winston Lin deny the allegations of paragraph 22.

23. Paragraph 23 makes no allegations against Elizabeth and Winston Lin To the extent an answer is required to this paragraph, Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 23.

24. Paragraph 24 makes no allegations against Elizabeth and Winston Lin To the extent an answer is required to this paragraph, Elizabeth and Winston Lin are without

sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 24.

25. Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 25.

26. Elizabeth and Winston Lin deny the allegations of paragraph 26.

27. Elizabeth and Winston Lin deny paragraph 27.

28. Elizabeth and Winston Lin deny paragraph 28.

29. Elizabeth and Winston Lin deny paragraph 29.

30. Elizabeth and Winston Lin are without sufficient knowledge to form a belief as to the truth of, and therefore deny the allegations of paragraph 30.

31. Elizabeth and Winston Lin deny paragraph 31.

32. Elizabeth and Winston Lin deny paragraph 32.

33 - 42. Elizabeth and Winston Lin deny paragraphs 33 through 42.

43 – 48. Elizabeth and Winston Lin deny paragraphs 43 through 48.

49 – 53. Elizabeth and Winston Lin deny paragraphs 49 through 53.

54 – 56. Elizabeth and Winston Lin deny paragraphs 54 through 56.

57 – 68. Paragraphs 57 through 68 comprise a prayer for judgment by the Plaintiff. To the extent that Elizabeth and Winston Lin are required to admit or deny such a prayer for judgment, they deny paragraphs 57 through 68.

## **SECOND DEFENSE**

Plaintiff's Second Amended Complaint fails to state claim upon which relief can be granted.

### THIRD DEFENSE

The Oogles n Googles name and trademark do not infringe Plaintiff's alleged trademarks because there is no likelihood of confusion between the Oogles n Googles name and Plaintiff's alleged trademarks or between Oogles n Googles services and any goods or services allegedly offered for sale by Plaintiff.

### FOURTH DEFENSE

Elizabeth and Winston Lin have made no representations whatsoever regarding Plaintiff's alleged goods and services, nor have they falsely represented any facts pertaining the origin, sponsorship, approval, quality, characteristics, or geographic origin Oogles n Googles own services.

### FIFTH DEFENSE

Plaintiff's claims are barred because Plaintiff and prior alleged owners or licensees of the alleged trademarks have not used such marks in commerce as trademarks to identify the source or origin of its alleged goods or services.

### SIXTH DEFENSE

Plaintiff's claims are barred because Elizabeth and Winston Lin have done nothing to mislead, deceive or confuse consumers or to generate likelihood of confusion as to the source or origin of Oogles n Googles' services, or the source or origin of Plaintiff's alleged goods and services.

## SEVENTH DEFENSE

Subject to discovery, Plaintiff's claims are barred by doctrine of unclean hands.

## EIGHTH DEFENSE

Subject to discovery, Plaintiff's claims are barred by fair use.

## NINTH DEFENSE

. Subject to discovery, Plaintiff's claims are barred by laches and/or statutes of limitations.

## TENTH DEFENSE

Plaintiff's alleged trademarks are not famous except to the extent the Google, Inc., has made the word "Google" famous; Plaintiff has no right to make claims based upon the fame of Google, Inc.'s trademarks.

## ELEVENTH DEFENSE

Oogles n Googles use of its name and trademark in commerce preceded any alleged fame of Plaintiff's alleged trademarks.

## TWELFTH DEFENSE

Plaintiff's alleged trademarks are not distinctive or famous and in any case no dilution has occurred to Plaintiff's alleged trademarks irrespective of their lack of distinctiveness or fame.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred because Plaintiff has incurred no damages.

## FOURTEENTH DEFENSE

Subject to discovery, Plaintiff's claims are barred because of waiver, acquiescence and/or estoppel.

## FIFTEENTH DEFENSE

Plaintiff and/or other alleged predecessor owners of the alleged trademarks have abandoned the alleged trademarks.

## SIXTEENTH DEFENSE

Subject to discovery, Plaintiff has failed to mitigate its damages.

## SEVENTEENTH DEFENSE

Plaintiff and/or the prior alleged owner(s) of the alleged trademarks committed fraud on the U.S. Patent and Trademark Office.

## EIGHTEENTH DEFENSE

Plaintiff does not have a federal registration for the word "googles" as a trademark, nor does Plaintiff have any common law or other trademark rights to the word "googles".

## NINETEENTH DEFENSE

Elizabeth and Winston Lin had no knowledge or notice of Plaintiff, Plaintiff's alleged goods and services, or Plaintiff's alleged trademarks prior to being notified of Plaintiff's lawsuit.

Wherefore, Elizabeth and Winston Lin pray for judgment in their favor, costs of this action including attorney fees, and all other just and proper relief.

## JURY DEMAND

Elizabeth and Winston Lin demand trial by jury.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 850
Indianapolis, IN   46204
Telephone: (317) 822-0033
Fax:    (317) 822-0055
E-mail:  Steve@IPLawIndiana.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, a copy of the foregoing Elizabeth and Winston Lin's Answer to Plaintiff's Second Amended Complaint was filed electronically on all counsel of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN  46204
E-mail: Steve@IPLawIndiana.com