UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:05-CV-0354-DFH ) TAB ) ) |
| OOGLES N GOOGLES FRANCHISING LLC, *et. al.* | ) ) ) ) |
| Defendants. | ) |

**APPEARANCE**

To the Clerk of this court and all parties of record, enter my appearance as counsel in this for the following Defendants:

    Genevieve Kirk
    David Kirk
    Katherine Kahlig

I certify that I am admitted to practice in this court.

                Respectfully submitted by:

                /s/ Stephen L. Vaughan
                Stephen L. Vaughan, #2294-49
                INDIANO VAUGHAN LLP
                One N. Pennsylvania Street, Suite 1300
                Indianapolis, IN  46204
                Telephone: (317) 822-0033
                Fax:   (317) 822-0055
                E-mail:  Steve@IPLawIndiana.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN 46204
E-mail: Steve@IPLawIndiana.com
