AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

STELOR PRODUCTIONS, INC., )
a Delaware corporation )
                                       )   SUMMONS IN A CIVIL ACTION
          Plaintiff, )
                                       )
v.                                     )   Case No.: 1:05-cv-0354-DFH-TAB
                                    )
OOGLES N GOOGLES, an Indiana )
Corporation, et al. )
                                    )
         Defendants, )

TO:

    **Elizabeth Porcelli**
    **9159 North Plaza Drive**
    **North Field Village, OH 44067**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    Robert Merz
    STELOR PRODUCTIONS, LLC
    P.O. Box 86939
    Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____                          MAY 1 4 2008
CLERK                                            _____
CLERK                                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place or abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
  *Signature of Server*

_____
Date

  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES FRANCHISING, LLC, an Indiana Corporation, et al. <br><br> Defendants, | SUMMONS IN A CIVIL ACTION <br><br> Case No.: 1:05-cv-0354-DFH-TAB |

TO:

**Giselle Pullara**
**16440 Roaming Way**
**Odessa, FL 33536**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

>Robert Merz
>STELOR PRODUCTIONS, LLC
>P.O. Box 86939
>Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_/s/ CLERK_                                             MAY 1 4 2008

CLERK                                                    DATE

_/s/ Jordan Dawson_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place or abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____

*Signature of Server*

_____
Date

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

STELOR PRODUCTIONS, INC., )
a Delaware corporation )
)
        Plaintiff, ) SUMMONS IN A CIVIL ACTION
)
v. ) Case No.: 1:05-cv-0354-DFH-TAB
)
OOGLES N GOOGLES, an Indiana )
Corporation, et al. )
)
        Defendants, )

TO:

**Bryan Pullara**
**16440 Roaming Way**
**Odessa, FL 33536**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

        Robert Merz
        STELOR PRODUCTIONS, LLC
        P.O. Box 86939
        Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____       MAY 1 4 2008
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place or abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
                     *Signature of Server*

_____
Date
                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES, an Indiana Corporation, et al. <br><br> Defendants, | SUMMONS IN A CIVIL ACTION <br><br> Case No.: 1:05-cv-0354-DFH-TAB |

TO:

    **Nicole Paulino-Lytel**
    **2903 Biarritz Drive**
    **West Palm Beach, FL 33410**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    Robert Merz
    STELOR PRODUCTIONS, LLC
    P.O. Box 86939
    Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 1 4 2008

CLERK     **CLERK**           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place or abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
_____ *Signature of Server*
*Date*
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., <br> a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES, an Indiana <br> Corporation, et al. <br><br> Defendants, | SUMMONS IN A CIVIL ACTION <br><br> Case No.: 1:05-cv-0354-DFH-TAB |

TO:

**Kechia Lake**
**16026 S. Avalon Street**
**Olathe, KS 66062**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert Merz
STELOR PRODUCTIONS, LLC
P.O. Box 86939
Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_/s/_ _____    MAY 1 4 2008
CLERK       **CLERK**                    DATE

_/s/ Jordan Davidson_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place or abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
　　　　　　　　　　　*Signature of Server*

Date

　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation  Plaintiff,  v.  OOGLES N GOOGLES, an Indiana Corporation, et al.  Defendants, | SUMMONS IN A CIVIL ACTION  Case No.: 1:05-cv-0354-DFH-TAB |

TO:

**Maria Weichert
3524 S. Hudson Place
Chandler, AZ 85249**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                   **MAY 1 4 2008**
CLERK                                           DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place or abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
                        *Signature of Server*

_____
*Date*
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation<br><br>        Plaintiff,<br><br>v.<br><br>OOGLES N GOOGLES, an Indiana Corporation, et al.<br><br>        Defendants, | )<br>)<br>) SUMMONS IN A CIVIL ACTION<br>)<br>)<br>) Case No.: 1:05-cv-0354-DFH-TAB<br>)<br>)<br>)<br>)<br>) |

TO:

    **Brenda Grothaus**
    **3534 S. Hudson Place**
    **Chandler, AZ 85249**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

        Robert Merz
        STELOR PRODUCTIONS, LLC
        P.O. Box 86939
        Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____        MAY 1 4 2008
CLERK                                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place or abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
*Signature of Server*

_____
*Date*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.