UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

STELOR PRODUCTIONS, INC.,          )
                                   )
            Plaintiff,             )
                                   )
      vs.                          )          1:05-cv-0354-DFH-TAB
                                   )
OOGLES N GOOGLES, et al.,          )
                                   )
            Defendants.            )

**ORDER ON AMENDED CASE MANAGEMENT PLAN**

        The amended Case Management Plan filed by the Defendant on April 16, 2008, [Docket

No. 117, Ex. 1] is approved as follows: Section III.K is amended to provide that costs of

production of electronically stored information shall be borne by the producing party.  The

Defendants have not sufficiently demonstrated that the electronic discovery over which the

parties have a dispute is not reasonably accessible due to undue burden or cost.  The dispositive

motions deadline is October 1, 2008.

        Dated: 06/02/2008


                                        _____
                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@coffeyburlington.com

Robert F. Merz Jr.
STELOR PRODUCTIONS, LLC
b.merz@stelorproductions.com

Stephen Lewis Vaughan
INDIANO VAUGHAN LLP
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
dzack@bwskb.com