UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STELOR PRODUCTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-354- DFH-TAB |
| | ) | |
| OOGLES N GOOGLES FRANCHISING LLC, | ) | |
| et al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING TELEPHONIC CONFERENCE

IT IS HEREBY ORDERED by the Court that the above referenced cause is assigned for a **telephonic conference on June 11, 2008 at 9:30 a.m.** The purpose of this conference is to address discovery issues and scheduling matters. Parties shall appear by counsel, who shall contact the Court at 317-229-3660.

Dated: 06/05/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@coffeyburlington.com

Robert F. Merz Jr.
STELOR PRODUCTIONS, LLC
b.merz@stelorproductions.com

Stephen Lewis Vaughan
INDIANO VAUGHAN LLP
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@bwskb.com