UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, | ) |
| Plaintiff, | ) ) ) ) Case Number: 1:05-CV-0354-DFH TAB |
| v. | ) ) |
| OOGLES N GOOGLES FRANCHISING LLC, *et. al.* | ) ) ) |
| Defendants. | ) |

**APPEARANCE**

To the Clerk of this court and all parties of record, enter my appearance as counsel in this for the following Defendants:

    Brenda Grothaus
    Maria Weichert
    Bryan and Giselle Pullara

I certify that I am admitted to practice in this court.

    Respectfully submitted by:

    <u>/s/ Stephen L. Vaughan</u>
    Stephen L. Vaughan, #2294-49
    INDIANO VAUGHAN LLP
    One N. Pennsylvania Street, Suite 1300
    Indianapolis, IN  46204
    Telephone: (317) 822-0033
    Fax:   (317) 822-0055
    E-mail:  Steve@IPLawIndiana.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN  46204
E-mail: Steve@IPLawIndiana.com