```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                         INDIANAPOLIS DIVISION
```

STELOR PRODUCTIONS, INC.,          )
                                   )
        Plaintiff,                 )
                                   )
   vs.                             )     1:05-cv-0354-DFH-TAB
                                   )
OOGLES N GOOGLES, et al.,          )
                                   )
        Defendants.                )

### ORDER ON JUNE 11, 2008, TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel June 11, 2008, for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters. Plaintiff Stelor Productions shall respond to Defendant Oogles N Googles' interrogatories and request for production by July 11, 2008.

**This cause is set for a telephonic status conference at 11 a.m. on July 24, 2008.** Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is to address settlement in light of Plaintiff's discovery responses and other developments.

   Dated: 06/12/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@coffeyburlington.com

Robert F. Merz Jr.
STELOR PRODUCTIONS, LLC
b.merz@stelorproductions.com

Stephen Lewis Vaughan
INDIANO VAUGHAN LLP
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@bwskb.com