IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, | ) |
| an Indiana limited liability company, et al. | ) |
| | ) |
|     Defendants/Counter-Plaintiff. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT TO ADD ADDITIONAL DEFENDANTS

This matter having come before the Court on the Plaintiff's Motion for Leave to File Third Amended Complaint to Add Additional Defendants, and the Court having been duly advised in the premises, hereby GRANTS said Motion;

IT IS ORDERED, that Plaintiff is hereby granted leave to file its Third Amended Complaint in the form attached to Plaintiff's Motion for Leave as <u>Exhibit A</u> (the "Third Amended Complaint").

IT IS FURTHER ORDERED, that the Third Amended Complaint is deemed filed as of the date of this Order.

Dated: __08/22/2008__                    _____
                                                             Tim A. Baker
                                                            United States Magistrate Judge
                                                            Southern District of Indiana

**Distribution to:**

| | |
|---|---|
| John David Hoover | Robert F. Merz |
| HOOVER HULL LLP | Stelor Productions, LLC |
| jdhoover@hooverhull.com | b.merz@stelorproductions.com |

Stephen L. Vaughan
Steve@IPLawIndiana.com