# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC ) <br> a Delaware corporation ) <br> ) <br>     Plaintiff/Counterdefendant ) <br> ) Case Number: 1:05-CV-0354-DFH-TAB <br>     v. ) <br> ) <br> OOGLES N GOOGLES FRANCHISING, LLC, ) <br> *et. al.* ) <br> ) <br>     Defendant/Counterclaimant ) <br> ) <br> ************************ ) <br> ) <br> OOGLES N GOOGLES FRANCHISING, LLC ) <br> ) <br>     v. ) <br> ) <br> ) <br> STELOR PRODUCTIONS, LLC and ) <br> STEVEN A. ESRIG ) | |

## ORDER ON MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM

The Court, having considered Oogles n Googles Franchising, LLC's, Motion for Leave to File Amended Counterclaim, hereby GRANTS said Motion. It is therefore ORDERED that Oogles n Googles Franchising, LLC may file its Amended Counterclaim against Stelor Productions, LLC and Steven A. Esrig within ten (10) business days of the date of this Order.

Date: 08/22/2008                                          _____

                                                        Tim A. Baker
                                                        United States Magistrate Judge
                                                        Southern District of Indiana

Copies to:    All Counsel of record via EFS