AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of Indiana__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>1:05-cv-354-DFH-TAB | DATE FILED<br>3/11/2005 | U.S. DISTRICT COURT<br>Southern District of Indiana | |
|---|---|---|---|
| PLAINTIFF<br><br>STELOR PRODUCTIONS, LLC, | | DEFENDANT<br><br>OOGLES N GOOGLES FRANCHISING, LLC, et al.<br>(see attached - Amended Complaint dated 8/15/08) | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  2,087,590 | 8/12/1997 | Stelor | |
| 2  2,496,753 | 10/9/2001 | Stelor | |
| 3  2,496,754 | 10/9/2001 | Stelor | |
| 4  2,496,755 | 10/9/2001 | Stelor | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>*Laura A. Briggs* | (BY) DEPUTY CLERK<br>*Lana B. Kirby* | DATE<br>8/28/2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**