UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case Number: 1:05-CV-0354-DFH |
| | )    TAB |
| v. | ) |
| | ) |
| OOGLES N GOOGLES, an Indiana | ) |
| Corporation, *et. al.* | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record, enter my appearance as counsel in this for the following Defendants:

Paul MacNeill

I certify that I am admitted to practice in this court.

                                      Respectfully submitted by:

                                      /s/ Stephen L. Vaughan
                                      Stephen L. Vaughan, #2294-49
                                      INDIANO VAUGHAN LLP
                                      One N. Pennsylvania Street, Suite 1300
                                      Indianapolis, IN 46204
                                      Telephone: (317) 822-0033
                                      Fax:  (317) 822-0055
                                      E-mail: Steve@IPLawIndiana.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Stephen L. Vaughan
      Stephen L. Vaughan, #2294-49
      INDIANO VAUGHAN LLP
      One N. Pennsylvania Street, Suite 1300
      Indianapolis, IN 46204
      E-mail: Steve@IPLawIndiana.com