AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| STELOR PRODUCTIONS, LLC | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1-05-CV-0354-DFH-TAB |
| OOGLES N GOOGLES FRANCHISING, LLC | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Steven A. Esrig
14701 Mockingbird Lane
Darnestown, MD 20874-3341

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Third Party Plaintiff's Attorney
Stephen L. Vaughan
INDIANO VAUGHAN LLP
One N. Pennsylvania, Suite 1300
Indianapolis, IN 46204

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court at 46 East Ohio Street, Room 105, Indianapolis, IN 46204.

Date: SEP 0 9 2008

CLERK
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
  _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
  _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify, i.e. certified mail)*  **Certified Mail, Return Receipt Requested**
  _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                 _____
                    Server's signature

                 _____
                    Printed name and title

                 _____
                    Server's address