IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, ) | |
| an Indiana corporation, et. al. ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

## NOTICE OF ENLARGEMENT OF TIME

The Plaintiff/Counter-Defendant Stelor Productions, LLC ("Stelor"), by the undersigned attorneys, hereby provides notice that Defendants/Counter-Plaintiffs have agreed to a seven (7) day extension of time for Stelor to file its reply to the Amended Counterclaim filed by Defendants/Counter-Plaintiffs on August 29, 2008. Pursuant to Defendants/Counter-Plaintiffs' agreement, Stelor's reply to the Amended Counterclaim is due on or before September 16, 2008.

Respectfully submitted:

s/John David Hoover
John David Hoover, Attorney No. 7945-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com

Of counsel:

Robert Merz
Stelor Productions, LLC
19110 Montgomery Village Avenue, #320,
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductions.com

Attorneys for Plaintiff/Counter-Defendant, Stelor Productions, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2008, a copy of the foregoing *Notice of Enlargement of Time* was filed electronically.

Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

s/*Robert F Merz*
Robert F. Merz (admitted *pro hac vice*)
Stelor Productions, LLC
19110 Montgomery Village Ave, #320
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductions.com
