UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC,           ) | |
| ) | |
| ) | |
| Plaintiff/Counter-Defendant,   ) | |
| vs.                            ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING,  ) | |
| LLC, an Indiana corporation, et al.,  ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff/Counter-Defendant, Stelor Productions, LLC.

I certify that I am admitted to practice in this Court.

 September 15, 2008                                s/*Michael A. Dorelli*
       Date                                            Signature

                                                    Michael A. Dorelli     20862-49
                                                   Print Name              Bar Number

                                                   HOOVER HULL LLP

                                                   111 Monument Circle, Suite 4400
                                                   Address

                                                   P.O. Box 44989

                                                   Indianapolis      IN          46244-0989
                                                   City             State         Zip Code

                                                   (317)-822-4400      (317)-822-0234
                                                   Phone Number              Fax Number

                                                     mdorelli@hooverhull.com
                                                   Email

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2008, a copy of the foregoing *Appearance* was filed electronically.

Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

            s/*Michael A. Dorelli*