# UNITED STATES DISTRICT COURT

## For The Southern District of Indiana

| | |
|---|---|
| STELOR PRODUCTIONS, INC., a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES, an Indiana Corporation, et al. <br><br> Defendants, | SUMMONS IN A CIVIL ACTION <br><br> Case No.: 1:05-cv-0354-DFH-TAB |

TO:

**OOGLES N GOOGLES BRANDING LLC**
**C/O BRADLEY H. COHEN**
**8888 KEYSTONE CROSSING BLVD., SUITE 800**
**INDIANAPOLIS, IN 46240**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> Robert Merz
> STELOR PRODUCTIONS, LLC
> P.O. Box 86939
> Montgomery Village, MD 20886

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    SEP 1 9 2008
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place or abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
　　　　　　　　*Signature of Server*

_____
*Date*
　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action