IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC ) | |
| an Indiana limited liability company, et. al. ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |
| ) | |
| ) | |

> Motion granted to the extent the settlement conference is vacated and reset as a telephonic status conference at the same date and time. Only counsel need participate, by calling the Court at 317-229-3660 for purposes of this conference.
>
> Tim A. Baker
> U.S. Magistrate Judge
> September 22, 2008

### UNOPPOSED MOTION TO VACATE THE SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 24, 2008

Plaintiff/Counter-Defendant, Stelor Productions, LLC ("Stelor"), requests that the Court enter an order vacating the settlement conference currently scheduled for September 24, 2008. In support of its Unopposed Motion, Stelor states the following:

1. On July 24, 2008 this Court entered an order setting a settlement conference for September 24, 2008 at 9:00 a.m.

2. Given the present position of the parties as reflected in emails directed to this Court on September 11, 2008 and September 17, 2008, a settlement conference would be unproductive. As a result, the parties and this Court would incur unnecessary time and expense, and Stelor would incur the unnecessary expense of traveling to Indiana from Maryland.

3. Counsel for Stelor has spoken with counsel for Defendants/Counter-Plaintiffs, Steven Vaughn, and Mr. Vaughn has indicated that Defendants/Counter-Plaintiffs have no objection to this Motion.

WHEREFORE, Plaintiff/Counter-Defendant, Stelor Productions, LLC, by counsel, respectfully requests that this Court enter an order vacating the September 24, 2008 settlement conference, and granting all other relief deemed just and proper.

Respectfully submitted,

s/*Michael A. Dorelli*
John David Hoover, Attorney No. 7945-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com
mdorelli@hooverhull.com

Of counsel:

Robert Merz
Stelor Productions, LLC
19110 Montgomery Village Avenue, #320,
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductions.com

**Attorney for Plaintiff, Stelor Productions, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2008, a copy of the foregoing was filed electronically, and that notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com


                                                    s/ *Michael A. Dorelli*