IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES FRANCHISING, LLC | ) |
| an Indiana limited liability company, et. al. | ) |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |

## NOTICE OF SERVICE

Plaintiff/Counter-Defendant, Stelor Productions, Inc., by counsel, hereby notifies the Court that on September 22, 2008, the Third Amended Complaint and Summons in the above-captioned case were served upon Oogles N Googles Branding LLC and Mendell Enterprises LLC by and through their Resident Agent, Bradley H. Cohen, both via certified mail. Attached hereto as **Exhibit A** are copies of the Summonses served upon Defendants, including Return of Service information. Attached hereto as **Exhibit B** are the green return receipt cards verifying that service of the Third Amended Complaint and Summons on Defendants Oogles N Googles Branding LLC and Mendell Enterprises LLC was accepted by the offices of the Resident Agent

Bradley H. Cohen on September 22, 2008.

Respectfully submitted,

s/*John David Hoover*
John David Hoover, Attorney No. 7945-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com
mdorelli@hooverhull.com

Of counsel:

Robert Merz
Stelor Productions, LLC
19110 Montgomery Village Avenue, #320,
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductions.com

**Attorney for Plaintiff, Stelor Productions, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, a copy of the foregoing was filed electronically, and that notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

s/ *John David Hoover*