IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC ) | |
| an Indiana limited liability company, et. al. ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |
| ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO WRITTEN DISCOVERY

The Plaintiff/Counter-Defendant, Stelor Productions, LLC ("Stelor"), by the undersigned counsel, hereby requests a thirty (30) day enlargement of time to respond to the additional one hundred requests for production, totaling two hundred and twenty requests, and the additional one hundred and sixty six interrogatories, totaling one hundred and ninety interrogatories, that Defendants/Counter-Plaintiffs served on Stelor on August 29, 2008.

Stelor's responses to the written discovery are currently due on or before October 6, 2008.

Pursuant to the agreed enlargement requested herein, Stelor's responses will be due on or before November 5, 2008.

Counsel for Stelor has contacted counsel for Defendants/Counter-Plaintiffs today and determined that Defendants/Counter-Plaintiffs have no objection to the enlargement requested herein.

WHEREFORE, Plaintiff/Counter-Defendant, Stelor Productions, LLC, by counsel, respectfully requests that this Court enlarge the time in which Plaintiff/Counter-Defendant has to respond to Defendants/Counter-Plaintiffs' additional written discovery requests, to and including November 5, 2008, in addition to granting all other proper relief.

Respectfully submitted:

s/*Michael A. Dorelli*
John David Hoover, Attorney No. 7945-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com
mdorelli@hooverhull.com

Of counsel:

Robert Merz
Stelor Productions, LLC
19110 Montgomery Village Avenue, #320,
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductionscom

Attorneys for Plaintiff, Stelor Productions, LLC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2008, a copy of the foregoing was filed electronically, and that notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

                          s/ *Michael A. Dorelli*