IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
|    Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC ) | |
| an Indiana limited liability company, et. al. ) | |
| ) | |
|    Defendants/Counter-Plaintiffs. ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO WRITTEN DISCOVERY

This matter having come before the Court on the Plaintiff/Counter-Defendant's Unopposed Motion for Enlargement of Time to Respond to Written Discovery, and the Court having been duly advised in the premises, finds the following:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff/Counter-Defendant's Unopposed Motion for Enlargement of Time to Respond to Written Discovery be, and the same hereby is, GRANTED, and the time for which Plaintiff/Counter-Defendant has to respond to Defendants/Counter-Plaintiffs' additional written discovery is enlarged to and including November 5, 2008.

Dated: 10/03/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution to:**

John David Hoover
Michael A. Dorelli
HOOVER HULL LLP
jdhoover@hooverhull.com

Robert F. Merz
Stelor Productions, LLC
b.merz@stelorproductions.com

Stephen L. Vaughan
Steve@IPLawIndiana.com