UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC | ) |
| Plaintiff | ) |
| v. | ) Case Number: 1:05-CV-0354-DFH-TAB |
| OOGLES N GOOGLES FRANCHISING LLC *et. al.* | ) Jury Demanded |
| Defendants. | ) |

### SANDRA GONZALEZ'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Sandra Gonzalez, by counsel, for her Answer to Plaintiff's Third Amended Complaint states as follows:

### FIRST DEFENSE

1. Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 1.

2. Paragraph 2 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 2.

3. Paragraph 3 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez denies said allegations.

4. Paragraph 4 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez is without sufficient knowledge to

form a belief as to the truth of, and therefore denies the allegations of paragraph 4.

5. Paragraph 5 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 5.

6. Sandra Gonzalez denies paragraph 6.

7. Paragraph 7 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 7.

8. Paragraph 8 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 8.

9. Sandra Gonzalez denies paragraph 9.

10. Sandra Gonzalez admits that Plaintiff makes claims for trademark infringement, unfair competition, and dilution, but denies liability for such claims of paragraph 10.

11. Sandra Gonzalez admits this Court has subject matter jurisdiction but denies any remaining allegations in paragraph 11.

12. Sandra Gonzalez admits venue is proper in this district, but denies any remaining allegations of paragraph 12.

13. Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 13.

14. Sandra Gonzalez denies the allegations of paragraph 14.

15. Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 15.

16. Sandra Gonzalez denies the allegations of paragraph 16.

17. Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 17.

18. Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 18.

19. Sandra Gonzalez denies the allegations of paragraph 19.

20. Paragraph 20 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 20.

21. Sandra Gonzalez denies paragraph 21.

22. Sandra Gonzalez denies paragraph 22.

23. Sandra Gonzalez denies the allegations of paragraph 23.

24. Paragraph 24 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 24.

25. Paragraph 25 makes no allegations against Sandra Gonzalez. To the extent an answer is required to this paragraph, Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 25.

26. Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 26.

27. Sandra Gonzalez denies of paragraph 27.

28. Sandra Gonzalez denies paragraph 28.

29. Sandra Gonzalez denies paragraph 29.

30. Sandra Gonzalez denies paragraph 30.

31. Sandra Gonzalez is without sufficient knowledge to form a belief as to the truth of, and therefore denies the allegations of paragraph 31.

32. Sandra Gonzalez denies paragraph 32.

33. Sandra Gonzalez denies paragraph 33.

34 - 43. Sandra Gonzalez denies paragraphs 34 through 43.

44 – 49. Sandra Gonzalez denies paragraphs 44 through 49.

50 – 54. Sandra Gonzalez denies paragraphs 50 through 54.

55 – 57. Sandra Gonzalez denies paragraphs 55 through 57.

58 – 69. Paragraphs 58 through 69 comprise a prayer for judgment by the Plaintiff. To the extent that Sandra Gonzalez is required to admit or deny such a prayer for judgment, she denies paragraphs 58 through 69.

## SECOND DEFENSE

Plaintiff's Third Amended Complaint fails to state claim upon which relief can be granted.

## THIRD DEFENSE

The Oogles n Googles name and trademark do not infringe Plaintiff's alleged trademarks because there is no likelihood of confusion between the Oogles n Googles name and Plaintiff's alleged trademarks or between Oogles n Googles services and any goods or services allegedly offered for sale by Plaintiff.

**FOURTH DEFENSE**

Sandra Gonzalez has made no representations whatsoever regarding Plaintiff's alleged goods and services, nor has she falsely represented any facts pertaining the origin, sponsorship, approval, quality, characteristics, or geographic origin of Oogles n Googles services.

**FIFTH DEFENSE**

Plaintiff's claims are barred because Plaintiff and prior alleged owners and/or licensees of the alleged trademarks have not used such marks in commerce as trademarks to identify the source or origin of its alleged goods or services.

**SIXTH DEFENSE**

Plaintiff's claims are barred because Sandra Gonzalez has done nothing to mislead, deceive or confuse consumers or to generate likelihood of confusion as to the source or origin of Oogles n Googles' services, or the source or origin of Plaintiff's alleged goods and services.

**SEVENTH DEFENSE**

Subject to discovery, Plaintiff's claims are barred by doctrine of unclean hands.

**EIGHTH DEFENSE**

Subject to discovery, Plaintiff's claims are barred by fair use.

## NINTH DEFENSE

.	Subject to discovery, Plaintiff's claims are barred by laches and/or statutes of limitations.

## TENTH DEFENSE

Plaintiff's alleged trademarks are not famous except to the extent the Google, Inc., has made the word "Google" famous; Plaintiff has no right to make claims based upon the fame of Google, Inc.'s trademarks.

## ELEVENTH DEFENSE

Oogles n Googles use of its name and trademark in commerce preceded any alleged fame of Plaintiff's alleged trademarks.

## TWELFTH DEFENSE

Plaintiff's alleged trademarks are not distinctive or famous and in any case no dilution has occurred to Plaintiff's alleged trademarks irrespective of their lack of distinctiveness or fame.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred because Plaintiff has incurred no damages.

## FOURTEENTH DEFENSE

Subject to discovery, Plaintiff's claims are barred because of waiver, acquiescence and/or estoppel.

**FIFTEENTH DEFENSE**

Plaintiff and/or other alleged predecessor owners or licensees of the alleged trademarks have abandoned the alleged trademarks.

**SIXTEENTH DEFENSE**

Subject to discovery, Plaintiff has failed to mitigate its damages.

**SEVENTEENTH DEFENSE**

Plaintiff and/or the prior alleged owner(s) of the alleged trademarks committed fraud on the U.S. Patent and Trademark Office.

**EIGHTEENTH DEFENSE**

Plaintiff does not have a federal registration for the word "googles" as a trademark, nor does Plaintiff have any common law or other trademark rights to the word "googles".

**NINETEENTH DEFENSE**

Sandra Gonzalez had no knowledge or notice of Plaintiff, Plaintiff's alleged goods and services, or Plaintiff's alleged trademarks prior to being notified of Plaintiff's lawsuit.

Wherefore, Sandra Gonzalez prays for judgment in her favor, costs of this action including attorney fees, and all other just and proper relief.

**JURY DEMAND**

Sandra Gonzalez demands trial by jury.

                                        Respectfully submitted by:

                                        /s/ Stephen L. Vaughan
                                        Stephen L. Vaughan, #2294-49
                                        INDIANO VAUGHAN LLP
                                        One N. Pennsylvania Street, Suite 1300
                                        Indianapolis, IN   46204
                                        Telephone: (317) 822-0033
                                        Fax:     (317) 822-0055
                                        E-mail:  Steve@IPLawIndiana.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2008, the foregoing Sandra Gonzalez's Answer to Plaintiff's Third Amended Complaint was filed electronically on all counsel of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN  46204
E-mail: Steve@IPLawIndiana.com