UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STELOR PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-0354-DFH-TAB |
| | ) | |
| OOGLES N GOOGLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING HEARING**

**This cause is set for a hearing at 2 p.m. on October 23, 2008,** in Room 238, Birch Bayh Federal Building and United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Parties shall attend by counsel. The purpose of this hearing is to address a discovery dispute between the parties.

Dated: 10/16/2008

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Michael A. Dorelli
HOOVER HULL LLP
mdorelli@hooverhull.com

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Kevin C. Kaplan
BURLINGTON WEIL SCHWEIP KAPLAN & BLONSKY
kkaplan@coffeyburlington.com

Robert F. Merz Jr.
STELOR PRODUCTIONS, LLC
b.merz@stelorproductions.com

Stephen Lewis Vaughan
INDIANO VAUGHAN LLP
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN & BLONSKY
dzack@coffeyburlington.com

Court Reporter