IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, | ) |
| | ) |
|       Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-0354-DFH-TAB |
| | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, | ) |
| an Indiana limited liability company, et al. | ) |
| | ) |
|       Defendants/Counter-Plaintiff. | ) |

**ORDER GRANTING MOTION TO VACATE THE DISCOVERY HEARING SET FOR OCTOBER 23, 2008 AND RESET THE HEARING FOR THE FIRST WEEK OF NOVEMBER**

This matter having come before the Court on the Plaintiff/Counter-Defendant's Motion to Vacate the Discovery Hearing Set for October 23, 2008 and Reset the Hearing for the First Week of November, and the Court having been duly advised in the premises, finds the following;

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff/Counter-Defendant's Motion to Vacate the Discovery Hearing Set for October 23, 2008, and the same hereby is, GRANTED and the October 23, 2008 Discovery hearing is hereby VACATED and reset for the 4th day of November, 2008 at 10:00 a.m. in Room 238.


Dated:   10/20/2008

                                                 Tim A. Baker
                                               United States Magistrate Judge
                                               Southern District of Indiana

**Distribution to:**

| | |
|---|---|
| John David Hoover | Robert F. Merz |
| Michael A. Dorelli | Stelor Productions, LLC |
| HOOVER HULL LLP | b.merz@stelorproductions.com |
| jdhoover@hooverhull.com | |
| mdorelli@hooverhull.com | |

Stephen L. Vaughan
Steve@IPLawIndiana.com