IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
|     Plaintiff/Counter-Defendant, ) | |
| ) | |
|         v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, ) et. al. ) | |
| ) | |
|     Defendants/Counter-Plaintiffs and . )     Third Party Plaintiff ) | |
| ) | |
| ***************************************** ) | |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, ) | |
| ) | |
|         v. ) | |
| ) | |
| STELOR PRODUCTIONS, LLC, ) | |
| ) | |
|     Counter-Defendant, and ) | |
| ) | |
| STEVEN A. ESRIG, ) | |
| ) | |
|     Third Party Defendant. ) | |

## PLAINTIFF/COUNTER-DEFENDANT'S STATEMENT OF COMPLIANCE WITH LOCAL RULE 37.1

Plaintiff/Counter-Defendant, Stelor Productions, LLC, by counsel, hereby submits this Statement of Compliance with Local Rule 37.1 and would respectfully show the Court as follows:

In accordance with Local Rule 37.1, Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiffs attempted to reach an informal resolution of the discovery dispute described in Plaintiff/Counter-Defendant's Motion for Protective Order, which is filed contemporaneously herewith. Specifically, counsel for Plaintiff/Counter-Defendant and

Defendants/Counter-Plaintiffs engaged in the following efforts to reach an agreement with regard to disputes relating to written discovery propounded by the Defendants/Counter-Plaintiffs:

1. On October 8, 2008, counsel for Plaintiff/Counter-Defendant, Robert Merz, and counsel for Defendants/Counter-Plaintiffs, Steven Vaughan, conducted a teleconference in a good faith attempt to resolve the parties' discovery disputes without court action.

2. On October 17, 2008 counsel for Plaintiff/Counter-Defendant and counsel for Defendants/Counter-Plaintiffs conducted a teleconference in a second good faith attempt to resolve this dispute without court action.

3. The parties' efforts to reach agreement on the issues outlined in Plaintiff/Counter-Defendant's Motion for Protective Order were unsuccessful.

Respectfully submitted,

s/*Michael A. Dorelli*
John David Hoover, Attorney No. 7945-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
E-mail: jdhoover@hooverhull.com
mdorelli@hooverhull.com

Robert Merz
Stelor Productions, LLC
19110 Montgomery Village Avenue, #320,
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductions.com

Attorneys for Plaintiff/Counter-Defendant, Stelor Productions, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2008, a copy of the foregoing was filed electronically, and that notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com


                                                    s/ *Michael A. Dorelli*