IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC ) | |
| an Indiana limited liability company, et. al. ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF SERVICE

Plaintiff/Counter-Defendant, Stelor Productions, Inc., by counsel, hereby notifies the Court that on September 24, 2008, the Third Amended Complaint and Summons in the above-captioned case were served upon Mario Cataya via certified mail. Attached hereto as **Exhibit A** is a copy of the Summons served upon Defendant, including Return of Service information. Attached hereto as **Exhibit B** is the green return receipt card verifying that service of the Third Amended Complaint and Summons on Defendant Mario Cataya was accepted by him on

September 24, 2008.

                Respectfully submitted,

                s/*John David Hoover*
                John David Hoover, Attorney No. 7945-49
                Michael A. Dorelli, Attorney No. 20862-49
                HOOVER HULL LLP
                Attorneys at Law
                111 Monument Circle, Ste. 4400
                P.O. Box 44989
                Indianapolis, IN  46244-0989
                Phone:  (317) 822-4400
                Fax:  (317) 822-0234
                E-mail:  jdhoover@hooverhull.com
                         mdorelli@hooverhull.com

                Of counsel:

                Robert Merz
                Stelor Productions, LLC
                19110 Montgomery Village Avenue, #320,
                Montgomery Village, MD 20886
                Tel: (301) 963-0000
                Fax: (301) 740-7552
                Email: b.merz@stelorproductions.com

                **Attorney for Plaintiff, Stelor Productions, LLC.**

## CERTIFICATE OF SERVICE

     I hereby certify that on October 28, 2008, a copy of the foregoing was filed electronically, and that notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

                s/ *John David Hoover*