IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC ) | |
| an Indiana limited liability company, et. al. ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF SERVICE

Plaintiff/Counter-Defendant, Stelor Productions, Inc., by counsel, hereby notifies the Court that on September 29, 2008, the Third Amended Complaint and Summons in the above-captioned case were served upon Renee Kenny via certified mail. Attached hereto as **Exhibit A** is a copy of the Summons served upon Defendant, including Return of Service information. Attached hereto as **Exhibit B** is the green return receipt card verifying that service of the Third Amended Complaint and Summons on Defendant Renee Kenny was accepted by her on

September 29, 2008.

          Respectfully submitted,

          s/*John David Hoover*
          John David Hoover, Attorney No. 7945-49
          Michael A. Dorelli, Attorney No. 20862-49
          HOOVER HULL LLP
          Attorneys at Law
          111 Monument Circle, Ste. 4400
          P.O. Box 44989
          Indianapolis, IN  46244-0989
          Phone:  (317) 822-4400
          Fax:  (317) 822-0234
          E-mail:  jdhoover@hooverhull.com
                  mdorelli@hooverhull.com

          Of counsel:

          Robert Merz
          Stelor Productions, LLC
          19110 Montgomery Village Avenue, #320,
          Montgomery Village, MD 20886
          Tel: (301) 963-0000
          Fax: (301) 740-7552
          Email: b.merz@stelorproductions.com

          **Attorney for Plaintiff, Stelor Productions, LLC.**

## CERTIFICATE OF SERVICE

     I hereby certify that on October 20, 2008, a copy of the foregoing was filed electronically, and that notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com


          s/ *John David Hoover*