IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC ) | |
| an Indiana limited liability company, et. al. ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |
| ) | |
| ) | |

**NOTICE OF SERVICE**

Plaintiff/Counter-Defendant, Stelor Productions, Inc., by counsel, hereby notifies the Court that on September 23, 2008, the Third Amended Complaint and Summons in the above-captioned case were served upon Bernier, Inc. and Claudia Navarro, both via certified mail. Attached hereto as **Exhibit A** are copies of the Summonses served upon Defendants, including Return of Service information. Attached hereto as **Exhibit B** are the green return receipt cards verifying that service of the Third Amended Complaint and Summons on Defendants Bernier,

Inc. and Claudia Navarro were accepted by them on September 24, 2008.

>Respectfully submitted,
>
>s/*John David Hoover*
>John David Hoover, Attorney No. 7945-49
>Michael A. Dorelli, Attorney No. 20862-49
>HOOVER HULL LLP
>Attorneys at Law
>111 Monument Circle, Ste. 4400
>P.O. Box 44989
>Indianapolis, IN 46244-0989
>Phone: (317) 822-4400
>Fax: (317) 822-0234
>E-mail: jdhoover@hooverhull.com
>mdorelli@hooverhull.com
>
>Of counsel:
>
>Robert Merz
>Stelor Productions, LLC
>19110 Montgomery Village Avenue, #320,
>Montgomery Village, MD 20886
>Tel: (301) 963-0000
>Fax: (301) 740-7552
>Email: b.merz@stelorproductions.com
>
>**Attorney for Plaintiff, Stelor Productions, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2008, a copy of the foregoing was filed electronically, and that notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

>s/ *John David Hoover*