UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STELOR PRODUCTIONS, LLC    )
 )
 )
      Plaintiff    )
 )
 ) Case Number: 1:05-CV-0354-DFH-TAB
v.    )
 )
 )
OOGLES N GOOGLES FRANCHISING    )
LLC, *et. al*.    )
 )
 )
      Defendants    )

**ORDER ON DEFENDANTS' MOTION TO
CONTINUE DISCOVERY DISPUTE
HEARING SCHEDULED FOR NOVEMBER 4, 2008**

The Court, having considered Defendants' Motion to Continue Discovery Dispute

Hearing scheduled for November 4, 2008, now GRANTS said Motion.

It is therfore ORDERED that the Discovery Dispute Hearing scheduled for November

4, 2008 is continued to November 17, 2008 at 10:30 a.m. in Room 238.

DATED:___10/31/2008____

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to:  All Counsel of Record via CM/ECF