UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., | ) |
| Plaintiff/Counter-Defendant, | ) ) ) Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, *et. al.*, | ) ) ) |
| Defendants/Counter-Plaintiffs and Third Party Plaintiff | ) ) ) |
| ********************************* | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, and OOGLES N GOOGLES BRANDING, LLC | ) ) ) ) |
| v. | ) |
| STELOR PRODUCTIONS, LLC., | ) |
| Counter-Defendant, and | ) |
| STEVEN A. ESRIG, | ) |
| Third Party Defendant, | ) |

## ORDER ON MOTION TO EXTEND TIME TO RESPOND TO MOTION TO AMEND THE CASE MANAGEMENT SCHEDULE

The Court, having considered Defendants' Motion to Extend Time to Respond to Motion to Amend the Case Management Schedule now GRANTS said Motion.

IT IS ORDERED, DECREED AND ADJUDGED that Defendants shall have until November 13, 2008 to respond to Plaintiff's Motion to Amend the Case Management Schedule.

DATED: 11/17/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to: All Counsel of Record via CM/ECF