# UNITED STATES DISTRICT COURT
## Southern District of Indiana
## Indianapolis Division

NOTICE

Local Rule 7.2 provides:

**Corporate and Business Entity Disclosure Statement**

      To allow a Judge to identify potential conflicts of interest, any nongovernmental party to an action in this Court shall file a statement identifying all its parent corporations and listing any publicly held company or investment fund that holds a 10% or more ownership interest in that party. A party shall file the statement with its initial pleading or responsive motion and shall supplement the statement within a reasonable time of any change in the information.

      It appears that the required disclosure statement was not provided as set forth below. Please correct this omission forthwith.

      s/Laura Briggs
      Laura Briggs, Clerk
      United States District Court
      Southern District of Indiana

| | |
|---|---|
| Cause Number: | 1:05−cv−00354−DFH−TAB |
| Title of Case: | STELOR PRODUCTIONS, LLC v. OOGLES N GOOGLES FRANCHISING, LLC, et al |
| Pleading and Date: | Complaint, Answer, Crossclaim, etc. |