IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
|    Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, et. ) | |
| al. ) | |
| ) | |
|    Defendants/Counter-Plaintiffs and . ) | |
|    Third Party Plaintiff ) | |
| ) | |
| ***************************************** ) | |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, ) | |
| ) | |
|    v. ) | |
| ) | |
| STELOR PRODUCTIONS, LLC, ) | |
| ) | |
|    Counter-Defendant, and ) | |
| ) | |
| STEVEN A. ESRIG, ) | |
| ) | |
|    Third Party Defendant. ) | |

## PLAINTIFF/COUNTER-DEFENDANT'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff/Counter-Defendant, Stelor Productions, LLC ("Stelor"), pursuant to FED. R. CIV. P. 7.1 and S.D. Local Rule 7.1, hereby discloses that it is not owned or controlled by a parent corporation and no publicly held corporation or investment fund owns 10% or more of Stelor's stock.

Respectfully submitted,

s/*John David Hoover*
John David Hoover, Attorney No. 7945-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com
         mdorelli@hooverhull.com

Of counsel:
Robert Merz
Stelor Productions, LLC
19110 Montgomery Village Avenue, #320,
Montgomery Village, MD 20886
Tel: (301) 963-0000
Fax: (301) 740-7552
Email: b.merz@stelorproductions.com

**Attorney for Plaintiff, Stelor Productions, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November ___, 2008, a copy of the foregoing was filed electronically, and that notice of this filing will be sent to counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


s/ *John David Hoover*

487749