UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Case Number: 1:05-CV-0354-DFH-TAB |
| v. ) | |
| ) | |
| OOGLES N GOOGLES ) | |
| FRANCHISING, LLC, and ) | |
| OOGLES N GOOGLES ) | |
| BRANDING, LLC, *et. al.* ) | |
| ) | |
| Defendants/Counter-Plaintiffs, ) | |
| and Third Party Plaintiffs ) | |
| ) | |
| ******************************** ) | |
| OOGLES N GOOGLES ) | |
| FRANCHISING, LLC, and ) | |
| OOGLES N GOOGLES ) | |
| BRANDING, LLC, *et. al.* ) | |
| ) | |
| Defendants/Counter-Plaintiffs, ) | |
| and Third Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Counter-Defendant, and ) | |
| ) | |
| STEVEN A. ESRIG, ) | |
| ) | |
| Third Party Defendant., ) | |

**NOTICE OF SERVICE OF EXPERT REPORT OF JAMES T. BERGER**

Defendants, by counsel, hereby notify the Court and counsel of record that a copy of this Notice, a copy of the Report of James T. Berger, Defendants' expert, and a copy

of Mr. Berger's contract for services have been served by U. S. Mail on counsel for Plaintiff on the date of this Notice.

Respectfully submitted by:

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN 46204
Telephone: (317) 822-0033
Fax:    (317) 822-0055
E-mail:  Steve@IPLawIndiana.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby certify that on December 5, 2008, a copy of the foregoing Notice of Service of Expert Report on James T. Berger, a copy of the Report of James T. Berger, and a copy of Mr. Berger's contract for services was sent via US mail, postage prepaid, to the below listed counsel of record:

| | |
|---|---|
| Mr. Robert F. Merz<br>19110 Montgomery Village Ave., Ste. 320<br>Montgomery Village, Maryland 20886 | Mr. Michael A. Dorelli<br>Hoover Hull, LLP<br>111 Monument Circle, Ste. 4400<br>P. O. Box 44989<br>Indianapolis, IN 46244-0989 |

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49
INDIANO VAUGHAN LLP
One N. Pennsylvania Street, Suite 1300
Indianapolis, IN 46204
E-mail: Steve@IPLawIndiana.com