STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                                                                    Doc. 294

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>) Case Number: 1:05-CV-0354-DFH-TAB<br>v. )<br>)<br>OOGLES N GOOGLES )<br>FRANCHISING, LLC, and )<br>OOGLES N GOOGLES )<br>BRANDING, LLC, *et. al.* )<br>)<br>Defendants/Counter-Plaintiffs, )<br>and Third Party Plaintiffs )<br>)<br>****************************** )<br>OOGLES N GOOGLES )<br>FRANCHISING, LLC, and )<br>OOGLES N GOOGLES )<br>BRANDING, LLC, *et. al.* )<br>)<br>Defendants/Counter-Plaintiffs, )<br>and Third Party Plaintiffs )<br>)<br>v. )<br>)<br>STELOR PRODUCTIONS, LLC., )<br>)<br>Counter-Defendant, and )<br>)<br>STEVEN A. ESRIG, )<br>)<br>Third Party Defendant, ) | |

### NOTICE OF TAKING VIDEOTAPED DEPOSITION OF
### ROBERT ROTHSTEIN PURSUANT TO FED. R. CIV.P. 30(b)(1)

PLEASE TAKE NOTICE that Defendants will take the deposition of Robert Rothstein, Secretary to Stelor Productions, LLC., pursuant to Fed. R. Civ. P. 30(b)(1), at the time and place indicated below:

| NAME | DATE AND TIME | LOCATION |
|------|---------------|----------|
| Robert Rothstein | December 15, 2008 9:00 a.m. | Stelor Productions, LLC 19110 Montgomery Village Ave. Ste. 320 Montgomery Village, MD 20886 |

The examination will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Civil Procedure. The deposition will be taken before a person designated under Fed. R. Div. P. 28 and will be recorded stenographically and videotaped.

Dated this 5th day of December, 2008

Respectfully submitted,

*[signature]*

Stephen L. Vaughan, #22994-49
Attorney-at-Law
INDIANO VAUGHAN LLP
One North Pennsylvania Street, Suite 1300
Indianapolis, IN 46204
(317) 822-0033
(317) 822-0055 – Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing Defendants' Notice of Taking Videotaped Deposition of Robert Rothstein was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 5th day of December, 2008, addressed to:

| | |
|---|---|
| Mr. Robert F. Merz<br>19110 Montgomery Village Ave.<br>Ste. 320<br>Montgomery Village, Maryland 20886 | Mr. Michael A. Dorelli<br>HOOVER HULL, LLP<br>111 Monument Circle, Ste. 4400<br>P. O. Box 44989<br>Indianapolis, IN 46244-0989 |

Stephen L. Vaughan # 22944-49