STELOR PRODUCTIONS, LLC.,               )
                                         )
    Plaintiff/Counter-Defendant,       )
                                         ) Case Number: 1:05-CV-0354-DFH-TAB
    v.                                  )
                                         )
OOGLES N GOOGLES                         )
FRANCHISING, LLC, and                    )
OOGLES N GOOGLES                         )
BRANDING, LLC, et. al.                   )
                                         )
    Defendants/Counter-Plaintiffs,     )
    and Third Party Plaintiffs         )
                                         )
*******************************          )
OOGLES N GOOGLES                         )
FRANCHISING, LLC, and                    )
OOGLES N GOOGLES                         )
BRANDING, LLC, et. al.                   )
                                         )
    Defendants/Counter-Plaintiffs,     )
    and Third Party Plaintiffs         )
                                         )
    v.                                  )
                                         )
STELOR PRODUCTIONS, LLC.,                )
                                         )
    Counter-Defendant, and              )
                                         )
STEVEN A. ESRIG,                         )
                                         )
    Third Party Defendant,              )

### NOTICE OF TAKING VIDEOTAPED DEPOSITION OF
### STUART SORKIN PURSUANT TO FED. R. CIV.P. 30(b)(1)

PLEASE TAKE NOTICE that Defendants will take the deposition of Stuart Sorkin, Comptroller for Stelor Productions, LLC., pursuant to Fed. R. Civ. P. 30(b)(1), at the time and place indicated below:

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al    Doc. 295

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| Stuart Sorkin | December 15, 2008 1:00 p.m. | Stelor Productions, LLC 19110 Montgomery Village Ave. Ste. 320 Montgomery Village, MD 20886 |

The examination will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Civil Procedure. The deposition will be taken before a person designated under Fed. R. Div. P. 28 and will be recorded stenographically and videotaped.

Dated this 5th day of December, 2008

Respectfully submitted,

*[signature]*

Stephen L. Vaughan, #2294-49
Attorney-at-Law
INDIANO VAUGHAN LLP
One North Pennsylvania Street, Suite1300
Indianapolis, IN 46204
(317) 822-0033
(317) 822-0055 – Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing Defendants' Notice of Taking Videotaped Deposition of Stuart Sorkin was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 5th day of December, 2008, addressed to:

Mr. Robert F. Merz
19110 Montgomery Village Ave.
Ste. 320
Montgomery Village, Maryland 20886

Mr. Michael A. Dorelli
HOOVER HULL, LLP
111 Monument Circle, Ste. 4400
P. O. Box 44989
Indianapolis, IN 46244-0989

_____
Stephen L. Vaughan  # 2294-49