IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC, et al., <br> Plaintiff, <br><br> v. <br><br> OOGLES N GOOGLES FRANCHISING, an Indiana limited liability company, et. al. <br> Defendants. | Case No. 1:05-cv-0354-DFH-TAB |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel stipulate and move for an order providing that Robert F. Merz, Esq. and David Zack, Esq. hereby withdraw and be relieved of all further responsibility as counsel of record for Plaintiff/Counter-Defendant Stelor Productions, LLC ("Stelor"), and that Jay L. Cohen, Esq. be substituted as counsel of record for Stelor. This will confirm that Kevin Kaplan and Coffey Burlington (formerly Burlington Weil Schwiep Kaplan and Blonsky) have withdrawn by prior motion from representing Stelor in this matter and have been relieved of all further responsibility as counsel for Stelor in this matter. Robert F. Merz, David Zack, Kevin Kaplan and Coffey Burlington (formerly Burlington Weil Schwiep Kaplan and Blonsky) shall no longer be provided with service in this matter (via CM/ECF or otherwise). Mr. Cohen is filing herewith an application for admission pro hac vice.

_____
ROBERT F. MERZ JR., ESQ.

Dated: _____

_____
JAY L. COHEN, ESQ.

Dated: Dec 11, 2008

_____
DAVID ZACK, ESQ.

Dated: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STELOR PRODUCTIONS, LLC, et al., )
    Plaintiff, )
 )
v. ) Case No. 1:05-cv-0354-DFH-TAB
 )
OOGLES N GOOGLES FRANCHISING, an )
Indiana limited liability company, et. al. )
    Defendants. )

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel stipulate and move for an order providing that Robert F. Merz, Esq. and David Zack, Esq. hereby withdraw and be relieved of all further responsibility as counsel of record for Plaintiff/Counter-Defendant Stelor Productions, LLC ("Stelor"), and that Jay L. Cohen, Esq. be substituted as counsel of record for Stelor. This will confirm that Kevin Kaplan and Coffey Burlington (formerly Burlington Weil Schwiep Kaplan and Blonsky) have withdrawn by prior motion from representing Stelor in this matter and have been relieved of all further responsibility as counsel for Stelor in this matter. Robert F. Merz, David Zack, Kevin Kaplan and Coffey Burlington (formerly Burlington Weil Schwiep Kaplan and Blonsky) shall no longer be provided with service in this matter (via CM/ECF or otherwise). Mr. Cohen is filing herewith an application for admission pro hac vice.

_____        _____
ROBERT F. MERZ, JR., ESQ.      JAY L. COHEN, ESQ.

Dated: 12/8/08      Dated: _____

_____
DAVID ZACK, ESQ.

Dated: 12/8/08

## CONSENT TO SUBSTITUTION OF COUNSEL

STELOR PRODUCTIONS, LLC ("Stelor") hereby consents to the substitution of JAY L. COHEN, ESQ. as counsel of record for Stelor in this action, instead and in place of ROBERT F. MERZ, ESQ. and DAVID ZACK, ESQ, who shall be relieved of all further responsibility as counsel of record for this matter.

Stelor Productions, LLC
By: _[signature]_
Its: CEO/PRES
Dated: 12/8/08