IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, ) et. al. ) | |
| ) | |
| Defendants/Counter-Plaintiffs and . ) Third Party Plaintiff ) | |
| ) | |
| ***************************************** ) | |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, ) | |
| ) | |
| v. ) | |
| ) | |
| STELOR PRODUCTIONS, LLC, ) | |
| ) | |
| Counter-Defendant, and ) | |
| ) | |
| STEVEN A. ESRIG, ) | |
| ) | |
| Third Party Defendant. ) | |

**MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JAY L. COHEN**

Michael Dorelli, counsel for Plaintiff/Counter-Defendant, Stelor Productions, LLC, pursuant to S.D. Ind. Local Rule 83.5(c), respectfully moves the Court for an order granting admission *pro hac vice* to attorney Jay L. Cohen for the limited purpose of representing Plaintiff, Stelor Productions, LLC as co-counsel in this litigation. In support of its motion the undersigned states the following:

1. Jay L. Cohen is a member in good standing (among others) of the Bars of the United States Court of Appeals for the DC Circuit where he was admitted on October 20, 1978

and of the United States District Court for the District of Columbia where he was admitted on November 5, 1979.

2. Mr. Cohen is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The undersigned has presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

Wherefore, Michael Dorelli, counsel for Plaintiff/Counter-Defendant, Stelor Productions, LLC, respectfully requests this Court enter an order granting admission *pro hac vice* to attorney Jay L. Cohen to appear *pro hac vice* for the limited purpose of representing Plaintiff/Counter-Defendant, Stelor Productions, LLC as co-counsel in this litigation, and all other relief that the Court deems just and proper

Respectfully submitted:

s/*Michael A. Dorelli*
John David Hoover, Attorney No. 7945-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com
           mdorelli@hooverhull.com

Of counsel:

Jay L. Cohen
5530 Wisconsin Avenue, Suite 1127
Chevy Chase, MD  20815
Tel: (301) 652-1153963-0000
Fax: (301) 652-1154
Email: jlcohen@myadvocate.com

Attorneys for Plaintiff, Stelor Productions, LLC.

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2008, a copy of the foregoing ***Motion for Admission Pro Hac Vice of Attorney Jay L. Cohen*** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen L. Vaughan
Steve@IPLawIndiana.com

                                                      s/*Michael A. Dorelli*
                                                     John David Hoover
                                                     Michael A. Dorelli
                                                     HOOVER HULL LLP
                                                     Attorneys at Law
                                                     111 Monument Circle, Ste. 4400
                                                     P.O. Box 44989
                                                     Indianapolis, IN  46244-0989
                                                     Phone:  (317) 822-4400
                                                     Fax:  (317) 822-0234
                                                     E-mail:  jdhoover@hooverhull.com
                                                                               mdorelli@hooverhull.com