UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) |
| | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, and OOGLES N GOOGLES BRANDING, LLC, *et. al.* | ) |
| | ) |
| Defendants/Counter-Plaintiffs, and Third Party Plaintiffs | ) |
| | ) |
| ********************************* | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, and OOGLES N GOOGLES BRANDING, LLC, *et. al.* | ) |
| | ) |
| Defendants/Counter-Plaintiffs, and Third Party Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| STELOR PRODUCTIONS, LLC., | ) |
| | ) |
| Counter-Defendant, and | ) |
| | ) |
| STEVEN A. ESRIG, | ) |
| | ) |
| Third Party Defendant, | ) |

## **NOTICE OF CANCELLATION OF DEPOSITIONS**

PLEASE TAKE NOTICE that Defendants have cancelled the depositions of Robert Rothstein, Stuart Sorkin, Scott Brostoff, Thomas Varghese, Lori Esrig, and Steven Esrig scheduled for December 15 through December 17, 2008, in the notices filed as Docket Entries 294 through 299, in light of ongoing settlement discussions and the

Court's granting of Defendants' request to extend the liability discovery deadline to January 16, 2009 in the telephonic status conference held December 12, 2008.

Respectfully submitted,

/s/ Stephen L. Vaughan

Stephen L. Vaughan, #2294-49
Attorney-at-Law
INDIANO VAUGHAN LLP
One North Pennsylvania Street, Suite1300
Indianapolis, IN  46204
(317) 822-0033
(317) 822-0055 – Facsimile


**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2008, a copy of the foregoing was filed electronically on all counsel of record.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Stephen L. Vaughan
Stephen L. Vaughan, #2294-49