```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP018395
Cashier ID: nschaefe
Transaction Date: 12/12/2008
Payer Name: HOOVER HULL LLP
-----------------------------------------
PRO HAC VICE
  For: JAY COHEN
  Case/Party: D-INS-1-08-LB-000001-001
  Amount:       $30.00
-----------------------------------------
CHECK
  Check/Money Order Num: 18542
  Amt Tendered:  $30.00
-----------------------------------------
Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00

HOOVER HULL LLP

PO BOX 44989

INDIANAPOLIS, IN 46244-0989


PRO HOC

JAY COHEN
1:05-CV-354-DFH-TAB

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```