IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-0354-DFH-TAB |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, ) et. al. ) | |
| ) | |
| Defendants/Counter-Plaintiffs and . ) Third Party Plaintiff ) | |
| ) | |
| ***************************************** ) | |
| ) | |
| OOGLES N GOOGLES FRANCHISING, LLC, ) | |
| ) | |
| v. ) | |
| ) | |
| STELOR PRODUCTIONS, LLC, ) | |
| ) | |
| Counter-Defendant, and ) | |
| ) | |
| STEVEN A. ESRIG, ) | |
| ) | |
| Third Party Defendant. ) | |

## MOTION TO WITHDRAW APPEARANCES

Plaintiff/Counter-Defendant, Stelor Productions, LLC ("Stelor"), by counsel, pursuant to S.D. Ind. Local Rule 83.7(c), respectfully moves the Court for an order granting the withdrawal of the appearances of Robert F. Merz, Jr., Esq. and David Zack, Esq. on behalf of Stelor. In support of this Motion, Stelor states as follows::

    1.    Robert F. Merz, Jr., Esq. is one of the attorneys of record for Stelor in this cause.

    2.    David Zack, Esq. is one of the attorneys of record for Stelor in this cause.

    3.    Mr. Merz has left the employment of Stelor.

4. Mr. Zack was erroneously not withdrawn from this cause when Kevin Kaplan, Esq. and Coffey Burlington (formerly Burlington, Weil, Schweip, Kaplan & Blonsky) withdrew their appearance in the matter.

5. On December 12, 2008, Jay Cohen, Esq. entered his appearance on behalf of Stelor and stipulated to the substitution of his appearance for the appearances of Mr. Merz and Mr. Zack.

6. Stelor Productions, LLC has consented to the aforementioned substitution of counsel.

WHEREFORE, Plaintiff/Counter-Defendant, Stelor Productions, LLC, by counsel, respectfully requests this Court enter an order granting the withdrawal of Robert F. Merz, Jr., Esq. and David Zack, Esq. as counsel for Stelor Productions, LLC, and granting all other relief that the Court deems just and proper.

Respectfully submitted:

s/*Michael A. Dorelli*
John David Hoover, Attorney No. 7945-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com
           mdorelli@hooverhull.com

Jay L. Cohen
5530 Wisconsin Avenue, Suite 1127
Chevy Chase, MD  20815
Tel: (301) 652-1153963-0000
Fax: (301) 652-1154
Email: jlcohen@myadvocate.com

Attorneys for Plaintiff, Stelor Productions, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2008, a copy of the foregoing *Motion to Withdraw Appearances* was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Stephen L. Vaughan<br>Steve@IPLawIndiana.com | Jay L. Cohen<br>jlcohen@myadvocate.com |

Robert F. Merz
Stelor Productions, LLC
b.merz@stelorproductions.com

                                                s/*Michael A. Dorelli*
John David Hoover
Michael A. Dorelli
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Ste. 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Phone:  (317) 822-4400
Fax:  (317) 822-0234
E-mail:  jdhoover@hooverhull.com
        mdorelli@hooverhull.com