UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

STELOR PRODUCTIONS, INC.,               )
                                        )
            Plaintiff,                  )
                                        )
     vs.                                )          1:05-cv-0354-DFH-TAB
                                        )
OOGLES N GOOGLES, et al.,               )
                                        )
            Defendants.                 )

**ORDER ON DECEMBER 12, 2008, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel December 12, 2008, for a telephonic status conference.

Discussion held regarding discovery, settlement, and related matters.  The liability discovery

deadline is enlarged to January 16, 2009.  The motion for pro hac vice admission of Jay Cohen

[Docket No. 301] is granted.

Dated:  12/15/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Michael A. Dorelli
HOOVER HULL LLP
mdorelli@hooverhull.com

John David Hoover
HOOVER HULL LLP
jdhoover@hooverhull.com

Robert F. Merz Jr.
STELOR PRODUCTIONS, LLC
b.merz@stelorproductions.com

Stephen Lewis Vaughan
INDIANO VAUGHAN LLP
steve@iplawindiana.com

David John Zack
BURLINGTON WEIL SCHWIEP KAPLAN  & BLONSKY
dzack@coffeyburlington.com

Jay L. Cohen
jlcohen@myadvocate.com