IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Case No. 1:05-cv-0354-DFH-TAB |
| OOGLES N GOOGLES FRANCHISING, LLC, et. al. | ) |
| Defendants/Counter-Plaintiffs and Third Party Plaintiff | ) |
| ***************************************** | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, | ) |
| v. | ) |
| STELOR PRODUCTIONS, LLC, | ) |
| Counter-Defendant, and | ) |
| STEVEN A. ESRIG, | ) |
| Third Party Defendant. | ) |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

This matter having come before the Court on the Motion to Withdraw Appearances filed by Plaintiff/Counter-Defendant, Stelor Productions, LLC, and the Court having been duly advised in the premises hereby GRANTS said Motion.

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that the appearances of attorneys Robert F. Merz, Jr., Esq. and David Zack, Esq. are hereby withdrawn. Jay L. Cohen, John David Hoover and Michael A. Dorelli remain as counsel of record for Stelor Productions, LLC in this matter.

Dated: 12/16/2008

*[signature]*

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution to:**

John David Hoover
Michael A. Dorelli
HOOVER HULL LLP
jdhoover@hooverhull.com
mdorelli@hooverhull.com

Jay L. Cohen
jlcohen@myadvocate.com

Stephen L. Vaughan
Steve@IPLawIndiana.com

Robert F. Merz
Stelor Productions, LLC
b.merz@stelorproductions.com