UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., | ) |
| Plaintiff/Counter-Defendant, | ) ) ) Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, and OOGLES N GOOGLES BRANDING, LLC, *et. al.* | ) ) ) ) ) |
| Defendants/Counter-Plaintiffs, and Third Party Plaintiffs | ) ) |
| ****************************** | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, and OOGLES N GOOGLES BRANDING, LLC, *et. al.* | ) ) ) ) |
| Defendants/Counter-Plaintiffs, and Third Party Plaintiffs | ) ) |
| v. | ) |
| STELOR PRODUCTIONS, LLC., | ) |
| Counter-Defendant, and | ) |
| STEVEN A. ESRIG, | ) |
| Third Party Defendant, | ) |

STELOR PRODUCTIONS, INC. v. OOGLES N GOOGLES et al                                                                    Doc. 310

## AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF THOMAS VARGHESE PURSUANT TO FED. R. CIV.P. 30(b)(1)

PLEASE TAKE NOTICE that Defendants will take the deposition of Thomas Varghese, Programmer for Stelor Productions, LLC., pursuant to Fed. R. Civ. P. 30(b)(1), at the time and place indicated below:

| **NAME** | **DATE AND TIME** | **LOCATION** |
|---|---|---|
| Thomas Varghese | January 14, 2009<br>1:00 p.m. | Stelor Productions, LLC<br>19110 Montgomery Village Ave.<br>Ste. 320<br>Montgomery Village, MD 20886 |

The examination will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Civil Procedure. The deposition will be taken before a person designated under Fed. R. Div. P. 28 and will be recorded stenographically and videotaped.

Dated this 30th day of December, 2008

Respectfully submitted,

*[signature]*

Stephen L. Vaughan, #2294-49
Attorney-at-Law
INDIANO VAUGHAN LLP
One North Pennsylvania Street, Suite1300
Indianapolis, IN 46204
(317) 822-0033
(317) 822-0055 – Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing Defendants' Amended Notice of Taking Videotaped Deposition of Thomas Varghese was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 30th day of December, 2008, addressed to:

Mr. Jay Cohen
5530 Wisconsin Ave., Suite 1127
Chevy Chase, MD 20815

Mr. Michael A. Dorelli
HOOVER HULL, LLP
111 Monument Circle, Ste. 4400
P. O. Box 44989
Indianapolis, IN 46244-0989

Stephen L. Vaughan # 2294-49