# AFFIDAVIT OF SERVICE

**State of Indiana**   **County of UNITED STATES DISTRICT COURT**   **Southern District Court**

Case Number: 1-05-CV-0354-DFH-TAB

Plaintiff:
**STELOR PRODUCTION, LLC.**

vs.

Defendant:
**OOGLES N GOOGLES FRANCHISING, LLC.**

For:
INDIANO VAUGHN, LLP.
One North Pennsylvania
Suite 1300
Indianapolis, IN 46204

Received by PRIORITY PROCESS to be served on **STEVEN A. ESRIG, 14701 MOCKINGBIRD LANE, DARNESTOWN, MD 20874**.

I, Michael Daigneault, being duly sworn, depose and say that on the **22nd day of December, 2008** at **3:00 pm, I:**

**AFFIXED** a true copy of the **SUMMONS IN A CIVIL ACTION** to the door at the address of: **14701 MOCKINGBIRD LANE, DARNESTOWN, MD 20874**, the same being the defendant/respondent's place of **Abode** within the State of Maryland. Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION** in a postpaid envelope to the address of: **14701 MOCKINGBIRD LANE, DARNESTOWN, MD 20874** bearing the words "Personal & Confidential" by First Class Mail on **12/24/2008** and placed in an official depository of the U.S.P.S. in the State of Maryland.

**Additional Information pertaining to this Service:**
12/20/2008 2:20 pm UPON ARRIVING AT THE HOME THE BABYSITTER STATED THAT MR. ESRIG WAS NOT HOME. 12/22/2008 3:00 PM. THE MAID DROVE OUT TO THE GATE AND CALLED HIM HOWEVER HE REFUSED TO COME OUT SO I POSTED THE GATE NEXT TO THE MAIL BOX. THERE WAS A DOBERMAN IN THE YARD.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action.

Notary Public, State of Maryland
County of Montgomery
My Commission Expires

**Michael Daigneault**
Process Server

Subscribed and sworn to before me on the 24th day of December, 2008 by the affiant who is personally known to me.

Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
**Rockville, MD 20849-4189**
**(800) 420-8080**

Our Job Serial Number: 2008015602

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w