UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) Case Number: 1:05-CV-0354-DFH-TAB |
| v. | ) |
| | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, and OOGLES N GOOGLES BRANDING, LLC, *et. al.* | ) |
| | ) |
| Defendants/Counter-Plaintiffs, and Third Party Plaintiffs | ) |
| | ) |
| ******************************** | ) |
| OOGLES N GOOGLES FRANCHISING, LLC, and OOGLES N GOOGLES BRANDING, LLC, *et. al.* | ) |
| | ) |
| Defendants/Counter-Plaintiffs, and Third Party Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| STELOR PRODUCTIONS, LLC., | ) |
| | ) |
| Counter-Defendant, and | ) |
| | ) |
| STEVEN A. ESRIG, | ) |
| | ) |
| Third Party Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS, COUNTERCLAIMS, AND THIRD PARTY CLAIMS

IT IS HEREBY STIPULATED by and between Plaintiff Stelor Productions, LLC and all Defendants that the above-captioned action, including all claims, counterclaims, third party claims and affirmative defenses, be hereby DISMISSED

WITH PREJUDICE pursuant to FRCP 41(a)(1)(ii). The parties hereto shall bear their own costs, including attorneys' fees.

| | |
|---|---|
| /s/ Jay L. Cohen | /s/ Stephen L. Vaughan |
| Attorney for Plaintiff | Attorney for Defendants |
| | |
| Jay L. Cohen | Stephen L. Vaughan |
| The Chevy Chase Building, Suite 1127 | INDIANO VAUGHAN, LLP |
| 530 Wisconsin Avenue | One N. Pennsylvania, Ste. 1300 |
| Chevy Chase, MD 20813 | Indianapolis, IN 46204 |
| Phone: 301-652-1153 | phone: 317-822-0033 |
| jcohen@myadvocate.com | steve@iplawindiana.com |