UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STELOR PRODUCTIONS, LLC. , ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) Case Number: 1:05-CV-0354-DFH-TAB | |
| v. ) | |
| ) | |
| OOGLES N GOOGLES ) | |
| FRANCHISING, LLC, and ) | |
| OOGLES N GOOGLES ) | |
| BRANDING, LLC, *et. al.* ) | |
| ) | |
| Defendants/Counter-Plaintiffs, ) | |
| and Third Party Plaintiffs ) | |
| ) | |
| ******************************** ) | |
| OOGLES N GOOGLES ) | |
| FRANCHISING, LLC, and ) | |
| OOGLES N GOOGLES ) | |
| BRANDING, LLC, *et. al.* ) | |
| ) | |
| Defendants/Counter-Plaintiffs, ) | |
| and Third Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| STELOR PRODUCTIONS, LLC., ) | |
| ) | |
| Counter-Defendant, and ) | |
| ) | |
| STEVEN A. ESRIG, ) | |
| ) | |
| Third Party Defendant, ) | |

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS, COUNTERCLAIMS AND THIRD PARTY CLAIMS

The Court, having considered the parties' Stipulation of Dismissal with

Prejudice of All Claims, Counterclaims and Third Party Claims, HEREBY DISMISSES

WITH PREJUDICE, the above-captioned action, including all claims, counterclaims, third party claims and affirmative defenses. The parties hereto shall bear their own costs, including attorneys' fees.

    1/13/2009  
      Date

DAVID F. HAMILTON, CHIEF JUDGE  
United States District Court  
Southern District of Indiana

Copies to Clerk and all counsel of record via ECF